1        APPELLATE COURT NO. _____

2      IN THE COURT OF CRIMINAL APPEALS

3          OF THE STATE OF TEXAS

4

5    ---------------------------------------------------

6    REINALDO DENNES

7                 Appellant,

8    VS.

9    THE STATE OF TEXAS,

10               Appellee.

11   ---------------------------------------------------

12

13   APPEAL FROM 263RD DISTRICT COURT OF HARRIS COUNTY,

14              TEXAS

15       Judge Jim Wallace, Presiding

16   ---------------------------------------------------

17           CAUSE NO. 750,313

18

19             EXHIBITS

20

21       Volume 37 of 39 Volumes

22

23        Sharon Kay Cook
        Official Court Reporter
24        301 San Jacinto
        Houston, Texas 77002
25

RECORDER'S MEMORANDUM.
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming.

F I L E D
CHARLES BACARISSE
District Clerk

FEB 2 4 1999

Time: _____
Harris County, Texas
By _____
                    Deputy

Page 1

1                              State's Exhibit No. 1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT

PENGAD-Bayonne, N. J.

VVS 1

6222 Richmond

THE BACK INSTITUTE OF HOUSTON

Managed By AMP Property Services, Inc.

State's Exhibit No. 2

0000 0000 4167 0816



1                          State's Exhibit No. 3

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                    State's Exhibit No. 4

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT



1                          State's Exhibit No. 5
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                          State's Exhibit No. 6

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                           State's Exhibit No. 7

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD-Bayonne, N. J.

STATE'S
EXHIBIT

| | |
|---|---|
| 1 | State's Exhibit No. 8 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| Company | No. |
|---|---|
| WILSTONE, INC. | 789 |
| W & W DIAMOND IMPORTS, INC. | 789 |
| MODY & ASSOCIATES | 720 |
| M.S. INTERNATIONAL, INC. | 345 |
| OM INTERNATIONAL, INC. | 565 |
| PARAMOUNT DIAMOND CORP | 561 |
| PARAS INTERNATIONAL, INC. | 401 |
| PHIL ABRAMS FINE WATCHES | 783 |
| PLUMMER INVESTMENTS | 840 |
| PIONEER DIAMOND CORP | 110 |
| REAL GEMS CORPORATION | 730 |
| RISK MANAGEMENT CONSULTANTS | 320 |
| R.P. GEMS | 640 |
| RUDI'S JEWELRY & WATCH REPAIR | 380 |
| SANCHEZ BROTHERS | 475 |
| JEWELERS, DIAMOND SETTERS | 355 |
| S.B. & T GEM IMPORTS, INC. | 360 |
| DAVID SCHMOLL, D.D.S. | 880 |
| SECURITY GEMS | 575 |
| SECURITY SOURCE | 560 |
| SEHGAL'S INTERNATIONAL, INC. | 860 |
| SHAFTEL DIAMOND CORP. | 335 |
| SHORT STOP SNACKS | 340-A |
| SILBERS, INC. | 380 |
| SILVER ETC. | 610 |
| SILVER EXPRESS SHOWROOM | |
| SILVER EXPRESS STAR-TEX IMPORTS | 447 |
| SILVER & MARCASITE DISTRIBUTORS | |
| SLICK WILLIES OF AMERICA, INC. | 785 |
| SOFTEC INTEGRATORS, INC. | |
| SOUTHWEST ELECTROSTATIC SPRAYERS, INC. | 750 |
| S.P DIAMONDS | 820 |
| ST. SIMONE | 575 |
| STERLING SILVER JEWELRY | 690 |
| STULLER CUSTOMER SERVICE | 345 |
| THE LANNYTE COMPANY | 370 |
| TIKU GEMS | 770 |
| TREASURE ISLAND JEWELRY CO | 340-C |
| INRAD CORPORATION | 480 |
| UNLIMITED TRAVEL | 260 |
| Union Gems Inc | 350 |
| U.S.A. GOLD & DIAMONDS | 770 |
| VOGUE JEWELRY | 770 |

PENGAD-Bayonne, N. J.

STATE'S EXHIBIT

1                         State's Exhibit No. 9
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1                          State's Exhibit No. 10

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                          State's Exhibit No. 11
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



1                         State's Exhibit No. 12

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                         State's Exhibit No. 13

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD-Bayonne, N. J.

STATE'S
EXHIBIT
13

1                           State's Exhibit No. 14

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD-Bayonne, N. J.

STATE'S
EXHIBIT

1                         State's Exhibit No. 15

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                           State's Exhibit No. 16

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
16

1                          State's Exhibit No. 17

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                        State's Exhibit No. 18

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
18

1                           State's Exhibit No. 19

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
19

1                     State's Exhibit No. 20

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
20

1                              State's Exhibit No. 21

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
24

```
 1                    State's Exhibit No. 22
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



STATE'S
EXHIBIT
22

1                          State's Exhibit No. 23

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                        State's Exhibit No. 24

 2

 3

 4    S-24:  large diagram

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                         State's Exhibit No. 25

2

3

4        S-25:   Large diagram

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          State's Exhibit No. 26

2

3

4       S-26: Shell casing

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        State's Exhibit No. 27

 2

 3

 4      S-27: Shell casing

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                           State's Exhibit No. 28

2

3

4       S-28: Shell casing

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         State's Exhibit No. 29

2

3

4      S-29: Shell casing

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                   State's Exhibit No. 30

2

3

4        S-30: Shell casing

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                           State's Exhibit No. 32

2

3

4      S-32: Fake mustache

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          State's Exhibit No. 33
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1           State's Exhibit No. 34

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1           State's Exhibit No. 35

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         State's Exhibit No. 36

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
36

THE STATE OF TEXAS § IN THE <u>263rd</u> DISTRICT COURT

VS. § OF

REINALDO DENNES § HARRIS COUNTY, TEXAS

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared *Douglas C. Bassani* who, being by me duly sworn, deposed as follows:

My name is *Douglas C Bassani*, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated. I am the custodian of the records of ABM SECURITY SERVICES. Attached hereto are *2* __ pages of records from ABM SECURITY SERVICES. These said *2* pages of records are kept by ABM SECURITY SERVICES in the regular course of business and it was the regular course of business of ABM SECURITY SERVICES for an employee or representative of ABM SECURITY SERVICES, with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the originals.

_____
AFFIANT

APR 1 199

Time:



SWORN TO AND SUBSCRIBED before me on this the *11th* day of *April*, 1997 A.D.,

S. G. STEWART
Notary Public, State of Texas
My Commission Expires
10/30/97

_____
NOTARY PUBLIC in and for
State of Texas

_____
NOTARY'S   PRINTED   NAME

(SEAL)

# ABM Security Services

**Installation** _Greenwich_

**BUILDING REGISTER**

Page No. _1_

Date _1-24-96_

| NAME | REPRESENTING | AREA IN THE BUILDING GOING TO OR LEAVING FROM | TIME IN | TIME OUT | REMARKS |
|------|-------------|-----------------------------------------------|---------|----------|---------|
| Carlos Zapata | A B S | | 7:18 AM / 12:24 PM | 11:30 AM / 3:01 PM | |
| J W May | VIP | | 8:30 AM | 8:31 | |
| Martha Bermudez | ABS | | 8:30 AM / 12:09 PM | 11:38 AM / 4:22 PM | |
| Estrella Mtz | ABS | | 8:55 PM | 12:55 AM | |
| Maria G. Santibanes | ABS | | 8:35 PM | 12:58 AM | |
| Phil Ruiz | Self | 360 | 8:45 PM | AM | |
| Glen | -- | 680 | 9:48 PM | AM | |
| J Delgado | Delgado Painting | 2nd floor | 9:42 AM | 5:16 PM | |
| D Shaw | WS | All | 9:57 PM | 11:40 PM | |
| Ditmann | VIP Express | 610 | 10:00 PM | 10:00 AM | |
| M Cary | Feely | all | 10:12 AM | 6:00 AM | |
| A Au | TexPack | 610 | 10:30 PM | 10:31 PM | |
| Lemon | Fee-C | 420 | 10:33 PM | 10:37 PM | |
| T Emily | Dunbar | 890 - 250 | 11:32 AM | 11:48 PM | |
| Umbar | DHL | 215 | 1138 AM | 1141 | |
| Dangler | R O C. | 390 | 11:45 PM | 11:45 AM | |
| Robert Birst | Delgado Paint | 210 | 11:48 PM | 5:13 PM | |
| Wilburg | Brinks | 3 + 6 | 1155 PM | 11:59 AM | |
| Tony Walton | Aquarium Environments | 225 | 12:08 PM | 12:57 AM | |
| Stewart | Airborne | 2 - 8 | 1240 PM | 1252 AM | |
| P. Barner | SWAT | 820 | 1:10 AM | 2:50 PM | |
| Kingslei | Excel | 770 | 1 25 PM | 1 27 AM | |
| NM | DMail | 9:50 | 1:45 PM | AM | |

**NOTE:** All persons entering or leaving the building after hours must sign the Register.

ABM-HOU

SIGNATURE OF GUARD

**ABM Security Services**

Page No. _2_

Installation _GREENRICH BLDG_    **BUILDING REGISTER**    Date _1-24-96_

| NAME | REPRESENTING | AREA IN THE BUILDING GOING TO OR LEAVING FROM | TIME IN | TIME OUT | REMARKS |
|------|--------------|-----------------------------------------------|---------|----------|---------|
| E Rohmin | afbo | 710 FL. | 1255 PM | 1:05 PM | |
| C. Wilson | UPS | #690 | 1455 PM | 1502 PM | |
| Darryl William | Papa John Pizza | 640 | 3:35 PM | 3:32 PM | Serving Goal Pizza |
| Richard Mitchell | Ozarka | 24 Stops | 4:07 PM | 5:15 PM | |
| Nil Smith | National Guaram | #315 | 1:30 PM | 4:22 PM | |
| D Shir | UPS | PM | 431 PM | 540 PM | |
| M. White | Fed X | 585 & 230 | 4:40 PM | 4:50 PM | |
| Anilex Robles | A.B.S. | | 5:00 PM | | |
| UT | UPS | 820, 690, 290 | 5:10 PM | 5:40 PM | |
| Estrella Mtz | A3S | | 17:45 PM | | |
| Araly D Escaba | ABS | | 17:45 PM | | |
| Sonia Geico | AOS | | 17:45 PM | | |
| S. M | CdS | 700 | 6:10 PM | 6:15 PM | |
| My Shir | Parent | 850 | 6:12 PM | 7:20 PM | |
| HERBERT MARTINEZ | UPS | 315, 470 | 6:30 PM | 6:0 PM | |
| HERBERT MARTINEZ ctu | | 315 | 6:30 PM | | |
| V. Sadhar | Gem Tech | 447 | 7:30 PM | | |
| | | | PM | PM | |
| | | | PM | PM | |
| | | | PM | PM | |
| | | | PM | PM | |
| | | | PM | PM | |
| | | | PM | PM | |

**NOTE:** All persons entering or leaving the building after hours must sign the Register.

ABM-HOU

53- 960-9107

**SIGNATURE OF GUARD**

1                         State's Exhibit No. 37

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





STATE'S
EXHIBIT
37

1                           State's Exhibit No. 38

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD-Bayonne, N. J.

STATE'S
EXHIBIT
38

```
 1                    State's Exhibit No. 39
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



1                          State's Exhibit No. 40

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                         State's Exhibit No. 41

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD·Bayonne, N. J.

STATE'S
EXHIBIT

1                          State's Exhibit No. 42

2

3

4      S-42: Drawing

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                              State's Exhibit No. 43

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
43

LL #78-96 WGR

1                          State's Exhibit No. 44

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*SPRING 1996 CATALOG*



# BUTOKUKAI

### Guaranteed Quality Products Since 1983

## P. O. Box 430 · Cornville, Arizona 86325

STATE'S
EXHIBIT
44
FEEGAD-Bayonne, N. J.

- **OVER 200!!!!! CONTROVERSIAL BOOKS**

- **LOCK PICK TOOLS**

- **SELF DEFENSE PRODUCTS**

- **VIDEOS**

- **FAST SERVICE**

- **GUARANTEED QUALITY PRODUCTS**



# CAN YOU LEGALLY SHOOT AN INTRUDER?

## SHOCKING INFORMATION ABOUT THE USE OF DEADLY FORCE!!

### (SEE PAGE 3)

# FREE BOOK OFFER!!!

IF YOUR ORDER TOTALS $50.00 OR MORE, YOU WILL RECEIVE ONE OF THE BOOKS LISTED ON PAGE 2 ABSOLUTELY FREE!!!

# ORDER NOW! A $10.00 VALUE

## BOOK CONTROL???

**Not yet. All of our titles are very informative and controversial. Your right to have this or any information is protected by the 1st Amendment of the U.S. Constitution.**

### ORDER NOW WHILE YOU STILL CAN!!!




## ORDER TOLL FREE
## 1-800-747-6280
### 24 HOURS A DAY- 7 DAYS A WEEK
### WE ACCEPT ALL MAJOR CREDIT CARDS
*FAX ORDERS: 520-634-1203*




# FREE BOOK OFFER

# FREE! FREE! FREE!

## PURCHASE $50.00 OR MORE AND RECEIVE ONE OF THE FOLLOWING PUBLICATIONS ABSOLUTELY FREE!

B-113- SPECIAL FORCES UNCONVENTIONAL WARFARE -PAGE-13
B-102- SECRET GUIDE TO MAKING NINJA WEAPONS -PAGE-27
B-100- DEADLY WEAPONS OF THE KOGA NINJA -PAGE-27
B-101- IMPROVISED NINJA SMOKE DEVICES -PAGE-27
B-103- ADVANCED HOMEMADE FIREWORKS -PAGE-12
B-106- HOME WORKSHOP PARKERIZING -PAGE-7
B-109- GREAT SILENCERS OF THE PAST -PAGE-11
B-114- FULL-AUTO MARLIN MODEL 9/45 -PAGE-10
B-104- NINJA POWER OF THE MIND -PAGE-27
B-107- FIRECRACKER COOKBOOK -PAGE-12
B-108- VIET CONG BOOBYTRAPS -PAGE-13
B-110- SELECT FIRE AK-47 -PAGE-10
B-105- PAINTBALL COMBAT -PAGE-30
B-111- RANGER TRANING -PAGE-30

***INDICATE YOUR SELECTION IN THE SPACE PROVIDED ON THE ORDER BLANK***
HURRY OFFER ENDS MAY 31,1996

## INDEX

FREE BOOK OFFER .......................................2
NEW BOOKS ........................................3,4,5,6
WEAPONS & FIREARMS .............................7
VIDEOS ......................................................8,9
FULL-AUTO ...............................................10
SILENCERS ...............................................11
SILENCERS/FIREWORKS ...........................12
EXPLOSIVES .........................13,14,15,16,17
LOCKSMITHING  MANUALS ...................18
LOCKPICKING TOOLS ...............................19

NEW I.D./PERSONAL FREEDOM ...................20
PERSONAL FREEDOM ....................................21
MARTIAL ARTS ....................................22,23,24
NINJA TRAINING .........................................25
NINJA TRAINING COURSES ..........................26
NINJA TRAINING/NINJA CHEN .....................27
PEPPERGAS/BRASS KNUCKLES ...................28
HARASSMENT ..............................................29
GUERILLA WARFARE ...................................30
SWAT & FIREPOWER/BEST SELLERS............31

## BUTOKUKAI INC.
### P.O. Box 430
### Cornville, AZ 86325

CREDITCARDS
1-800-747-6280

## WARNING!!!

**THIS CATALOG CONTAINS MANY TITLES THAT GIVE EXPLICIT AND PRECISE DETAILS OF THE CONSTRUCTION AND FORMULATION OF FULLY AUTOMATIC WEAPONS, SUPPRESSORS, EXPLOSIVES AND BOOBYTRAPS. ALL TITLES ARE SOLD FOR *EDUCATIONAL PURPOSES ONLY.* BUTOKUKAI WILL NOT BE RESPONSIBLE FOR THE USE OR MISUSE OF ANY INFORMATION CONTAINED IN THESE BOOKS.**




### FOR FASTER SERVICE USE YOUR CREDIT CARD
# 1-800-747-6280
*24 HOURS A DAY - 7 DAYS A WEEK*

520-FAX 634-1203



---

**QUESTIONS MONDAY THRU FRIDAY 9 TO 5 MOUNTAIN STANDARD TIME.**
**520-634-6280**

---

# JUSTIFIABLE HOMICIDE
## THE INTELLIGENT USE OF DEADY FORCE

IF YOU OWN A WEAPON FOR PROTECTING YOUR PROPERTY, YOUR FAMILY AND YOUR LIFE, YOU MUST KNOW THE ANSWERS TO THESE IMPORTANT QUESTIONS...

- When can you legally shoot an intruder in your home?
- What are the consequences of using Deadly Force?
- What moral issue will you face by using Deadly Force?
- You confront and secure a intruder in your home, he gives up, what now?
- When confronting an intruder at night, should you use a flashlight in conjunction with your weapon?
- What other less than lethal options do you have against an intruder? Should you wound him? Physically harm him? Use a Pepper Spray or a Baton?

- Where should you keep your weapon for quick and easy access in case of an emergency?
- What weapon should you use when shooting inside your home? a revolver, a shotgun, or automatic pistol? What kind of ammo, and what caliber?
- What can you do to make your home more secure?
- What part do dogs play in home security?
- What should you do if you are carjacked or in a riot situation?
- Where can you find professional shooting defense training?

**IF YOU CANNOT ANSWER ALL OF THE ABOVE QUESTIONS, YOU MAY NOT BE PREPARED FOR A CONFRONTATION THAT COULD OCCUR IN YOUR HOME. BE PREPARED THIS BOOK HAS ALL OF THE ANSWERS AND WILL GIVE YOU THE KNOWLEDGE TO BE ONE STEP AHEAD OF SOME SCUMBAG THAT MAY SOMEDAY THREATEN YOUR PROPERTY OR POSSIBLY YOUR LIFE. THIS IS A "MUST READ" FOR ANYONE CONCERNED WITH PROTECTING THEMSELVES AND THEIR FAMILIES. *ORDER TODAY!!!***



5½x8½, Softcover, 100 Pages, Illustrated.

B-117 ................................................................................ $12.95

---

**FAX**
**520-634-1203**

3

# NEW BOOKS







### THE POORMAN'S SNIPER RIFLE

At last, a complete work on the conversion of readily available surplus military rifles to high performance sniper weapons. D. Boone, describes and illustrates how to make the conversions using simple tools, methodologies and materials. you will be able to accurize certain bolt action rifles to sniper grade performance for a price that is a small fraction of a commercial sniper type rifle. 5½x8½ Softcover, Illus. 150 pp.

**PMSR** ..............................$14.95

### THE POORMAN'S NUCLEAR BOMB

"What in the hell do you want with a nuclear bomb?" is a question asked of you by the author of this extraordinary book. You'll get that answered and a lot more. This book is destined to be an all-time best seller, surpassing those "cookbooks" in its offerings on explosives and explosive weapons. When you finish this book, you will have an understanding of explosives-how they work and how they are used and even some corrections to the old "classics" 8½x11, Softcover, Illus, 130+ pages. *for academic study only.*

**PNB** ................................$19.95

### GUGE GONGJI
### SEVEN PRIMARY TARGETS TO TAKE ANYONE OUT IN A FIGHT

Structurally disabling an opponent is like removing the bullets from his gun. It is unlikely that he can throw a punch at you with a broken wrist or elbow, and his ability to advance is substantially inhibited by a busted knee or ankle.That is the principle of Guge Gongji: stopping an attacker by breaking his instrument of danger. Learn seven primary targets guaranteed to take *anyone* out of a fight. 5½x8½, Softcover, Illus.188 pages.

**GG** ......................................... $15.00








### HOMEMADE AMMO
### HOW TO MAKE IT, HOW TO RELOAD IT, HOW TO CACHE IT
*by Duncan Long*

Homemade Ammo will provide you with all the technical know-how you will need to make smokeless powder, how to reload cartridges, determine which brass can be reused safely and which can't, how to manufacture or recharge primers and how to cache ammo and the components needed to make it. Save money on the most expensive part of shooting, the ammo, reload your own. Or reload to stockpile for the uncertain future. *for academic study only.* 5½x8½, Softcover, Illustrated Photos. 104 Pages.

**AMMO** ............................... $14.00

### BUTANE LIGHTER HAND GRENADE

How to turn a disposable butane lighter into a self contained shrapnel-throwing hand grenade with a time delay fuze system. The process is clear and simple. No special tools are required. *for academic study only.* 5½x8½ Softcover Illustrated 84 pages.

**BLHG** ...............................$9.95

### POORMAN'S TNT
### IMPROVISED GUNCOTTON

Guncotton is poorman's TNT. It is the easiest and cheapest explosive you can make. It requires only three easily found and legal ingredients and no special skills, equipment or training. and Guncotton can be improvised in seconds. As the first modern explosive whose invention led to the wide array of explosives now available, it is also of historical interest to explosives fanatics. This manual also contains a special section on safety procedures for handling the chemicals involved in making guncotton and other explosives. *for academic study only.* 5½x8½, Softcover, 40 Pages.

**PTNT** ..................................... $12.00

**CREDITCARDS**
**1-800-747-6280**

# NEW BOOKS









## POTATO-BAZOOKA-Hair Spray Powered Vegetable Guns

Bored ? Nothing to do this weekend ? build yourself a potato bazooka. These hair spray Powered guns are absolutely the most fun you can have for under $20.00. Detailed diagrams and materials list make it easy for anyone to build these fun vegetable launchers, with over 50 pictures. Plans are included for 3 different designs of potato bazooka guns and 2 pint size grape launchers. you'll be amazed how powerful these guns can be! *must be 18 or have parents permission to order.* 5½x8½,softcover, 37 pages

BAZ ...............................................$9.95

## DIM-MAK'S 12 MOST DEADLY KATAS

Master Erle Montaigue provides quick, concise training in 12 specific Dim Mak patterns or forms based on those points that can be used as a whole separate martial art. Part one teaches solo form- not really a continuous kata but 12 seperate ones-and in part two the student learns to resond to a training partner's attacks with each of 12 corresponding free-sparring techniques, called san-sau or kumite.
DM-12 ........................................$25.00

## BLACK MEDICINE IV Equalizers

Now Dr. N. Mashiro shows you how to effectively use a variety of common weapons that may be unfamiliar to you. Do you know how to operate modern spray and electric shock weapons? If you had access to a hatchet, knife, stick or shield, would you know how to best use it against a determined attacker? *Equalizers* teaches you how to perform these vital skills. *for academic study only!.*5½x8½,softcover,photos 96pp.
BM-4 ..........................................$12.00

## RAGNAR'S ACTION ENCYCLOPEDIA OF PRACTICAL KNOWLEDGE AND PROVEN TECHNIQUES
*by Ragnar Benson*
This reference book belongs in every thinking person's arsenal. In fact, the information contained in it may well be the most valuable weapon you have. Included among its 80 chapters are precise instructions, diagrams and photographs showing you how to build, choose, store and use weapons, explosives and incendiaries; select, build stock and defend a retreat; change your I.D. and drop out of sight completely- or find someone who has; defend yourself, your family and property; trap deer, fish, fowl or anything that moves; provide medical care at a fraction of the cost. Use dozens of other proven techniques to take control of your life and live better than ever! 8½x11 Softcover, Photos, Illustrated.
REPK .................................. $45.00







## HOME-BUILT CLAYMORE MINES by Ragnar Benson

Though claymores are in widespread military use, until recently there was little available to the public on their basic operating theories.Then Ragnar discovered claymores are practical if assembled correctly and fairly easy to build from over- the- counter supplies. This book is a step by step guide for doing just that. *for academic study only!* 5½x8½, softcover ,64 pp.
HBCM ..........................................$12.00

## NEW AND IMPROVED C-4
Better-Than Ever Recipes for Half the Money and double the Fun
*by Ragnar Benson*
Ragnar is at it again with his newest C-4 formula.Its dirt simple, easily assembled, relatively inexpensive and made from unregulated chemicals that are available anywhere. In this book he has concocted some winning formulas you won't want to miss, including a version that eliminates costly nitromethane altogether! As always, ragnar presents solid, step-by-step instructions, practical insights and witty anecdotes. *for academic study only.* 5½x8½, Softcover, Photos, Illus. 88Pages.
NEW C-4 .......................... $15.00

## RAGNAR'S BIG BOOK OF HOMEMADE WEAPONS

This book has all the nuts-and-bolts information from ragnar's most popular books on homemade C-4, flamethrowers, grenade launchers, high explosives, mantrapping, weapons caching and gunrunning, plus *all new* chapters on hand and rifle grenades, claymore mines and mortars. You can build your own using these easy to follow instructions, photos and illustrations. *for academic study only!.* 8½x11,softcover,photos,illus.,288pp.
RBHW ..........................................$25.00

# NEW BOOKS



## SURVIVAL
### A MANUAL THAT COULD SAVE YOUR LIFE

This is one of the best guides we've seen. Life saving first-aid and wilderness medical care, water procurement, improvised survival tools and weapons-having this book in *any* emergency could mean the difference between life and death. Every year people die needlessly because of hysteria, ignorance or overconfidence in their abilities. Anyone who camps, hikes, runs a snowmobile, flies in airplanes, drives a car or simply lives needs to know how to survive on his or her own. 5½x8½, Softcover, illus,208pp

**SURV** ...............................$16.00



## WHEN SECONDS COUNT
### EVERYONE'S GUIDE TO SELF-DEFENSE

Learn a bold new system that cuts through the ceremony and posturing of traditional martial arts and breaks self-defense down to it's simplest elements: practical skills, proven techniques and the confidence to use both on armed and unarmed assailants. Learn how to hone your awareness skills, assess threat levels, de-escalate situations before they turn violent, use weapons skillfully, and cope with the aftermath of violence. When seconds count... you have no time for mistakes. 8½x11, Softcover, Photos, illus, 144 pages

**WSC** ................................. 22.00



## SAFE IN THE CITY
### A STREETWISE GUIDE TO AVOID BEING ROBBED, RAPED, RIPPED OFF, OR RUN OVER.

The information from this book came straight from the streets of New York and Los Angeles. Learn how muggers, carjackers, junkies, rapists, gangbangers, burglars and conmen select their victims and execute their crimes. The practical wisdom offered in this book will help you harden your defenses and sharpen your wits *before* you find yourself in "Uh-Oh Land" with the sinking realization that you are about to be robbed, raped, ripped-off or worse. 5½x8½, Softcover, 312 Pages.

**SITC** ................................. 21.95



## MEDICINE CHEST EXPLOSIVES
### Investigators Guide to Chemicals Used In Home-cooked Bombs

Almost every household contains most of if not all the ingredients necessary to build an infernal device. This book provides the investigator with a thorough reference to those household items, how they are commononly used in the home and how they can be used to make sophisticated explosives. *for academic study only.* 5½x8½,softcover,88pp.

**MCE** ...........................................$12.00



## CRIMINAL INVESTIGATIONS
### U.S. ARMY TECHNICAL MANUALS

Secret Army investigation procedures!! A reprint of 6 U.S. Army Technical Manuals, bound in 1 convenient volume. Included are, Fingerprinting, Crimes Involving Poisons, Techniques Of Surveillance, Investigation Of Assaults, Homicides, And Suicides, Polygraph Examinations, also how to make casts and molds of footprints and tire tracks. Shocking info!!!. 8½x11 soft cover. 92 pages.

**B-116** ...........................................$9.95



## IMPROVISED RADIO DETONATION TECHNIQUES
### By Lawrence W. Myers

Radio-controlled detonation of strategically placed explosives is a great way to strike anonymously in an unconventional warfare situation. This manual outlines how common consumer electronic devices such as cordless phones, citizens band radio transceivers, and walkie-talkies can be modified to work as radio-controlled detonation devices. No special tools or sophisticated electronic skills are necessary. for information purposes only. 5-1/2 x 8-1/2, softcover, illus., 80 pp.

**I R T D** ......................................$12.00

**FAX**
**520-634-1203**

# WEAPONS & FIREARMS

## FIREARMS MAINTENANCE MANUALS

Lost your manual? or just want more information about your weapon?
Each book completely covers all aspects of your particular firearm including, disassembly,
function, and maintenance with easy to understand pictures and illustrations ***ORDER NOW!!***

**# FP-16 ▪ AR-15 & M-16 5.56mm Rifles**
8½x11 Softcover,120 Pages............................$11.95

**# 019 ▪ AR-15/M-16A2 Assault Rifle**
5½x8½ Softcover,120 Pages..............................$8.95

**# 128 ▪ The Colt .45 Auto Pistol**
6x9 Softcover,98Pages....................................$9.95

**# 310 ▪ Mac-10 Cookbook**
5½x8½ Softcover,40 Pages...............................$9.95

**# 135 ▪ AK-47 Assault Rifle**
6x9 Softcover,98 Pages..................................$11.95

**# 129 ▪ Baretta 92F/93F/M9**
8½x11 Softcover,72 Pages.............................$11.95

**# 125 ▪ Browning Hi-Power**
6x9 Softcover,48 Pages...................................$9.95

**# 133 ▪ FN/FAL Rifle**
5½x8½ Softcover,130 Pages............................$13.95

**# 009 ▪ Springfield Rifle Model 09**
5½x8½ Softcover,117 Pages............................$11.95

**# 015 ▪ M-14 Rifle**
8½x11 Softcover,50 Pages................................$9.95

**# FP-12 ▪ The Fighting Garand**
8½x11 Softcover,93 Pages.............................$11.95

**# FP-13 ▪ M1 Carbine Owner's Manual**
8½x11 Softcover,102 Pages..............................$9.95

**# 014 ▪ Ruger Carbine Cookbook Mini-14&10/22**
5½x8½ Softcover,50 Pages.............................$11.95

**# C9047 ▪ SKS Type 45 Carbines**
5½x8½ Softcover,110 Pages............................$16.95

**# 031 ▪ Thompson Submachine Guns**
5½x8½ Softcover,224 Pages............................$13.95

**# 017 ▪ U.S. Shotguns All Types**
5½x8½ Softcover,257 Pages............................$11.95

**# 060 ▪ Survival Gunsmithing**
8½x11 Softcover,92 Pages................................$9.95

**# 126 ▪ P-08 Parabellum Pistol**
5½x8½ Softcover,53 Pages................................$9.95

**# 127 ▪ Walther P-38 Pistol**
6x9 Softcover,85 Pages...................................$9.95



### THE PRIVATE WEAPONEER: TRACERS 'N' STUFF

Gregg Hull, Private Weaponeer, has created one of the most exciting new little books to hit the market in a long time. A real how-to-do-it book that shows you how to make your own tracer ammunition as well as an array of other little bombs. Complete workable instructions for constructing tracer bullets, exploding buckshot, thermite and thermate incendiary grenades, and armor piercing ammo. 5-1/2 x 8-1/2, softcover, illus., 49 pp.
066 .......................................$9.95



HOME WORKSHOP PARKERIZING

### HOME WORKSHOP PARKERIZING

Parkerizing is the procedure to make an old gun or rifle look like new again. There are step-by-step detailed instructions on removing the old finish and replacing it with a durable rustproof surface. Also included is a list of suppliers for Parkerizing chemicals. The technique is inexpensive and relatively easy to perform. Learn the "____et" of Parkerizing.
_6 ....................................$7.95



### THE DEFENSIVE SHOTGUN: TECHNIQUES & TACTICS

The purpose of this book is two-fold: to cut through the maze of myths concerning the shotgun and its attendant balisic effects and to provide the reader with a basis for understanding how to use the weapon in its defensive mode. Written by Louis Awerbuck, who has trained both military and civilian shooters, this 77 page illustrated book includes topics like: multiple targets, snap shooting, shooting on the move, weapons retention, one handed operations and much more.
412 ....................................$12.95



L.A.W. ROCKET SYSTEM
66MM LIGHT ANTITANK WEAPON
OPERATION MANUAL

### L.A.W. ROCKET SYSTEM

This book describes the operation procedures of the 66mm Light Antitank Weapon. Used currently by the U.S. Military and many friendly nations, now you can have first-hand knowledge of how to operate this weapon. This 5.1 pound rocket and launcher, which is only two feet long, totally replaced the large, heavy and cumbersome bazooka. 5½x8½, 30 pages.
234 .......................................... $8.00

# VIDEOS

## ALL TAPES ARE AVAILABLE IN VHS® FORMAT ONLY

Video tapes are not refundable.
Defective tapes will be replaced for 30 days after purchase.

## HOW TO GET IN ANYWHERE, ANYTIME

Are you truly safe behind locked doors? How quickly can your locks be defeated? How do you pick a lock, force a door or blow a safe? Nearly two full hours of step-by-step instruction details the use of computer-generated picks, rocker, magnetic lock picking, lockaid guns and electronic picks. Whether you're a locksmith, cop, detective, or just a concerned citizen, you cannot afford to miss this exceptional tape. A manufacturers list is included. 120 minutes, color.
VT-065 ............................................ **$59.95**



## EXPERT LOCK PICKING: STATE-OF-THE-ART LOCK PICKING SECRETS

Some things simply can't be taught very effectively in books and lock picking is one of them. This in-depth, on camera course covers the fastest and best ways to pick locks, from the simplest wafers to complex pin tumblers. Through our specially designed cut-away, see-through locks you will view the inside mechanisms of working locks.
VT-010 ............................................ **$59.95**

## HIGH-SPEED ENTRY

After watching this tape you won't have any problem going right through high-security locks, hard-plate protection, dead-bolts, brick walls or even steel bars. Let the experts show you how to use the new tools of the trade to perform the new tricks. This information is all new and it all works. A complete source guide is included. 60 minutes.
VT-022 ............................................ **$39.95**

## PERSONAL PICKS WITH EDDIE THE WIRE

Diamond pick, Snake pick, Lifter, Tension wrench — these are the tools of the lock picking trade. Let Eddie the Wire, author of the *How to Make Your Own Professional Lock Tools* series show you how to make your own set of pro locksmith tools. 72 minutes, color.
VT-021 ............................................ **$29.95**

## M1 to M2 CARBINE CONVERSIONS

WWII's famous personal weapon gets a new lease on life. See the M2 carbine perform in full-auto mode and learn how to change the personality of the subdued M1 carbine. Full details for conversion, history of the weapon parts identification and kit assembly are covered. Approx. 30 minutes, color.
VT-071 ............................................ **$29.95**

## AR-15 CONVERSION TO M-16

This detailed video carries you step by step through the conversion process. See the M-16 in action. Parts identification, malfunction corrections and much more. Approx. 30 minutes, color.
VT-070 ............................................ **$29.95**

## AKS CONVERSION TO AK-47

For one of the most readily available assault rifles on the market. A complete history of the weapon. Detailed views of disassembly and assembly. How it is converted to select fire, actual firing demonstrations and how to correct malfunctions. Approx. 30 minutes, color.
VT-069 ............................................ **$29.95**

## HOW TO BUILD A STEN MKII OR MKV FROM A KIT

Now you get to see the assembly of one of the most functional sub-machine guns that a do-it-yourself person can build. The history of the STEN, how it functions, firing demonstrations and more. Approx. 30 minutes, color.
VT-068 ............................................ **$29.95**

## NEW ID: HOW TO CREATE A COMPLETE NEW IDENTITY

If your life is taking a turn for the worse, it may be time for you to be born again. No, not by seeking the Truth, which may set you free, but by telling the right lies, which will keep you out of trouble — and jail — in the first place. By watching *New ID* and following its simple directions, you can start over with a clean slate and cover up past credit, employment, health, marital or legal problems. You've read about how to get alternate IDs, now see how it's done. 35 minutes, color.
VT-041 ............................................ **$24.95**

## GET EVEN: THE VIDEO OF DIRTY TRICKS

At last, the outrageous acts of revenge made famous (or infamous) by the books *Get Even 1 & 2* have been captured on film in this uproarious video tape. 40 minutes, color.
VT-019 ............................................ **$19.95**

## HOMEMADE C-4: A CLOSER LOOK

C-4 is more powerful than dynamite or TNT. C-4 quickly penetrates steel or armor, yet it is extremely stable. Making C-4 requires only three legal ingredients, and no special tools, equipment or training. This tape takes you step-by-step through everything you need to know in order to assemble, prepare and use improvised C-4. Plus, you'll see live footage of C-4 blowing up cars and steel plate so you can judge for yourself it's awesome explosiveness. 25 minutes, color.
VT-061 ............................................ **$24.95**

## WHISPERING DEATH Secrets of Improvised and State-of-the-Art Silencers

Enter the quiet world of silencers and suppressors with the first and only video covering pistols, rifles, screw-ons, snap-ons, and built-ins. In this exceptional tape, experts demonstrate and test a wide variety of silencers and disclose step-by-step procedures for constructing both improvised and high-grade commercial-quality suppressors. Includes BATF silencer registration forms. For information purposes only. Videos are nonreturnable; defective tapes will be replaced. Color, approx. 40 min., VHS (U.S. format) only.
WD-V ............................................ **$39.95**

## SAFE IN THE STREETS How to Recognize and Avoid Violent Street Crime with Marc "Animal" MacYoung a L.O.T.L Group film

Contrary to popular belief, the "jump out of the bushes" type of attack accounts for less than 10 percent of all criminal assaults. In reality, the street thug is not that predictable. But there are definite danger signals that precede the other 90 percent, and this video will teach you how to recognize them *prior* to an attack so you can avoid becoming the latest victim of violent street crime. This video will show you how your attitude and actions can convey that attacking you is *not* a safe bet. Videos are nonreturnable; damaged tapes will be replaced. Color, approx. 50 min., VHS (U.S. format) only.
S I T S ............................................ **$29.95**

## BLACK MEDICINE: THE VIDEO Vital Targets, Maximum Punishment

Instructors Peyton Quinn and Mike Haynack provide a graphic video demonstration of how to exploit the vonlerable points of the human anatomy, focusing on the strikes that will put a man down. This tape explicity shows not only where to strike but also how to create an opening for the blow and how to achieve enough power to break an opponent's bones, shut off the blood to his brain or drop him unconscious to the pavement. This video is for information purposes only. Videos are nonreturnable; defective tapes will be replaced. Color, approx. 50 min., VHS (U.S. format) only.
BMV ............................................ **$29.95**

# THE COMPLETE HANDGUN VIDEOS
## *SHOOTING ✻ DISASSEMBLY ✻MAINTENANCE*
## *REASSEMBLY*

THESE EXCITING NEW VIDEOS ARE THE MOST INFORMATIVE EVER PRODUCED TO HELP ALL GUN OWNERS SHOOT BETTER AND UNDERSTAND HOW SEMI-AUTOMATIC PISTOLS OPERATE. EACH TAPE SHOWS IN DETAIL HOW TO SHOOT AND HOW THESE PISTOLS OPERATE WITH EXCELLENT ANIMATION SEQUENCES SHOWING CUTAWAY VIEWS OF PISTOLS FIRING AND CYCLING AS WELL AS PROPER SIGHT ALIGNMENT. ADDITIONALLY, STRICT ATTENTION IS PAID TO HOW MUCH LUBRICATION SHOULD BE USED AND WHERE IT SHOULD BE APPLIED. IF YOU OWN ANY OF THE WEAPONS BELOW YOU OWE IT TO YOURSELF TO KNOW THE MOST YOU CAN ABOUT THEM TO FURTHER YOUR SHOOTING PLEASURE. *ORDER NOW!!!*

## GLOCK

Complete information on how to shoot disassemble, maintain, lubricate and reassemble Glock pistols. Information applies to Glock models 17,17L, 19, 20 and 21.          86 min.
VT-P0044 ................................................. $19.95

## 1911 AUTO PISTOL

Complete information on how to shoot disassemble, maintain, lubricate and reassemble all 1911 style pistols, in all calibers including Colt, Springfield, Norinco and Para Ordinance. 90 min.
VT-P0046 .............................................$19.95

## CZ-75

Complete information on how to shoot disassemble maintain lubricate and reassemble the CZ-75 pistol and its variant. Information applies to EAA Witness, AT-88S and the P-9.          72 min.
VT-P0050 .................................................$19.95

## BERETTA

Complete infromation on how to shoot disassemble maintain lubricate and reassemble Beretta 92 style pistols and Taurus models PT-92/99 and PT-100-101.          84 min..
VT-P0045 .................................................$19.95

## SMITH & WESSON

Complete information on how to shoot, disassemble, maintain, lubricate and reassemble Smith & Wesson models 5906&3906. also applies to models 5904, and 3904.          77 min.
VT-P0049 .........................................$19.95

## BROWNING

Complete information on how to shoot disassemble maintain lubricate and reassemble the Browning BDM. Information also applies to the Browning Hi Power pistols.          85 min.
VT-P0048 .........................................$19.95

## MORE EXCITING VIDEOS



### SHOOT TO LIVE:
### GUNFIGHT SURVIVAL
### *WITH MASSAD AYOOB*

Massad Ayoob is recognized worldwide as an expert in the use of firearms for self defense and law enforcement. In this video he shares his unique perspective on surviving a gunfight situation. Dynamic riveting information including: 45 vs. 9mm, the three most important aspects of a gunfight, pistol vs. shotgun, "stopping power", point shooting vs. amed fired, what happens when a person gets shot and much more.          60mins.
VT-P0025 ................................................. $29.95



### ROCK N' ROLL #3
### SEXY GIRLS & SEXY GUNS
The most incredible video of its kind...14 of the sexiest southern California beauties scantily clad in string bikinis and high heels firing the most awesome full-auto machine guns ever produced. They're all here... Uzi, Mac-10, MP-5, AK-47, M-16, MP-K, Thompson and several others are handled by the sexiest, wildest bunch of babes ever. If you like girls, you'll like this tape. If you like machine guns...you'll love it. Professionally produced with Rock .N' Roll music, slow-motion, special effects and interviews with the girls. Order yours today and take home a bit of history.60 min
VT-MG003..............................................$29.95



### HOW TO SHOOT FAST
### AND ACCURATELY
Six of the fastest pistol shooters in the world demonstrate their techniques and are compared in slow motion to determine what makes them so fast. Complete how-to information on equipment, draw, grip, stance, sight picture, trigger pull, practice techniques and much more. This is the best, most informational video of its kind in the world. ideal for pistol competition, law inforcement and self defense. features Leatham, Barnhart, Mccormick, Tapp, Enos, Plaxco, Lathwell.          60 mins.
VT-P0001 ......................................$29.95

### CREDITCARDS
### 1-800-747-6280

# *FULL-AUTO*

## FULL-AUTO CONVERSION MANUALS

ALL MANUALS WERE RESEARCHED AND/OR WRITTEN BY A LICENSED CLASS II AUTOMATIC WEAPONS MANUFACTURER AND/OR A PROFESSIONAL MACHINIST WITH AN EYE TO MAKING THE CONVERSION/MANUFACTURING PROCESS AS SIMPLE AND PRACTICAL AS POSSIBLE. COMPLETE STEP-BY-STEP INSTRUCTIONS WITH DRAFTSMAN QUALITY DRAWINGS WILL MAKE EACH CONVERSION COMPLETELY RELIABLE AND EASY TO BUILD. ***ORDER NOW!!!***

**# 061●AR-15 FULL-AUTO**
5½X8½ Softcover, 32 Pages..............................$9.95

**# 036●UZI FULL-AUTO**
5½x8½ Softcover, 34 Pages..............................$9.95

**# 130●M1 to M2 CARBINE FULL-AUTO**
5½x8½ Softcover, 28 Pages..............................$9.95

**# 10/22●RUGER 10/22 FULL-AUTO**
5½x8½ Softcover, 42 Pages..............................$8.95

**# MINI-14●RUGER MINI-14 FULL-AUTO**
5½x8½ Softcover, 54 Pages..............................$8.95

**# 027●THOMPSON M27 A-1 FULL-AUTO**
5½x8½ Softcover, 24 Pages..............................$9.95

**# 114●M14A1 AND MINI-14 FULL-AUTO**
5½x8½ Softcover, 25 Pages..............................$9.95

**# 229●SELECT FIRE 10/22**
8½x11 Softcover, 41 Pages..............................$11.95

**# FP-4●SELECT FIRE UZI**
8½x11 Softcover, 44 Pages..............................$10.00

**# HK-94●HK 94 FULL-AUTO**
5½x8½ Softcover, 56 Pages..............................$8.95

**# HK 91/93●H&K 91/93 FULL-AUTO**
5½x8½ Softcover, 36 Pages..............................$8.95

**# KG-99●KG-99 FULL-AUTO**
5½x8½ Softcover, 48 Pages..............................$8.95

**# FP-9●MICRO UZI MACHINE PISTOL**
8½x11 Softcover, 38 Pages..............................$10.00

**# 022●BINGHAM AK-22 FULL-AUTO**
5½x8½ Softcover, 25 Pages..............................$9.95








### SKS SELECT FIRE CONVERSION MANUAL
Just insert key to engage the full-auto mode, remove the key and you are back to semi-auto. The unique key system conversion makes it easier than most other types of full-auto plans, and almost undetectable when the modification is complete. Also, two other methods are revealed. Step-by-step information with draftsman quality drawings, order now!
SKS ................................................. $11.95

### FULL-AUTO MARLIN MODEL 9&45 CARBINE
The Marlin model 9 mm carbine and its big brother model 45 caliber version, have both become a very popular choice of weapons because of their reliability and popular caliber size. Now you may convert your 9mm or 45 caliber Marlin to fully automatic for under $5.00, also this conversion does not require any difficult machining operations. The step-by-step detailed instructions with explicit drawings and photographs makes the procedure easy to understand. Order Now!! 5½x8½ Softcover,32pg.
B-114 ................................................$9.95

### Full-Auto Cobray M-11/9
Finally a FULL-AUTO conversion for the COBRAY M-11/9. Virtually every phase of the conversion process is explained in detail, from disassembly to troubleshooting and testing, this book covers it all. No need to be a Gunsmith to understand this easy procedure. All modifications are fairly simple and require no difficult machining. Order Now!!! *For academic purposes only* 5½x8½ soft cover, 28 pages, Illustrated.
B-115 ................................................$9.95

### STEN MK II SMG Construction Manual
The STEN MK II construction manual is a complete "HOW-TO" book utilizing kits from ARMEX, SARCO, etc. Includes background and history, preparing MK II parts kits for assembly, building the receiver using the included receiver template which is glued to the tubing and final assembly instructions. Photographs detail manufacturing procedure, blueprinted receiver plans and STEN MK II RECEIVER TEMPLATE. With total construction cost of a home built at about $110, this is a must! Large 8½x11 format, illus.
STEN ................................................$12.95

### SELECT FIRE AK-47
At last, an AK-47 conversion manual containing two different methods for Select Fire Full Auto conversions. Detailed achinest drawings show all modifications and parts required to make any AK-47 into a reliable full auto weapon. Every phase of the conversion is explained in great detail making it an easily understood process. Order your copy now! 5-1/2 x 8-1/2, softcover.
B-110 ................................................$9.95

### SUBMACHINE GUN DESIGNER'S HANDBOOK
This book was written to be a handbook for those interested in the design and construction of submachine guns. The first section on submachine gun history and design characteristics includes chapters on Future Trends, Historical Notes, Basic Requirements and Design. The second section covers ammunition. The final section includes working drawings of two of the most functional and easiest to build SMG's — the Sten MkII and the PPSH 41. 8 x 11, illus., 94 pp.
100 ................................................$16.95

# SILENCERS

## SILENCER CONSTRUCTION MANUALS

LEARN TO MAKE YOUR OWN QUALITY SILENCERS FOR YOUR SPECIFIC WEAPON. EACH BOOK WILL GIVE YOU COMPLETE EASY TO FOLLOW DETAILED INSTRUCTIONS WITH DRAFTSMAN QUALITY DRAWINGS. IF YOU HAVE ALWAYS WONDERED HOW SILENCERS WERE MADE, WONDER NO LONGER *ORDER NOW!!!*

**# SKS-S●SKS SILENCER PLANS**
5½x8½ Softcover, 24 Pages................................$9.95

**# 10/22-S●10/22 SILENCER PLANS**
5½x8½ Softcover, 42 Pages................................$8.95

**# KG-99-S●KG9-99 SILENCER PLANS**
5½x8½ Softcover, 39 Pages................................$8.95

**# AR7-S●AR-7 SURVIVAL RIFLE**
5½x8½ Softcover, 44 Pages................................$8.95

**# MAC-S●MAC 10/11 SILENCER PLANS**
5½x8½ Softcover, 44 Pages................................$8.95

**# UZI-S●UZI SEMI-AUTO & SMG SILENCER**
5½x8½ Softcover, 39 Pages................................$8.95

**# MK 1-S●RUGER MK-1 & STANDARD MODEL**
5½x8½ Softcover, 43 Pages................................$8.95

### HOW TO MAKE DISPOSABLE SILENCERS

Silencers for less than $3.00! Built without tools! Sounds incredible? Now you can silence any weapon, using items found in any neighborhood supermarket. This detailed manual includes over 65 close-up photographs and drawings to help anyone build disposable silencers that are just as effective as "professional" models, but can be easily constructed in seconds, without tools, using only inexpensive, readily available items. Learn how to make silencers from soft drink containers, window screen, pop bottle caps, PVC pipe, and many more! You won't find this information anywhere else, so order your copy today! 5-1/2 x 8-1/2, softcover, photos, illus., 88 pp.
DS .................................................. $12.00

### HOW TO MAKE DISPOSABLE SILENCERS, VOL. II

This fascinating sequel to our best-selling title *"How to Make Disposable Silencers"* presents more sophisticated designs, which can be constructed with a minimum amount of time and money, without the need for expensive machinery or tools. Now everyone will be able to silence weapons of any caliber (from .22 rimfires to 30.06 rifles) using such inexpensive items as automobile freeze plugs, hoses, washers, and many other easy to get parts. Step-by-step directions, illustrations, as well as over 100 close-up photographs and parts list, are included to make the job easy. Not only are these silencers inexpensive and simple to make, but they're guaranteed to work as well, or better, than many so-called "professional" models. 5-1/2 x 8-1/2, softcover, photos, illus., 122 pp.
DS-2 .................................................. $12.00



### SILENCER COOKBOOK
### by Nolan Wilson

Our intrepid exotic weapons expert is at it again, this time with full instructions and machinist's drawings for three different .22 rimfire silencers, utilizing materials that are commonly available at most hardware stores. These designs actually work, and work well, having been built and tested by a licensed Class II manufacturer. 8½x11, softcover, illustrated, 32 pp.
FP-3 ......................................... $10.00



### FIREARM SILENCERS
### by Nolan Wilson

This exhaustive study shows that the famous Maxim silencer was actually developed as just one of several Maxim-designed anti-noise pollution devices! Covert and mob silencers are also covered, however, along with the history of silencers, how they work, and patent drawings of some of the more important silencer developments in the U.S. 8½x11, softcover, illustrated, 44 pp.
FP-1 ......................................... $9.95

### GREAT SILENCERS OF THE PAST

This fascinating collection compiles six authentic silencer catalogs from the early 1900's. Included are a list of silencers and their cost for the time period, how silencers work, first use of the "Maxim" silencer in actual war and how rifle barrels are threaded to attach silencers. This volume is both nostalgic and informative. 5-1/2 x 8-1/2, 52 pp., over 70 pictures.
-109 ......................................... $9.95



### HOW TO MAKE A SILENCER FOR A .22

This indispensable little manual teaches you everything you need to know to manufacture a silencer for any .22 without a lathe or welder. These inexpensive homemade silencers give you all the suppression you need, thread on solidly and last for hundreds of rounds — without interfering with your accuracy or the gun's functioning. Working diagrams make construction a snap. This information presented for information purposes only. 5-1/2 x 8-1/2, softcover, illus., 64 pp.
22-S ......................................... $12.00

# SILENCERS/FIREWORKS



## THE HAYDUKE SILENCER BOOK: QUICK AND DIRTY HOMEMADE SILENCERS

As a sideline to his revenge classic, George Hayduke, the Master of Malice, explores the shady borderlands and Haydukery — the construction and use of homemade silencers! These simple, effective silencer designs are your passport into the world of muffled mayhem. And best of all, they can be made right at your kitchen table with common items found around the house! *Be warned:* George does not advocate the illegal construction or use of silenced weapons. In fact, he outlines explicit instructions on how to be sure you are legally registered before building, buying or otherwise acquiring a silencer. After all, he knows that a legally silenced firearm has certain legitimate applications that you couldn't otherwise get away with in this increasingly restrictive and uptight world. So fill out your forms, gather up your tools & take a walk on the silent side with George Hayduke. 5-1/2 x 8-1/2, softcover, 80 pp.
HSB ............................................................$12.00



## PROFESSIONAL HOMEMADE CHERRYBOMBS
### By Joseph Abrusci

Don't throw away those old boxes and paper bags! With the aid of this book you can turn them into some great firecrackers, cherry bombs, thunderbolts, and other salutes. Instructions for mixing powder, making cases from scrap cardboard and all other steps are clearly explained and illustrated with numerous photos. A must for every pyrotechnic library. 5-1/2" x 8-1/2, softcover, 44pp.
642....................................$10.95




## HOW TO MAKE A SILENCER FOR A .45

This handy booklet is a nuts-and-bolts, step-by-step guide to making your own silencer for the Colt 1911 Government Model .45 and its clones. It includes complete construction details for all components. Clear working illustrations that will help you transform a pile of common items available from the local hardware store into a slick, functional firearm suppressor. 5½x8½, Softcover, Illustrated, 56 Pages.
45-S ....................................$12.00

## SILENCERS .223

The designs in this manual are for three groups consisting of the AR-15/M-16, HK 93 and unthreaded muzzle commercial bolt action rifles (such as Ruger M77, REM 700) and the popular Mini-14. The text features detailed, dimensioned machinist drawings of all parts and assembles, as well as cross sectional views. Because of the reputation of the SIONIC units and diverse selection of weapons presented here for suppression, this manual will be a must for students of firearms suppressor development and design. 5½x8½ format, softcover.
223S ....................................... $10.00



## THE FIRECRACKER COOKBOOK

A thorough, well written guide on how to safely make homemade fireworks including M-80s, cherry bobms, triangle firecrackers, delayed ignition devices, rocket serial bombs, and how to make your own flashlight torpedoes (these explode with a flash and a bang when thrown against a hard surface). Simple detailed instructions. ORDER NOW! 8-1/2 x 11, softcover, 37 pp.
B-107 ................................................. $10.95



## HOW TO BUILD PRACTICAL FIREARM SUPPRESSORS
### By Keith Anderson

Finally! Silencer designs that will last a lifetime, but are as inexpensive and easy to build as most "disposable" units! If you have ever experimented with homemade silencers, you know how it feels to spend a lot of time building one and taking it to the range — and then having it work for only one or two shots. Or, even worse, blow right off the gun on the first shot. The suppressors in this book are designed to work! And work for a long time. For academic study only. 5-1/2 x 8-1/2, softcover, 112 pp., ISBN 0-918751-36-5.
PFS ............................................ $14.00



## ADVANCED HOMEMADE FIREWORKS

Learn to safely make fireworks at home that really work. *Advanced Homemade Fireworks* covers in detail how to make skyrockets, pinwheels, roman candles, aerial bomb shells, fountains, cherry bombs and M-80s. Complete explanation of each chemical and its use makes the manufacture of homemade fireworks easy for even the novice. A must for anyone interested in homemade pyrotechnics. 5-1/2 x 8-1/2, softcover, 86 pp.
B-103 ............................................. $10.95

**CREDITCARDS**
**1-800-747-6280**

# EXPLOSIVES







## SPECIAL FORCES UNCONVENTIONAL WARFARE DEVICES AND TECHNIQUES

An actual reprint of the manual used by U.S. Special Forces in Vietnam. Learn how U.S. Forces, with readily available materials, made Napalm, Thermite (used for melting, cutting, or welding metal), Fire Bottles and many other incendiary devices in the field. Included are Igniters, Delay Mechanisms and Spontaneous Combustion Devices built for sabotage and unconventional warfare. 5-1/2 x 8-1/2, 145 pp.
B-113 ................................ $11.95

## CIA IMPROVISED SABOTAGE DEVICES

This book is a comprehensive study of improvised sabotage devices made from, in most cases, common household items. It shows how to take the crudest equipment and make some of the most effective devices available. Some of the improvised devices include: Firing Systems, Detonators, Steel Cutting Techniques, Cratering Explosive and much, much more. 8½x11, softcover, 76 pages, 65 illustrations. An excellent reference work.
209 ................................ $12.00

## GUIDE TO VIET CONG BOOBYTRAPS & EXPLOSIVE DEVICES

A concise volume that describes and illustrates nearly 50 different Viet Cong booby traps and explosive devices. Grenades, mines, demolitions, fuse & firing devices, miscellaneous and improvised items, plus emergency handling guidance for explosive devices (detection, outdoor search techniques, disarming methods). With terrorism on the rise world wide, you owe it to yourself to know how to recognize these weapons from the terrorist arsenal. 5-1/2 x 8-1/2, illustrated, 91 pp.
B-108 ................................ $10.95



## IMPROVISED LAND MINES Their Employment and Destructive Capabilities By David Harber

From the best-selling author of the Anarchist Arsenal series comes this comprehensive study of land mines. It includes instructions and illustrations for dozens of antitank and antipersonnel mines, from the tiny DH-3 used by the Vietcong, to the massive Soviet MON-22. Find out how to make and deploy claymores, fragmentation mines, flying mines, horizontal- and vertical-penetration mines, artillery-shell mines, shaped charges and more. Harber's easy-to-follow directions take you through fuzing systems, igniters, explosive fillers and minelaying techniques, as well as how to select the right mine for the job. Just in case your future includes a little anarchy, your arsenal should include *Improvised Land Mines*. For information purposes only! 5-1/2 x 8-1/2, softcover, illus., 88 pp.
I L M ................................ $12.00

## BLACK BOOK COMPANION State-of-the-Art Improvised Munitions

*Black Book Companion* is a further study into the dark art of improvised explosives and munitions first explored in the original volumes. Step by step instructions and clear illustrations instruct the guerrilla warfare specialist in making dynamite, RDX, PETN, semtex, canister and smoke granades, shotshell antipersonnel mines and many more weapons. Also included are a glossary of chemical terms, a list of optimal primary and secondary explosives. 5 1/2 x 8 1/2, softcover, 128pp.
BBC ................................ $12.95

## IMPROVISED WEAPONS OF THE AMERICAN UNDERGROUND

Compiled from actual handbooks of various paramilitary groups this volume covers the theory, design and construction of various types of silencers and contains plans for a homemade SMG, plus instructions on how to make various explosives and detonators. Of great academic interest to any student of arms development, pyrotechnics or para-military armament. 8½x11, softcover.
110 ................................ $10.00




## MAGICIAN'S ARSENAL Professional Tricks of the Trade By Lee Scott

This is no ordinary book on magic. It does contain professional sorcerers' secrets involving smoke, mirrors, escape hatches and sleight of hand, but all the tricks in here have a special twist: they combine the illusion of magic with the firepower of improvised explosives, incendiaries, firearms, electronics and other F/X secrets. All the devices and techniques in this book are extremely dangerous and should be undertaken by trained professionals only. This book is for information purposes only. 8-1/2 x 11, softcover, illus., 112 pp.
MA ................................ $18.00

## DEADLY BREW Advanced Improvised Explosives By Seymour Lecker

You *are a* man of action, frequently encountering explosive situations, so next time be prepared with a deadly brew of your own! Though homemade explosives may be as dangerous to the manufacturer as to the target, this book will tell you how to make relatively safe explosives. Seymour Lecker covers how to construct explosive devices which provide detonation through an immediate mixture of two separate ingredients: a simple acid and a common industrial chemcial. Fifty such chemicals are described, as are two detonating acids, five explosive device designs and reference guide to other books. For information purposes only! 5-1/2 x 8-1/2, softcover, illustrated, 64 pp.
DB ................................ $10.00

# EXPLOSIVES



## PROFESSIONAL BOOBY TRAPS: SPECIAL DEVICES AND TECHNIQUES

This manual gives an overview of improvised and special-issue booby traps used by today's professional armies. For the most part, the information in the book has not been available in print before. The non-technical, easy-to-follow language and more than 100 illustrations and diagrams show how to best obtain, build, set, detect, use and clear booby traps as the best-trained soldiers in the world do. Included are firing devices, grenades, flashlight traps, AP and AT mines, bounding mines, umbrella traps, bicycle traps, booby-trapped books, incendiary bottles, candy bar booby traps and much more. 5-1/2 x 8-1/2, softcover, illus., 128 pp.
PBT ............................................................$15.00



## THE DO-IT-YOURSELF GUNPOWDER COOKBOOK

Do you want to know how to make your own gunpowder from such easily accessible items as dead cats, whiskey, your living room ceiling, manure, "fool's gold" and maple syrup? And do you want to know how to do it with simple hand tools and techniques that have been used for centuries? Well now you can with *The Do-It-Yourself Gunpowder Cookbook*, a practical and safe approach to making the oldest propellant/explosive known to man. Gunpowder has many uses and is all but essential for long-term survival. This book covers everything from old government recipes for use by its espionage operatives to the author's own tried-and-true methods using common tools and equipment. Don't be a slave to available technology, because if it breaks down or otherwise becomes unavailable, only your stockpile of knowledge will get you through tough times. 5-1/2 x 8-1/2, softcover, illus., 80 pp.
GUN ............................................................$12.00



## HOMEMADE GRANADE LAUNCHERS

Here comes Uncle Ragnar with the ultimate in firepower one-upmanship — homemade 40mm grenade launchers! That's right, let Ragnar Benson walk you through these simple step-by-step plans for building an M79 or M203 right in your own workshop. With ordinary tools and nothing more exotic than pipe, washers, nuts and bolts, you can soon be lobbing out show-stopping high-explosive ordnance to the delight of friends and onlookers. Ragnar also shows how to reload spent 40mm cases as well as how to improvise your own grenades from common materials found at the hardware store. Complete BATF guidelines are included. *For information purposes only.* 8-1/2 x 11, softcover, photos, illus., 144 pp.
HGL ............................................................$16.00



## THE ANARCHIST ARSENAL: IMPROVISED INCENDIARY AND EXPLOSIVES TECHNIQUES

The Anarchist Arsenal offers a fresh approach to explosives books, taking up where most manuals leave off. The author, a former military explosives specialist, has read all the others; he wrote this book to fill in the gaps. Many of the innovative devices and techniques in this book have never been seen in print. You'll find detailed instructions, diagrams and formulas on construction and installation of advanced and improvised explosives, including Semtex, C-4, land mines, FAEs, syringe fuzes, car bombs, contact explosives and many more. And you'll get an inside look at the deadly world of terrorism and counterterrorism, including actual glimpses of the IRA, PLO, SAS, Mossad and ETA in action. 5-1/2 x 8-1/2, 112 pp.
A-1 ............................................................$12.00



## RAGNAR'S GUIDE TO HOME AND RECREATIONAL USE OF HIGH EXPLOSIVES

Who else but Uncle Ragnar could write this down-home guide? Ice fishing with dynamite, blowing stumps, mixing up sugar chlorate powder — the Benson family was never the same after Ragnar discovered the fun to be had with high explosives. It's not all fun and games, though. Benson details techniques, materials, hazards and safeguards, drawing on his many years of experience on the farm and as a consultant all over the world. How to obtain commercial high explosives, safely storing and transporting them, detonation techniques, improvised explosives and more are woven in with tales of Ragnar's outrageous adventures. These techniques are still incredibly useful today. With them, a single individual can easily dig a dry well, redirect creeks, blow up bad guys and perform a host of otherwise impossible chores of immense benefit to mankind. 5-1/2 x 8-1/2, 120 pp.
RAGEXP ....................................................$12.00



## THE ADVANCED ANARCHIST ARSENAL: RECIPES FOR IMPROVISED INCENDIARIES AND EXPLOSIVES

Military explosives specialist David Harber takes up where he left off with *The Anarchist Arsenal* with a bumper crop of new and unusual improvised incendiaries and explosives. Here are diagrams and recipes for high explosives such as gelled nitromethane, ANFO+, nipolit and one so new it had no name when the book went to press. You'll get the goods on exotic weapons such as the baby bottle bomb, the Rhodesian knock-knock, the IRA truck mortar used in the 1991 assassination attempt on the British PM and one of the most advanced forms of fuel-air explosives, the mothball bomb. Plus, you'll get in-depth information on military mining, structural demolitions and in-the-field explosives recycling. 5-1/2 x 8-1/2, 96 pp.
AAA-2 ........................................................$15.00

# EXPLOSIVES







## IMPROVISED MUNITIONS BLACK BOOK, VOLUME ONE

This book was the first in a series produced for the CIA and Special Forces by Frankford Arsenal in the late 1960's. The goal was to develop methods whereby CIA and Special Forces personnel could make explosives and munitions in the field, using commonly available materials. This volume covers explosives and propellants, mines and grenades, incendiary devices, fuses, detonators and delay mechanisms, mortars and rockets and much, much more. 5½x8½, softcover, illustrated, 145 pages.

204 .......................................... $14.95

## IMPROVISED MUNITIONS BLACK BOOK, VOLUME TWO

This is the second volume in the series prepared by Frankford Arsenal and it covers such interesting devices as: Shotgun Grenade Launcher, Gelled Flame Fuels, Acid Delay Incendiary, Clothespin Time Delay Switch, Improvised Battery, No-Flash Fuze Igniter and much, much more. Not to be confused with TM31-210, which contains only a small portion of the material contained herein. A must companion to Volume One . 5½x8½, softcover, illustrated, 137 pages.

205 .......................................... $14.95

## IMPROVISED MUNITIONS BLACK BOOK, VOLUME THREE

Until recently, the very existence of the never-before-published material contained in this large, album-sized volume was known to only a handful of people in the clandestine services. Now, it has been rescued from the dusty files of Frankford Arsenal and professionally finished. 40 articles in all covering explosives, weapons, incendiaries and much, much more. 8½x11, softcover, 162 pages, profusely illustrated.

225 .......................................... $23.95











## IMPROVSED ROCKET MOTORS

Man has been fascinated with rockets for decades and serious rocket research actually began worldwide in the 1920's. This book covers the construction and propulsion of small rockets which can be fabricated from commonly available materials such as sheet metal and plumbing pipe. Test data from over 1,000 firings 1947-1950 is included, as well as range vs. payload variables and a list of potential military and guerrilla applications. 5½x8½, softcover, illustrated, 26 pages.

217 .......................................... $6.95

## IMPROVISED BATTERIES AND DETONATING DEVICES

Electronic detonating and alarm devices are incapacitated by a lack of power, but they can be activated with temporary, improvised power sources. Text covers improvised batteries and generators plus detonating test results, plus plans and the description for an electronic triggering device for boobytrap and perimeter defense applications. Bonus chapters cover gelling motor oil for sabotage and personnel marking applicable to counterinsurgent operations. 5½x8½, softcover, 54 pp. with tables and illustrations.

2 .......................................... $8.95

## FIELD EXPEDIENT METHODS FOR EXPLOSIVES PREPARATIONS

Field expedient methods for the preparation of lead picrate, picric acid from aspirin, tetramminecopper (II) chlorate, potassium (or sodium) nitrite and letharge (lead monoxide), copper sulfate (pentahydrate) and reclamation of RDX from C-4 are covered, as well as laboratory methods for preparing several other promising explosives. The latter include: lead azide, nitrourea, mannitol hexanitrate nitromannitol, chloratotrimeruriacetaldehyde and more. 5½x8½, softcover, 29 pp.

207 .......................................... $8.95

## CIA FIELD EXPEDIENT PREPARATION OF BLACK POWDERS

Centuries after it was first introduced, black powder still remains a useful commodity, both as a propellant and as an explosive. It is so useful, in fact, that in this age of nuclear warheads and laser guns, the CIA undertook a study to determine the best methods for the manufacture of black powder by inexperienced personnel. The results are contained herein, along with other useful data on black powder. 5½x8½, softcover, 32 pp.

206 .......................................... $8.95

## IMPROVISED SHAPED CHARGES

A result of tests at Frankford Arsenal, this book provides an in-depth look at how and why improvised shaped charges can be the most effective against armored targets. The construction of improvised shaped charges using Coke bottles, martini glasses and wine bottles is covered, along with photographic evidence of the effectiveness of these charges. Even today, it represents state-of-the-art demolitions technology at its best. 5½x8½, softcover, 28 pages, illustrated.

250 .......................................... $8.95

## TWO COMPONENT HIGH EXPLOSIVE MIXTURES

Yet another result of research at Frankford Arsenal, the material contained in this volume never reached our covert and covert operatives' before the program was phased out. The emphasis ·in these tests was to produce extremely powerful, yet easily made explosives by combining two compounds which separately were very safe to handle. One of the resulting explosives covered, Astrolite A-1-5, is the world's most powerful non-nuclear explosive. 5½x8½, softcover, 28 pages, illustrated.

251 .......................................... $9.95

# EXPLOSIVES







## THE ANARCHIST COOKBOOK
The most controversial and sought after "how to book" available. This extensively illustrated manual contains sections on explosives, drugs, electronics and preparation of weapons at home. 1000's of copies sold since 1971. Order this classic for your unique book collection today. 8-1/2 x 11, softcover, 160 pp.
AC ............................................. $24.95

## HOME WORKSHOP EXPLOSIVES
A guide to making demolition-strength explosives using readily available materials and supplies. The detailed, illustrated instructions rely on fairly simple procedures. Covers: Nitroglycerin; Nitroglycol; Nitromannitol; PETN; RDX (Cyclonite); and more, including detonation systems. Sold for informational purposes only. 5-1/2 x 8-1/2, soft cover, illus, 126 pp.
HWE .................................................. $12.95

## POOR MAN'S JAMES BOND
### Volume 2
This book takes up where Vol. I left off. Five great works in one volume! The complete *Poor Man's Armorer* is included, long out of print, but much asked for. Contains a whole arsenal of improvised weaponry, not just any other book. American Jiu-Jitsu or Judo, this comprehensive course has every move illustrated and described. *Improvised Munitions Handbook*, TM31-210 written by the U.S. Army for the Special Forces. *Chemicals in War*, comprehensive section on chemical warfare, formulas for every poison gas. *The Chemistry of Powder and Explosives*, Bible of all those who want to assure themselves of a supply of explosives. 8-1/2 x 11, illustrated, over 450 pp.
PMJB-2 ...................................................... $24.95

## POOR MAN'S JAMES BOND
### REVISED EDITION
The ultimate armed civilian. This first set of three contains the original PMJB, revised, corrected, enlarged; plus full-auto conversion of the AR-15, Mark 1, Mini-14 and Sten Gun. Fireworks & Explosives like Grandad used to make. Explosives, Matches & Fireworks. American Pyrotechnist. Arson By Electronics. U.S. Marines Hand-To-Hand Combat. Plus, making Potassium Cyanide, Fire Grenades & The Ultimate Booby Trap. 8½x11, 477 pages.
PMJB-1 .................................... $24.95

## EXPEDIENT HAND GRENADES
### by G. Dmitrieff
A comprehensive guide to the design and construction of both fragmentation and incendiary grenades. Types of grenades, their components and effective ranges are all clearly covered by the author, a professional ordnance designer. 8½x11, softcover, illustrated, 72 pages.
FP-5 ....................................... $16.95






## EXPLOSIVES AND PROPELLANTS
### From Commonly Available Materials
Another great book from the Golden Era of Improvised Munitions at Frankford Arsenal, with in-depth coverage of: Manufacturing Black Powder from Field Grade Potassium Nitrate, Improvised Primary High Explosives, Optimised Procedure for Field Manufacture of Improvised Detonators and more. Loaded with illustrations and tables. 8½x11, softcover, 56 pages.
227 ........................................... $11.95

## IMPROVISED MUNITIONS
### From Ammonium Nitrate
Improvised munitions have long played an important role in guerrilla and resistance fighting where standard military issue munitions were unavailable. Ammonium nitrate, commonly available in fertilizer, can serve as the basic ingredient for an effective improvised explosive. Preparation of the ammonium nitrate, evaluations of sensitizers, variables affecting sensitivity and alternate initiation methods are all covered clearly and concisely in this book based on tests conducted at Frankford Arsenal. 5½x8½, softcover, 40 pp., illustrated.
218 ........................................... $9.95

## EVALUATION OF IMPROVISED SHAPED CHARGES
Shaped charges have long been known for their effective application against light armored targets. This book investigates the construction and performance potential of shaped charges which can be constructed from indigenous materials and components, as researched for the U.S. Army at Frankford Arsenal. 5½x8½, softcover, 44 pages, illustrated. An excellent companion to *Improvised Shaped Charges* (Book No. 250).
221 ............................................. $8.95

## IMPROVISED EXPLOSIVES FOR USE IN DETONATORS
Covers field expedient methods for the construction of improvised detonators using primary explosives derived from indigenous materials. Emphasis is placed on fabrication materials and techniques which can be accomplished by novice personnel. The contents include: Summary, Introduction, Detonator Design, Primary Explosives Investigation, Booster Explosives Investigation, Conclusions and Recommendations, Appendix. 5½x8½, softcover, 32 pages.
220 ............................................. $7.95

CUSTOMER SERVICE
**520-634-6280**

# EXPLOSIVES







### THE ANARCHIST HANDBOOK

The best "how to" book on improvised weapons in years! Everything is completely explained in simple everyday language everyone can understand, and profusely illustrated. Learn to make homemade rocket launchers, hand grenades from scratch, homemade silencers for pennies, blasting caps from household items, plastic explosives, claymore mines, and much, much more! Intended for academic study only. 5-1/2 x 8-1/2 softcover, illus, 77 pp.

AH.........................................$10.00

### THE ANARCHIST HANDBOOK 2

All new collection of improvised weapons plans. This fully illustrated book explains in everyday language how to build many types of weapons and explosives from inexpensive items found in supermarkets or hardware stores. Detailed instructions on how to make Napalm easily and safely at home, make a 12 gauge shotgun from water or gas pipe and fittings, build your own 9mm machine gun from scratch, make silencers for .22 caliber weapons, self-igniting firebombs, firebomb launcher and more. A must book for all serious students of improvised weaponry. Intended for academic study only. 5-1/2 x 8-1/2 softcover, illus, 64 pp.

AH-2.....................................$10.00

### THE ANARCHIST HANDBOOK 3

If you have access to a hardware store or supermarket, you can make many types of personal weapons and explosives, inexpensively and easily. Learn how to:  Build a .22 caliber pistol with pipe fittings; Construct a bomb from a piece of pipe; Make safety fuse from cotton twine and matches; Build one of the most effective boobytraps ever from a shotgun shell and a mousetrap. All procedures are simple, completely illustrated, and fully explained using everyday language. All items can be built cheaply from accessible materials. 5-1/2 x 8-1/2, soft cover, illus., 64 pp.

AH-3 ............................................... $10.00





### HOMEMADE SEMTEX
#### C-4's Ugly Sister

Semtex is the plastique most widely used by terrorists around the world. The first book to focus solely on Semtex. Learn its strengths and its limitations, and how it compares with its U.S. counterpart, C-4. Find out about how to manufacture, store and use Semtex. *For information purposes only.* 5 1/2 x 8 1/2, softcover, 40pp.

MTEX............................$12.00

### HOMEMADE C-4

Serious survivors know that the day may come when they need something more powerful than commercial dynamite or common improvised explosives.

Ragnar's recipe for homemade C-4 calls for just three ingrediants, all legal, common and inexpensive. It requires no special utensils, reference books or training. The step-by-step directions will show you how to make your own C-4 - and survive! *For information purposes only.* 5 1/2 x 8 1/2, softcover, photos, 56pp.

C-4.....................................$14.00

### THE SURVIVAL CHEMIST
#### by David A. Howard

*The Survival Chemist* brings survivalists important information on building and maintaining shelters, leather preservation, the making of explosives such as dynamite, blasting and percussion powders, gunpowder, nitroglycerin and fuses.

Other chapters cover water purification, survival foods, meat preservation, brewing your own beer and moonshine liquor, making poison gas, protecting against radiation, the use of drugs and precious metals testing.

Special drawings and tables – not available from any other source – are provided to simplify all projects described. 5-1/2 x 9-1/2, softcover, illus., 64 pp.

SVC.....................................$10.00

# LOCKSMITHING MANUALS



### IMPROVISED LOCK PICKS
Police officers, security guards, gun shop owners and alarm installers are all expected to know the answers to the general public's questions about physical security. This manual provides many of those answers, separating fact from fiction regarding the methods of picking various types of locks, the tools used, etc. Homemade and improvised picks and tools are also shown and described. A must for every locksmith's library. 5½x8½, softcover, illustrated, 60 pages.

117 .......................................... $10.00



### TECHNIQUES OF BURGLAR ALARM BYPASSING
Any alarm system can be beaten. This book shows how. Dozens of security systems are described in illustrated detail: Magnetic Switches; Window Foil; Sound & Heat Detectors; Photoelectric Alarms; Central Station Systems; Closed Circuit TV; and much more. You'll learn how they work and how they can be defeated. A must book for anyone concerned with security. 1990, 5-1/2 x 8-1/2, soft cover, illus, 104 pp.

BAB ................................................ $14.95



### THE COMPLETE GUIDE TO LOCK PICKING
This is the single finest manual on lock picking ever written — over five years of research went into its preparation. Detailed, illustrated, step-by-step instructions are given for picking all the commonly found lock types. Also covered are various other ways of bypassing locks, how to mount practice locks, and much more. 5-1/2 x 8-1/2, soft cover, illus, 80 pp.

GLP ................................................ $14.95

 

### COMBINATION LOCK PRINCIPLES
This manual is written around the popular Master 1500 combination padlock. Both the old and new version of this lock are covered. Illustrated, with views that explain how the mechanism works, with construction of parts; finding the combination by using code books, reading locks, drilling, or by using a special method of manipulation which is fully explained. 5½x8½, softcover, 20 pages.

102 .......................................... $8.95

### LOCKOUT
### Techniques of Forced Entry for Locksmiths and Law Enforcement
This manual is used when conventional techniques are impossible. Written with the student locksmith in mind, subjects covered are: structures, cars and office equipment. Many tools and methods of entry are revealed. It is written in an easy to understand manner with large, clear drawings that not only show you the methods of entry but, also, show you how to make some of your own tools. 5½x8½, softcover, 41 pages.

106 .......................................... $11.95

### ADVANCED LOCK PICKING
What are the qualities of the master lock picker? You must have confidence that you have the skills and knowledge to open that lock, the ability to improvise with or without proper tools, and caution when it comes to breaching the security of unknown situations. Advance to the master level with this illustrated guide, and gain insight into modern lock picking methods. Taking up where *Secrets of Lock Picking* leaves off, master locksmith Steven Hampton describes the inner workings of the new high-security locks and includes templates for making custom tools not available on the commercial market. Schematic diagrams for portable electronic picks to open magnetic key and card locks bring locksmithing into the electronic age. Tips on enhancing finger sensitivity, increasing concentration power, constructing practice lock boxes and more will help you to develop the practical experience that will enable you to enter that locked room, car or safe. 5-1/2 x 8-1/2, softcover, illus., 56 pp.

ALP ..............................................$10.00

### TECHNIQUES OF SAFE AND VAULT MANIPULATION
This manual covers all the basics of learning how to manipulate combination locks such as found on safes & vaults. You are shown how to obtain, set-up and practice on a typical combination lock as used on an average safe. Subjects covered are: how and where to obtain a safe lock and how to set up for practice; how combinations are changed and parts broken down. Learning is easy using this well done manual. 5 1/2 x 8 1/2, softcover, 50 pages.

105............................................$9.95

 

### HOW TO FIT KEYS BY IMPRESSIONING
The mark of a master locksmith, IMPRESSIONING. This manual will teach you all the skills necessary to fit keys to locks without picking or removing the mechanism. The illustrations teach you how to: fit a bit key, a flat steel key, lever tumbler keys, disc tumbler keys and pin tumbler keys. It lists all the necessary tools for impressioning. The various techniques of obtaining impressions are discussed. 5½x8½, softcover, 22 pages.

103 .......................................... $7.95

### KEYS TO UNDERSTANDING TUBULAR LOCKS
For the first time a manual on the three popular tubular locks that are used on vending machines, laundromats, coin changers, alarms, etc. The locks covered are: the regular 7 pin, the new Van Lock and the Nix-Pix. It covers: internal construction; how to disassemble and rekey; how to open by drilling; how to open by picking; how to open by impressioning; how to make some of the necessary tools. 5½x8½, softcover, illustrated, 38 pages.

104 .......................................... $9.95

CREDITCARDS
1-800-747-6280

# LOCKPICKING TOOLS

### LOCK PICKING SIMPLIFIED
This manual covers the basics of how to pick locks. You are shown how to make your own picks and related tools. Also, included are instructions on: how to set up a lock for practice; why some locks are easier to pick than others; the use of a pick gun; electric pick guns with some ideas on how you could build your own; how to make and use a *snap* pick; how to make and use a set of picks for Schlage disc tumbler locks. 5½x8½, softcover, illustrated, 26 pages.
**101** ............................................ $8.50




### PICK GUNS:
### LOCK PICKING FOR SPIES, COPS AND LOCKSMITHS
The ability to open locks without keys is no longer monopolized by locksmiths who jealously guard their secrets. The pick gun has taken the art of lock picking away from a select few and democratized the ability to open locks by mechanical means. This book gives an overview of the mechanical principles of pick guns — how they work and how to use them — and traces the development of the pick gun from its inception to today's revolutionary devices. Included are the original patents by Epstein, Segal, Moore, Cooke and others, as well as info on pick guns used by the FBI and intelligence agencies. Photos depict improvised devices made out of coat hangers and clothespins.
**PG-B** ......................................... $14.00

### PICK GUN
The famous pick gun was designed for law enforcement agencies to quickly pick pin tumbler locks. Unlike conventional hand picks that activate only one or two cylinder pins, this tool is designed to span all the pins at once. The needle, powered by trigger action, strikes all the cylinder bottom pins simultaneously. As the force is transferred to the upper pins, they momentarily rise in the chambers and create a wide gapping shear line. At precisely that moment, with pressure applied on the tension wrench, the plug turns to the opening position. Various amount of pin striking action is achieved by merely adjusting the knob. The tool comes complete with 3 stainless steel needles and tension wrench. Includes instructions.
**PG** ................................................................................ $59.95



### DELUXE LOCK PICK SET
This 16 piece set is a handy shirt pocket size. The spring steel tools fit into a top grain leather case. The picks included are the standard choice of the industry. Each pick is made of hard finished clock spring steel, tempered to the correct degree of hardness. If you are working on wafer tumbler locks or six or seven pin tumbler locks, this set of tools is prefect for the job at hand.
**16PS** ............................................................................................ $39.95





### EXECUTIVE 12 LOCK PICK SET
This twelve piece general purpose lock pick set is ideal for the novice as well as the experienced. A complete assortment of tension wrenches. Includes the most popular designed pick and a handy key extractor. All these tools are housed in a durable leather pouch that fits snugly in your work shirt pocket.
**12PS** ...................................................................................... $29.95



### WARDED LOCK SET
Made of the finest blued tempered spring steel, this indispensable five piece set can quickly and easily open most every warded padlock. This isn't even a "pick" set per se, it's more like having a set of MASTER KEYS. Will open most every warded padlock made today.
**WLS** ............................................................................ $11.95

# NEW I.D. /PERSONAL FREEDOM







## NEW I.D. IN AMERICA
### By Anonymous
All new, solid information for the pro on how to get bona fide birth certificates, passports, driver's licenses - all you need to make a clean break with the past. You'll learn how to project exactly the image you wish - and then prove you are who you say you are. If you are just plain sick of your old self, then you can tell yourself to "get lost" - and do it!
5 1/2 x 8 1/2, softcover, 120 pp., illus.
NEW I.D. ............................ $17.00

## THE PAPER TRIP I & II
### By Barry Reid
Changing your identity is made simple with the help of these two updated *Paper Trip* editions. The government is trying to bureaucratically defeat these books, because the identity-changing techniques they suggest are nearly foolproof.

*The Paper Trip I*, a newly revised version of the original *Paper Trip*, tells about obtaining alternative forms of ID, such as a birth certificate, driver's license, Social Security card and credit cards. Learn how to change citizenship, avoid creditors, cover bad credit and arrest records, and establish credit anywhere. *The Paper Trip II* divulges codes used to key official state and national ID cards, counterfeiting, sources for official seals, state and federal laws governing ID changes, and more. 8-1/2 x 11, softcover.
PT-I............................... $19.95
PT-II.............................. $21.95

## REBORN IN CANADA
Now with *50 percent more material* than the bestselling first edition, *Reborn in Canada* is the best book available on obtaining a new Canadian identity. Once you understand that to penetrate its system, Canada offers many opportunities for someone seeking a new identity. This book gives step-by-step instructions for building a complete new ID without revealing any of your past. 5 1/2 x 8 1/2, softcover, illus., 96pp.
RIC.................................. $12.00



## HOW TO GET ANYTHING ON ANYBODY
Now you can get the goods on others like they are getting the goods on you with this encyclopedia of advanced investigation and surveillance techniques! Called "possibly the most dangerous book ever published," by Peter Laufer, NBC News, *How to Get Anything on Anybody* tells how to get any information you want about whomever you want — and how they (including the government) are getting to your private info. You won't believe the possibilities! This 272-page book covers 11 devices for listening through walls; expert ways to secretly bug any target; over 100 sources for equipment; how polygraphs can be tricked; getting a 50-state credit/license search; much more! 8-1/2 x 11, softcover, illus., 272 pp.
HTGA ..................................... $30.00





## HOW TO FIND MISSING PERSONS
The classic book on hunting down anyone, anywhere. Shows how to use public and private records to track someone. Includes many practical rules to get information from those who are unwilling to divulge it. An essential book for any investigator, and for those who want to preserve their privacy. 5-1/2 x 8-1/2, soft cover, illus, 102 pp.
FMP ..................................$16.95

## HOW TO USE MAIL DROPS FOR PRIVACY AND PROFIT
Mail drops are the number one most important technique for insuring your privacy. They are confidential mailing addresses that allow you to receive and send mail anonymously. How to select a mail drop; How to run a mail drop; Dodging creditors; Private safe deposit boxes; Sex in the mail; Fake ID; Financial privacy. 5-1/2 x 8-1/2, soft cover, illus, 112 pp.
MD .................................... $12.50



## GUERRILLA CAPITALISM
What good is "believing in" free enterprise if you don't practice it? This book gives you step-by-step instructions on how to do business "off the books". Doing business without a license; Getting customers to pay in cash; Keeping two sets of books; Investing unreported income; and much more. Highlighted with case histories of successful guerrilla capitalists. 5-1/2 x 8-1/2, soft cover, illus, 172 pp.
GC ................................... $14.95

## BOOK II — HOW TO GET ANYTHING ON ANYBODY: THE ENCYCLOPEDIA OF PERSONAL SURVEILLANCE
This long-awaited follow-up to the best-selling original volume takes you through a gold mine of never-before-published tricks and techniques of intelligence collection culled from the FBI, CIA, engineers, computer hackers, PIs, dedicated researchers and others. You'll learn how to read computer screens from a distance, look or listen through solid walls, dig out unlisted phone numbers, bypass computer passwords and assemble a complete dossier on anyone from the comfort of your own living room. Plus, get the very latest on police intelligence kits, state-of-the-art electronic gear, spy conventions, surveillance schools and much more! Includes more than 200 suppliers of exotic equipment. 8-1/2 x 11, softcover, photos, illus., 232 pp.
HTGA-2 ................................$35.00

**FAX**
**520-634-1203**

# PERSONAL FREEDOM







## CONSTRUCTION OF SURVIVAL SHELTERS

This complete guide to constructing Survival Shelters, gives 11 totally different plans, materials list and instructions ranging from easy to construct basement blast shelters, to totally comfortable underground shelters with all the comforts of home. also, you will learn how to construct burial tubes for guns, food, Precious metals or anything you would like to store underground. In todays troubled times, with war always threatening distant shores, a shelter of this kind could save your valuables and possibly your life. 8½ x 11 softcover 127 pages.

COSS .............................................**$19.95**

## THE URBAN SURVIVAL HANDBOOK

The pace of urban life is too fast to keep up with. The world is what we made it. If we want to enjoy all of its pleasures, we must be aware of the dangers. It's a jungle out there. The same awareness and readiness that are required when surviving in the wild really are necessary in the city. Everyone is exposed to an enormous number of risks and dangers, which they have to try to cope with on top of all their own personal, health and financial stresses. These range from ordinary domestic accidents to burglary, muggings and even the terrorist threat. Here is the world's best guide for protecting yourself and your family from the dangers of the urban jungle. 9 x 9-1/2, soft cover, illus., 320 pp.

USH ..............................................**$24.95**

### Available Again
## SURVIVE SAFELY ANYWHERE: THE SAS SURVIVAL MANUAL

This large volume contains the complete SAS Survival Couse. Written by John Wiseman who served 26 years with the Special Air Service (SAS) and was head of Survival training. It is dedicated to preparing you to survive outdoors, on land or sea, in any weather, anywhere in the world. Literally thousands of detailed illustrations are packed in this informative study on survival. Full color illustrations depicting edible and poisonous plants, poisonous snakes and reptiles, dangerous insects, dangerous sea creatures and even medical plants are included. From improvised shelters and weapons, to navigation by stars, to first aid. This is the most concise book ever published on the subject of survival. 9 x 9-1/2, cover, illus., 288 pp.

SA .............................................**$24.95**



## CREDIT MECHANIC

In today's world of plastic money, the man or woman without credit is a virtual nonperson. You may have committed no crime greater than being unable to pay your bills during tough times. Now you're caught in a tangled bureaucratic web, unable to rent an apartment, open a bank account, obtain insurance or even get a job! *Credit Mechanic* is a step-by-step guide to repairing your credit yourself, without the assistance of expensive clinics. You'll learn how to get a copy of your credit report and decipher it, dispute negative items and get them removed (and the best time of the year to do it), write a dispute letter that is more likely to be acted upon, and develop a new, clean credit file while your old one is under repair. Inside tips and tricks like these will help you turn bureaucracy in your favor and wipe the slate clean for good. 5-1/2 x 8-1/2, softcover, illus., 68 pp.

CM .............................................**$10.00**



## COUNTERFEIT I.D. MADE EASY

A complete guide to making your own ID! Using common tools and readily-available materials, you can make photo ID cards, drivers licenses, birth certificates, and much more. Includes illustrations of forgery techniques and tips on using the ID you create. There's no secret to making great looking ID. 5-1/2 x 8-1/2, soft cover, illus, 131 pp.

CID .............................................**$14.95**

## THE OUTLAW'S BIBLE

The best "jailhouse" law book ever published — for people on the outside who want to stay there. This is a real life civics lesson for citizen lawbreakers; how to dance on the fine line between freedom and incarceration, how to tiptoe the tightrope of due process. Covers detention, interrogation, searches and seizures. The only non-violet weapon available for those on the wrong side of the law. 5-1/2 x 8-1/2, soft cover, index, 336 pp.

OB .............................................**$14.95**



## CREDIT SECRETS: HOW TO ERASE BAD CREDIT

Solve your financial and credit problems once and for all! *Credit Secrets* is a dynamic, easy-to-follow program that provides specific, jargon-free instructions on how to eliminate your debts and remove negative items from your credit files regardless of your past or present financial situation. This book will save you thousands of dollars in fees, finance charges and interest payments as you learn proven methods of becoming debt-free and establishing good credit. Discover the inside info used by lawyers and credit consultants, including how to become debt-free without borrowing or bankruptcy; dynamic strategies for negotiating with creditors; and secrets of file segregation — the only completely legal method for erasing bad credit overnight. Don't miss out on this amazing opportunity to get yourself on solid financial ground. 5-1/2 x 8-1/2, softcover, 80 pp.

CRED .............................................**$14.00**

# MARTIAL ARTS









## 21 TECHNIQUES OF SILENT KILLING
### By Master Hei Long
This book outlines methods used by trained assassins to execute their victims with cold efficiency. The spike, knife and nunchaku are used to impale or strangle victims in a minimum amount of time with a maximum chance for lethal results. These are ruthless methods used in the shadowy worlds of international espionage — and this book holds nothing back. In fact, the illustrations in this book are so graphic that our regular printer refused to handle the job! The techniques shown are not self-defense maneuvers, nor is this a training manual. This book is for information purposes only. 5-1/2 x 8-1/2, softcover, illus., 104 pp.
SK .............................................. $12.00

## IRON HAND OF THE DRAGON'S TOUCH
### Secrets of Breaking Power
### By Master Hei Long
Bones or boards, you want to shatter your targets without maiming yourself. Only mastering the iron hand will give you the strength, precision and knowledge to break your target with confidence. The most deadly weapons of the hand — the punch, suto, backhand and palm strikes — as well as those of the feet — the front kick, hook kick and side kick — are explained by Master Hei Long. 5-1/2 x 8-1/2, softcover, illus., 112 pp.
I H D T ...................................... $12.00



## BLACK MEDICINE I: THE DARK ART OF DEATH
The most thorough and intriguing discussion of the human body's vital points ever to appear in a single volume. Through strikingly dramatic photographs and detailed line drawings, N. Mashiro illustrates more than 150 parts of the human body where a minimum amount of force will produce a maximum impact on a person's ability to fight. The study of these vital points is integral to all branches of the martial arts and to everyone concerned with self-defense in a life-or-death encounter. 5-1/2 x 8-1/2, 96 pp.
BM-1 ....................................................$12.00

## ASSORTED NASTIES: THE COMPLETE BOOK OF POISONS & APPLICATION DEVICES
Here is a triumphant effort to bring back from oblivion a book that the CIA was alleged to have commissioned detailing the construction and utilization of various chemical and biological weapons. It covers a myriad of lethal materials, including those which may be cooked up in the kitchen. Along with these nasties there is a section on delivery systems for these lethal chemicals. A major breakthrough in the realm of improvised munitions. 5-1/2 x 8-1/2, softcover, illus., 85 pp.
231 .................................................. $19.95

## MASTER'S DEATH TOUCH
### Unarmed Killing Techniques
### By Master Hei Long
There are times when a man is forced to kill or be killed. Such a physical confrontation is the most fearsome form of unarmed combat he will ever face. To survive, he must know how to properly execute lethal martial arts techniques that will get the job done. Master Hei Long outlines the merciless use of the hands, feet, elbows and knees to overcome any assailant bent on doing mortal harm. Master's Death Touch takes self-defense to its most brutal level. It is a realistic lesson in the art of Death. For information purposes only 5-1/2 x 8-1/2, softcover, illus., 96 pp.
M D T ...................................... $12.00



## BLACK MEDICINE II: WEAPONS AT HAND
Self-defense specialists take note: here is the sequel to N. Mashiro's infamous Black Medicine I: The Dark Art of Death. That book revealed the 150 parts of the human body most vulnerable in hand-to-hand combat. Weapons at Hand takes the opposite approach, presenting 112 parts of the body that are natural weapons, largely because they are very injury-resistant. Following this is a section radically different from conventional self-defense theory, which lists more than 180 deadly makeshift weapons that can save your life. The weapons are all improvised from common items. And fifty action photos show exactly how to use the "black medicine" techniques discussed in Weapons at Hand. 5-1/2 x 8-1/2, 88 pp.
BM-2 ....................................................$12.00

## KILL WITHOUT JOY!
### The Complete How To Kill Book
### By John Minnery
Now under one cover, here are all six volumes of the notorious How To Kill series, the complete how-to history of murder, assassination and death by design. The Hatchet Job, The Body Snatchers, The Quiet Alley Cleaner, Smothering, Drilled to Death ... these and other provacative chapters provide gruesome testimony to why these books have been banned by certain countries around the globe. More than 500 pages chronicle the many terrible ways in which man has dispatched his fellow man with icy dispassion over the centuries. Find out for yourself why the volumes in the How To Kill series have been called "the most controversial books ever published." For information and academic purposes only! 5-1/2 x 8-1/2, softcover, photos, illus., 512 pp.
K W J ........................................ $24.95



## BLACK MEDICINE III: LOW BLOWS
Long-awaited by self-defense specialists around the globe, Low Blows is the third volume in N. Mashiro's infamous Black Medicine series. In Low Blows, Mashiro presents his favorite techniques for bringing the body's natural wapons into violent and painful contact with an opponent's vulnerable areas. He reveals devastating reponses to wrist holds, punches, chokes, rear attacks, bear hugs and special defenses against knife and club attackers. Especially noteworthy is a chapter on fighting a standing opponent from the gound — this trick could save your life! Over one hundred dramatic photos illustrate the holds and moves in Low Blows, making it substantially longer than previous volumes in this series. An excellent self-study guide for beginners and an eye-opening reference work for advanced students and instructors. But be warned: Low Blows is not for readers with weak stomachs. 5-1/2 x 8-1/2, softcover, photos, illus., 128 pp.
BM-3 ....................................................$12.00

CUSTOMER SERVICE
520-634-6280

# MARTIAL ARTS







### 101 SUCKER PUNCHES
### By Kurt Craven

P.T. Barnum said, "There's a sucker born every minute" — and Kurt Craven will show you how to take advantage of that fact. He takes you through 101 different techniques that are sometimes amusing but always devastating, drawing from the martial arts, classic self-defense moves and even the Three Stooges. These are tried-and-true, seriously effective moves used by the FBI, bouncers and security guards for Elvis Presley. The great thing about these moves is that you only need one! 5-1/2 x 8-1/2, softcover, illus., 104 pp.

101-S ........................................ $10.00

### SUDDEN VIOLENCE
### The Art of San Soo
### By Master Greg Jones

This book teaches you no-nonsense self-defense principles that you can use to stop an attack *before it's begun*. Through the "five families" of this little-known style of kung fu, you will learn how to recognize a threat and use deadly efficient strikes to put the man away every time. Your opponent may be tough, but as a san soo martial artist, you will never give him the chance to prove it! So be sudden! Be violent! And win. 5-1/2 x 8-1/2, softcover, 220 photos, illus., 256 pp.

SV ............................................. $14.95

### DIRTY FIGHTING

Unlike formal self defense that you've learned, *Dirty Fighting* works. You don't have to waste a lot of time training. It requires less strength than structured self defense systems. This book is not a self defense system. There are no fixed methods of how a technique should or should not be done. Its purpose is to teach you to defend yourself by attacking your opponent using deception and surprise, accompanied by a handful of highly effective and unconventional fighting techniques requiring a minimal amount of strength. 5-1/2 x 8-1/2, softcover, illus., 128 pp.

071 ................................................$11.95







### DEADLY GRIP OF THE NINJA
### Lethal Throws and Takedowns
### By Ashida Kim

Whether you're a man on the street, or a Ninja with a mission, when the fighting starts, you must have an edge. *Deadly Grip of the Ninja*, by world-famous master of deception Ashida Kim, gives you the lethal advantage of a warrior defending yourself in the manner of the Ninja of feudal Japan. When you have learned these grappling throws and takedowns, and perfected your coups de grace, you'll know the power of total control. Anyone who attacks you will learn that are are invincible. You are a Ninja. The hip throw, leg pickup, head-wheel throw, and arm-level takedown are but the beginning, as you learn thirty-three techniques described and illustrated here. See how the Ninja first floats around his assistant, then uses his lightning-fast dance of death to bring the attacker down. Now that you have it, practice and *never* lose it! 5-1/2 x 8-1/2, softcover, 159 photos, illus., 128 pp.

DG ............................................. $12.00

### PREDATOR TRAINING
### The Inner Beast of San Soo
### By Master Greg Jones

This long-awaited follow-up to Master Greg Jones' best-selling *Sudden Violence: The Art of San Soo* takes you deeper into the aggressive psychology and lightning-fast techniques of the art of kung fu san soo. In *Predator Training*, Master Jones helps you to recognize and develop the "beast" that resides within you, and he reveals how it can be harnessed and channeled into a ferocious force of self-defense that no attacker —your "prey"— can withstand. Through chapters such as The Rage of the Inner Beast, Stalking Your Prey, Calling Up the Beast Within, and Predator Ethics, you will gain vital insight into the explosive nature of the san soo mind-set and arsenal, and scores of training tips and drills will help you hone your natural predatory instincts and focus them on anyone unfortunate enough to assault you. 5-1/2 x 8-1/2, softcover, photos, 184 pp.

PRT ........................................ $20.00

### PRINCIPLES OF PERSONAL
### DEFENSE

This revised edition of Jeff Cooper's classic on personal defense offers great new illustrations and a new preface while retaining the timeless theory of individual defensive behavior presented in the original book. It is the best study of the guiding principles of survival in the face of unprovoked violence by human assailants. Cooper, the nation's foremost instructor of defensive weaponcraft, discusses the vital elements of defensive mental conditioning. As Cooper states here, it is safe to say that a decisive majority of the victims of recent horrific murders would still be alive if they had read this short work and heeded what they read. 5-1/2 x 8-1/2, softcover, illus., 56 pp.

PPD ................................................$10.00

# MARTIAL ARTS









## A BOUNCER'S GUIDE TO BARROOM BRAWLING

As a bouncer in a biker bar, having been attacked by fists, boots, pool cues and knives, Peyton Quinn has learned a thing or two about what goes down in a real fight.

Learn the psychology, strengths and weaknesses of a sucker puncher; the characteristids of a real fight. He then presents two basic moves that can be applied to most every attack, effective counterstrikes that he has used dozens of times to defeat larger opponents, and secrets of grappling and escapes. 5 1/2 x 8 1/2, softcover, photos, illus., 265 pp.
BOUNCE.............................$17.95

## VIGILANTE HANDBOOK

How-to book of vigilante operations written with a framework of rational analogies. All the glamour of popular fiction is stripped away in this handbook of vigilante action. Author reveals what vigilantes actually are and aren't, why vigilantes (especially the police officer/vigilante) exist & dozens of other subjects. Describes 2 vigilante actions in which he personally participated. Tells what he and his group did right & wrong. 5-1/2 x 8-1/2, softcover, 210 pp. illus.
445......................................$11.95

## FIGHT FOR YOUR LIFE
### by Dr. Ted Gambordella

The author shares the secrets of street fighting and instructs you on how to use them with positive effectiveness. These are no-nonsense, practical strategies that are designed to beat street punks at their own game. No fancy footwork or "traditional" positions, just solid, hard-hitting kicks, throws, blows and tricks designed to incapacitate an assailant. Even a special chapter on defensive tactics for women! Undoubtedly one of the finest books ever published on the subject. 5½x8½, softcover, over 200 clear, sharp photos, 120 pages.
FFYL .........................................$10.00

## CHEAP SHOTS, AMBUSHES, AND OTHER LESSONS

Mark "Animal" MacYoung is a survivor of countless street fights, barroom brawls, punchouts, facedowns and other close encounters of the physical kind. In a hard-bitten but hilarious style, Animal guides you through the many aspects of fighting, attitude and awareness that will keep you alive in this mean world.

Information on bullies, weapons, punches and kicks, friends, martial arts vs. streetfighting and a host of other tricks, tips and war stories. 5 1/2 x 8 1/2, softcover, photos, 264 pp.
CS.....................................$17.00





## THE 100 DEADLIEST KARATE MOVES
### by Dr. Ted Gambordella

Discover the 100 most lethal kicks, shutos and blows perfected by the world's greatest karate masters. No flowery katas. Only hard-hitting, practical karate techniques that could save your life! Over 100 dramatic photos show exactly which vital points to attack to cripple or kill your opponent. This is a book for any self-defense specialist. 5½x8½, softcover, photos, 88 pages.
DKM .......................................$10.00

## HAND TO HAND COMBAT
### by Lt. Col. Francois D'Eliscu

A complete basic training course in hand to hand combat, covering the vulnerable points of the human body and the physical training necessary to be effective in close quarters fighting. Contains six well balanced lessons which include: Balance, Alertness Exercises, Falling Practice, Blows and Kicks, Throws, Countering Attacks, Takedowns, Strangles, Silencing Techniques and Counters to Knife Attack. 5½x8½, softcover, 50 pages, over 130 illustrations.
414 .............................................$7.95

## HAND-TO-HAND COMBAT

The finest little volume in print on unarmed and knife fighting. Nearly 200 pages with almost 200 action illustrations covering: fundamentals of Hand-to-Hand Combat. Most Vulnerable Points, Knife Attack, Silencing Sentries, Fall Positions and Throws, Holds and Escapes, Disarming Methods, Prisoner Handling and much, much more. A valuable training handbook for police and military personnel alike. 4½x7, softcover, 190 pages, illustrated.
400 .........................................$11.95

## THE DEATH DEALER'S MANUAL
### by Bradley J. Steiner

For the first time ever, the author takes a look at killers for hire—whether they be Mafia hit men, KGB agents, or just plain "hired guns." Numerous illustrations detail their unusual killing techniques with knife, gun, crossbow garrote, poison—and even their bare hands. A complete Dim Mak (Chinese Death Touch) anatomy chart, in English, is included. A fascinating look at the world of the professional killer, his techniques and the results of his efforts. Sold for informational purposes only! 5½x8½, softcover, illustrated, 112 pages.
DDM .......................................$12.00



CREDITCARDS
1-800-747-6280

# NINJA TRAINING








## NINJA DEATH TOUCH
### by Ashida Kim

A further exploration into the dark and terrifying world of the Ninja, history's most diabolical assassins. Certain Ninjitsu Ryu specialized in the Death Touch, which was the ultimate perversion of the beneficial Chinese art of acupuncture. *Ninja Death Touch* reveals the principles of this unholy science, which can induce death with the wave of a hand! 5½x8½, softcover, illustrated, 104 pages.

NDT .......................................... $12.00

## NINJA SECRETS OF INVISIBILITY
### by Ashida Kim

Like the Ninja warrior, you too can walk unobserved, penetrate forbidden areas unseen and depart at will without a trace. Now the secrets of invisibility, known to the Ninja of old, can be part of your self-defense repertoire. The Art of Stealth, Vanishing and Evasion Methods, and Escapes and Reversals are just a ree of the chapters included. 5½x8½, softcover, 174 photos, 120 pp.

NSI .......................................... $12.00

## DRAGONS TOUCH
### by Master Hei Long

Drop your opponent in an instant with the deadly moves of the Dragons Touch! Learn how you can immobilize or destroy your foe with high-impact blows to his most vulnerable areas. The body's forty-three major target areas are explicitly illustrated. Be the survivor—not the victim. The techniques of the *Dragons Touch* can keep you alive and achieve knockout results. 5½x8½, softcover, illustrated, photos, 184 pp.

DT .......................................... $12.00

## SECRETS OF THE NINJA
### by Ashida Kim

Discover why this 2,000 year old sect of silent stalkers has made headlines in the Western world after centuries of horrified respect in the Orient. Author Kim is himself a practicing Ninja, and in this large, prodigiously illustrated volume he offers excellent instruction in the Silent Way. Without a doubt, the finest Ninja instruction book ever published. 16 chapters in all, 5½x8½, hardcover, 168 pages, over 200 photos & drawings.

SON .......................................... $16.95

## POLICE KARATE

A no-nonsense, practical guide to karate for the working cop, written by men who know what it's like on the streets. Police karate, as opposed to the exhibition variety, involves frisking techniques, riot control, counterattacks against multiple adversaries, disarming techniques, etc. Special chapters cover the use of non-lethal weapons such as the nunchaku and baton. Over 100 pages loaded with photos and clear, concisely written text. 5 1/2 x 8 1/2, softcover.

455.......................................... $10.95

## NINJA MIND CONTROL

The true warrior-mystic of Ninjutsu prevails without unsheathing his weapon; he is the master of the bloodless coup. With his mental and physical dexterity, he evades and confuses the enemy. Master Ninja Ashida Kim reveals here the meditations, breathing exercises and *kuji-kiri* hand forms that enable you to cultivate and direct your *chi*, as well as tune into the minds of others. 5½x8½, softcover, 71 photos, 152 pp.

NMC .......................................... $12.00






## INVISIBLE WEAPONS OF THE MODERN NINJA

Most weapons used by the Ninja are now illegal in many states. Defend yourself with legal weapons using household items such as ashtrays, soap, padlocks, ball point pens and drinking glasses. Learn to convert these items and many more into *deadly weapons!* Also includes instructions for making hair spray flame throwers, toothbrush razor blade knives, and shoe polish flame throwers. Special section of hand-to-hand combat and rategies. 5½x8½, softcover, 110 pp.

.29 .......................................... $11.95

## TIGER SCROLL OF THE KOGA NINJA

"The Koga" reveal once-secret training techniques. Learn seemingly magical powers enabling men to disappear and reappear, travel at superhuman speeds, remain motionless indefinitely and survive without food for days. Physical, mental and exotic weapons training covered. Illustrated, 5½x8½, softcover, 96 pp.

KN .......................................... $12.00

## NINJA HANDS OF DEATH
### by Ashida Kim

No technique the Ninja uses is more devastating than the Dance of the Deadly Hands. Composed of 27 of the most vicious and lethal Ninja moves, these hand strikes are guaranteed to kill or maim any attacker. Strategy and tactics as submission holds, intelligence gathering and attacking an adversary from above are covered. 5½x8½, 152 pp.

NHD .......................................... $12.00

## KNIVES, KNIFE FIGHTING AND RELATED HASSLES

Let Marc "Animal" MacYoung show you the down and dirty reality of knife fighting. How do you avoid a knife fight? How do you deal with someone who's pulled a knife without pulling your own knife? How do you handle witnesses? When does a knife fight escalate into full combat? Animal covers these topics in detail, as well as choosing a good fighting knife; the best (and worst) grips, draws and stances; dealing with the police; devious street tricks that people will use to slip a knife into your kidney; and much more. 5 1/2 x 8 1/2, 129 pp.

KKFH..........................................$12.00

# NINJA TRAINING COURSES



* NOT SOLD IN CANADA

## FREE
### 1 QUALITY THROWING KNIFE

**NINJA KNIFE THROWING COURSE**
The Ninja Knife Throwing Manual, researched and compiled by Michael E. Peters, presents Ninja knife throwing as it is used in actual combat. Secret Ninja training methods have been uncovered and can only be found between the pages of this manual. This is the only modern authoritative text on Ninja knife throwing which exists today. Train safely with live opponents. Every facet of knife throwing is covered, from the selection of throwing knives, to carrying and concealment and even the treatment of knife throwing injuries. Combat tactics, exploding knives, poison knives, flaming knives, blinding dust knives — everything that a modern Ninja needs to learn about knife throwing is contained in this well illustrated, easy to follow training manual.
NKTC-2 ......................................... $12.95




* NOT SOLD IN CANADA

## FREE
### FOAM PRACTICE NUNCHAKU

**NINJA NUNCHAKU COURSE**
Learn how the Ninja use the Nunchaku with the most effective techniques ever revealed. From basic maneuvers to advanced you will learn with accuracy the safe effective use of the Nunchaku. Blocking, striking and self-defense techniques are all covered in the completely illustrated manual. Along with the manual, *Nunchaku, Training Methods of the Ninja*, you will receive a pair of shock absorbing foam padded practice Nunchaku. If you have ever had the desire to learn the correct usage of the Nunchaku, this course is a must!
NNUN ............................................. $12.95

---

## LEARN THE ART OF NINJITSU WEAPONS TRAINING!
*BUTOKUKAI* OFFERS THE ONLY COMPLETE WEAPONS TRAINING COURSES AVAILABLE. EACH COURSE COMES WITH TRAINING WEAPONS AND A STEP-BY-STEP, SELF-TEACHING MANUAL. WITH DEDICATION AND A SMALL INVESTMENT YOU TOO MAY LEARN THE WAY OF THE NINJA.

---

### NINJA SELF-DEFENSE COURSE

Finally — a proven, instant self-defense system that will guarantee your ability to defend yourself and others without years of formal martial arts training. The system is hair-raising, controversial, but one of the most deadly of any counterattacks known to man. The Ninja self-defense system is sold in a course that will enable you to self-teach, prepare and arm yourself against muggers, rapists and even the deadliest of attackers. Your course will include the new, revised and expanded book *Ninja — Instant Wipeout!* The book covers such topics as: Ninjitsu Way, Survival Anatomy and Street Savvy for Crime Prevention. Also included in the book are: Dim Mak, a deadly technique in the art of death by touch by the skillful application of force in a special way to vulnerable target areas of the body! Profusely illustrated manual includes charts of MANY OF THE DEADLIEST KARATE BLOWS. Police guide to Better Home and Personal Security.
NC2 ............................................... $12.95

* NOT SOLD IN CANADA

## FREE
### 2 - 4" LONG NEEDLES



* NOT SOLD IN CANADA



## FREE
### 2 RUBBER NINJA SHURIKEN

**NINJA SHURIKEN COURSE**
The Ninja Shuriken Course researched and edited by Michael Peters, probes to the heart of Ninja mastery of the art. The information is authentic and accurate in every detail, taken from the teachings of the Ninja past and right up to the present. You will receive a copy of *Throwing the Ninja Star of Death*, along with 2 specially designed soft Ninja stars. Learn the deadly art of Shuriken-jitsu from the legendary Ninja, masters of weapons, espionage and assassination. A practical guide to training is outlined. Instructions are given for manufacturing Shuriken and special Ninja training target. Train safely with live opponents. Throwing and hand-to-hand combat techniques with the Shuriken are presented. Explore the secrets and skills necessary for actual combat. Methods of carrying, concealment and quick drawing are covered. Defense against the Shuriken, treating Shuriken wounds, poison Shuriken, explosive Shuriken, flaming Shuriken and strategy. 5-1/2 x 8-1/2, softcover, illus.
SC-2 ............................................... $12.95

# NINJA TRAINING








## IMPROVISED NINJA SMOKE DEVICES

This book explains in great detail the fine art of Yogen (Ninja Chemistry). Learn the simple procedures for making smoke devices from readily available supplies. Sections tell how to evade the enemy and vanish into an exploding cloud of smoke. This manual is step-by-step and fully illustrated. 8½x11, 30pgs.

B-101 ............................................ $9.95

## SECRET GUIDE TO MAKING NINJA WEAPONS

Learn the skill and secrets necessary to manufacture any Ninja weapon from Toshitora Yamashiro, Grandmaster of the Nine Shadows of the Koga Ninja. Quality drawings and step-by-step instructions using hand tools and hardware store materials make it possible for Ninjas to make their own Swords, Knives, Shoge, Nunchaku, Shuriken, and Blowguns, 8½x11,52 pgs.

B-102 ............................................ $9.95

## DIM-MAK Death Point Striking

Learn the deadliest form of t'ai chi ch'uan Dim-Mak, from Erle Montaigue one of the few instructors who know the locations and the hidden applications of the Death Point Striking System. Included are the martial and healing applications of the most dangerous points. Instruction on set-up points, multiple-point strikes and neurological shutdown points. *for academic study only!.* 5½x8½,softcover,photos,illus., 240pp.

DM ........................................... $25.00

## ADVANCED DIM-MAK by Erle Montaigue

This book is the sequel to his first book Dim Mak: Death Point Striking, this time he presents areas of training points, revival and healing not covered in the first book. Also covered are basic street survival techniques, a chapter on knockout and controlling points that law enforcement officers can learn in a matter of hours and apply when facing violent criminals who do not respond to pain. *for academic study only!* 5½x8½,softcover,photos,illus.,328pp.

ADM ........................................... $35.00

## NINJA POWER OF THE MIND

Disclosed for the first time are actual training methods for tapping the mystical forces within. Breathing techniques, Meditation and Kuji-kiri hand symbols are covered in the text with diagrams and photographs. A trained Ninja mind can learn to control animals, endure pain, turn invisible, read minds and stun or injure opponents with a touch, shout or even a look. 5½x8½, 50 pages, Softcover, Illustrated.

B-104 ............................................ $9.95

## DEADLY WEAPONS OF THE KOGA NINJA

The Ninja have been weapon masters for centuries. Learn from the Ninja of modern day how to master every form of Ninja weaponry, past to present, from Swords to Firearms. Ninja techniques strategies and tricks never before revealed are disclosed by Grandmaster Toshitora Yamashiro Grandmaster of the true Ninja clans of Japan. Order Now! 5½x8½, 50 Pages, Softcover, Ills.

B-100 ............................................ $9.95

# THE NINJA CHEN
# DIM-MAK DEATH POINT STRIKING NEEDLES

If you own a Chen, survival in a combat death threatening attack is virtually guaranteed. Each Chen comes with a complete set of explosive instructions. nothing is left to guesswork. With the Chen concealed upon your person, no street, no dark alley, no subway nor bus nor inside your home attack should put you at a disadvantntage. the Chen, except in Canada, is a perfectly **legal** weapon. (These needles may be used with the Dim-Mak striking point books above.)

CHEN ............................................................................................................ $6.00



YOU MUST BE 18 YEARS OLD OR
HAVE PARENT PERMISSION TO
ORDER THESE WEAPONS.

INCLUDED 2 NINJA CHENS
WITH INSTRUCTIONS

ACTUAL SIZE 6½"

*CREDITCARDS*
*1-800-747-6280*

27

# PEPPERGAS/BRASS KNUCKLES/SAFE CANS

## PEPPERGAS & PEPPERGAS AUTOMOTIVE UNIT

### The Instantly Effective Non-Lethal Weapon...

An extremely effective organically based spray. A one shot burst from either **PEPPERGAS BRAND** will dilate the capillaries of the eyes, causing temporary blindness. It will induce choking, coughing and nausea and mucous membranes will swell to prevent all but life support breathing, giving rapid **"KNOCKDOWN"** and preventing further aggressive activity.

---

### PEPPERGAS PEPPER DEFENSE SPRAY
#### *MAY SAVE YOUR LIFE!!!*



PEPPERGAS.....................$10.95

- 11%O.C./Keychain
- 1 Million Heat Units
- Extremely Reliable
- Safe & Effective
- No Accidental Discharge
- Works on Drunks, &Psychos
- ½oz. Safety Unit
- 15 1-Second Shots
- Range 5-8 Feet

---

### PEPPERGAS AUTOMOTIVE UNIT
### CLIP IT♦ATTACH IT♦STICK IT
#### *WITHSTANDS EXTREME TEMPERATURES!!!*



AUTOGAS.....................$11.95

- Same Formula as the Original Peppergas
- Built In Clip Allows You To Attach It To A Variety of Places
- Velcro Piece allows The Device To Be Attached To Any Convenient Location

---



#### *SOLID BRASS KNUCKLES*
Highly polished brass. Cast in the original weight and size of the infamous "BRASS KNUCKLES".
BRK ................................................. $14.95

#### *ALUMINUM "KNUCKLES"*
Very lightweight. made of high quality solid aluminium. Light in weight but super strong. a real favorite.
ALK ................................................. $9.95

#### *PLASTIC "KNUCKLES"*
Super lightweight but extremely strong. Virtually unbreakable. Hard to find these knuckles at any price.
PLK ................................................. $7.95

---

### *SODA & BEER CAN SAFES*

Made from the actual container... without so much as a seam. The bottom or top twists off to reveal a secret hiding place. The ideal way to protect cash, jewelry and other valuables while at home or traveling. Better than a safe, and a thousand times cheaper. choose from either a soda or a beer can safe.

### SODA CAN SAFES



SODA ............................. $10.95

### BEER CAN SAFES



BEER ................................. $10.95

---

**CUSTOMER SERVICE**
**520-634-6280**

# HARASSMENT









## UP YOURS!
### GUIDE TO ADVANCED REVENGE TECHNIQUES

Getting even is a whole new ball game. The well known master of revenge, George Hayduke, has sunk to new lows with this latest collection of original dirty tricks and creative scams. In *Up Yours!* you'll find the meanest, nastiest tricks for all those people you love to hate — snakelike salesmen, crooked landlords, bungling bureaucrats, and noisey neighbors. Because many of the author's suggestions may be illegal, the publisher offers the volume for entertainment only! 5-1/2 x 8-1/2, hardcover, 220 pp.
UY ...................................................... $19.95

## GET EVEN:
### The Complete Book of Dirty Tricks
### By George Hayduke

The latest word in do-it-yourself "justice" makes the other harassment books look like a Sunday School picnic. This volume teaches you how to really get even, whether you have been wronged by an enemy, victimized by a credit card company, or just ripped off by any number of obnoxious individuals and menacing organizations. *Sold for entertainment purposes only.*
Hardcover, 190 pp.
GE.................................... $19.95

## GET EVEN 2
### More Dirty Tricks From the Master of Revenge
### By George Hayduke

Enemies beware! Here's the outrageous sequel to the original, presenting a wide range of all-new dirty tricks people pull to get even with corporate giants, wandering spouses, the neighborhood bully, etc. This volume is a product of public frustration - the little guy doesn't have to take it anymore! *Sold for Entertainment purposes only!*
Hardcover, illus., 170 pp.
GE-2 ................................. $19.95

## SPACEAGE TECHNIQUES FOR UNDERDOG JUSTICE

It doesn't take an extensive knowledge of electronics or expensive equipment to apply many of the techniques contained in this book. The main ingredient is a desire to right a wrong, reveal an injustice or even get undesirables to move out of the neighborhood (wait until you meet Arlene and Sally in the final chapter, "You're Bugging Me, Baby!"). Other chapters include: "Putting Our Ears On," "The Honeymoon Sweet," "That's A Big 10-4, Good Buddy," "May, I See Your Driver's License, Please?," "Cleared To Land" and "The Heat's On." Ben Franklin and Tom Edison would have loved this book. Sold for entertainment purposes only. 5½x8½, soft-cover, 60 pp., illustrated.
214 .......................................... $11.95



## THE BLACK BOOK OF REVENGE
### THE COMPLETE MANUAL OF HARDCORE
### DIRTY TRICKS & SCHEMES

This graphic book illustrates methods actually used by people who've had all they can take, and turn to their own resources for justice. Here you will find the most devastating revenge techniques ever conceived. How to obtain information on your targets, the "art" or blackmail and its uses. Warning: this is not a Sunday school book and is very explicit in detail. The techniques, methods, and tools of the trade are very effective and factual. They are tools of revenge. For ~rmational purposes only. 5-1/2 8-1/ ftcover, 104 pp.
BBOR................................. $12.00



## TAKE NO PRISONERS
### Destroying Enemies with Dirty and Malicious Tricks

Mack Nasty doesn't believe in holding a grudge. He believes in swift, sure and devastating retribution. In this book, Mack reveals the most deliciously despicable revenge techniques ever conceived. How to destroy your enemy's house or car. How to get someone arrested for drug trafficking, kiddie porn, firearms violations or product tampering. Sold for entertainment purposes only. 5-1/2 x 8-1/2, soft cover, 118 pp.
TNP .................................................. $10.00



## ENCYCLOPEDIA OF REVENGE
### "The Most Devastating Book Ever Published!"

Are you tired of being dumped on? Fight back and crush the neighborhood bullies, the corporate giants and everyone inbetween. With this massive manual you don't have to take it when someone slaps your face. Retaliate with over *1000* Revenge Techniques from the mild to the killer, dirty rotten. This book has ten times more revenge techniques than any other book. If you can only afford one book on revenge, this is the one to buy. For informational purposes only. 8-1/2 x 11, soft cover, 128 pp.
EOR .................................................. $19.95

# GUERILLA WARFARE








## GUERILLA WARFARE
### And Special Forces Operations

Without a doubt one of the best single-volume handbooks ever written on guerilla warfare. This is FM 31-21, the "Bible" of our elite Special Forces in its entirety. With over 250 pages, it gives well illustrated coverage of such topics as organization, logistics, infiltration, ambush, sniping, patrols, raids, mining, sabotage, weapons, demolitions and much, much more. An indispensable volume, 6x9, softcover.
500 ......................................... $14.95

## RANGER TRAINING
### AND OPERATIONS

Now available for the first time is this revised and expanded reprint of FM 21-50, the official training manual for the U.S. Army's rough, tough Rangers. Illustrated coverage of such topics as airmobile ops, ambush and roadblock ops, cliff assault ops, small unit waterborne ops, antiguerrilla ops and much, much more. Not to be confused with the old *Ranger Training*, this expanded volume covers both training and operations. 6x9, 344 pages, softcover.
504 ......................................... $14.95

## MERCENARY OPERATIONS
### MANUAL

Mercenary work will always be there—somewhere, somehow, for those who are inclined and trained to do it. The *Mercenary Operations Manual* by Frank Camper, is must information for the newcomer but even the "old timer" can learn something he didn't know or realize before. A brief list of contents are: Mercenary Solution, Technical Mercenary, Mercenary Training, International Travel, Neutrality Act, Mercenary Recruiting, Security, International Arms Market, Food, Time Off, Getting Paid, False Documents, Forgery and Smuggling. Order a copy today! 5½x8½, softcover.
241 ......................................... $11.95

## CAMOUFLAGE

Correctly used, camouflage can spell the difference between a successful campaign or defeat. To the individual, it can mean the difference between life and death. This book describes in detail the principles and how-to involved in concealing or disguising troops, weapons and field installations, plus much more. 8½x11, softcover, over 100 pages, 80 revealing illustrations.
404 ......................................... $12.95

## U.S.M.C. SNIPING

The U.S. Marines have long been known as a Corps of riflemen, probably the best in the world. Their snipers are no exception, and this book is the text they use. In addition to sniping, it also covers stalking, target detection, marksmanship, first aid and survival. A fat, well illustrated volume of some 270 pages, it leaves no facet of the topic uncovered. Its broad scope is equally of value to the military or police sniper and the civilian outdoorsman. 4x7, softcover.
420 ......................................... $16.95

## PAINTBALL COMBAT

Paintballing has grown from a modest sport to a national craze. The action is fast, furious and always fun. Now anyone can become a paintballer. In *Paintball Combat* — Mike Peters tells you everything you need to know about the game. Sections cover rules, types of games, camouflage, tactics, safety and the most up to date assortment of equipment and paintballing weapons on the market. The latest and most exotic advancements in the paintball arsenal are put together in one convenient volume. The tips for individual players and teams will get you into the action fast. Whether you are a rookie or a paint splattered veteran, *Paintball Combat* will prove invaluable for your further enjoyment of the game.
B-105 ...................................... $7.95





## THE CONSTRUCTION OF SECRET
### HIDING PLACES

With break-ins and armed robberies in the home increasing, secret hiding places are a necessity for the middle class as well as the wealthy. With the aid of this book, you can hide your valuables securely yet easily accessible (to you only) in false drain pipes and duct work, behind medicine cabinets, inside doors, etc. Most hiding places can be constructed with the simplest of hand tools. 5-1/2 x 8-1/2, softcover, 68 pp., profusely illustrated.
436 ...................................... $11.95

## RANGER TRAINING

(FM 21-50) Official training manual for the U.S. Army's tough, proven Rangers. Illustrated coverage of such topics as operations against guerilla action, night operations, raids, patrolling, ambush and roadblock techniques, cliff assault techniques, intelligence, hand to hand combat, physical conditioning, tactical training, demo, mines, boobytraps, ropes and knots and a history of the Rangers from Dan Morgan to Colonel Darby. "Ranger training is realistic, rough and ... hazardous ...." See why! Nearly 230 pages, fascinating reading.
B-111 ...................................... $11.95

## BUGS AND ELECTRONIC
### SURVEILLANCE

Have you ever wanted to listen in on someone's telephone conversation or record it? Or listen to a conversation in another room? This book has all of the information, wiring schematics and parts lists to build your own Telephone Bugs, simple FM Transmitters and Hidden Microphones. Also make a *Bug Detector* so you know if your being bugged. For your legal reference a complete test of public laws about wiretapping and electronic surveillance 90-351 is also reprinted. 5½x8½ Softcover 76 pages.
107 ......................................... $11.95

CREDITCARDS
1-800-747-6280

# S.W.A.T. & FIREPOWER MAGAZINE CLOSEOUT

**CLOSEOUT SALE!!!** THEY'RE GOING FAST, SAVE BIG ON SWAT AND FIREPOWER MAGAZINE BACK ISSUES. EACH ISSUE CONTAINS 80-100 PAGES OF THE MOST INTERESTING, INFORMATIONAL READING YOU CAN FIND ON THE SUBJECT OF GUNS, GEAR AND TACTICS. YOU CAN ENJOY HOURS OF READING FOR JUST PENNIES PER ISSUE!!!*(PLEASE LIST BY MONTH AND YEAR)*

## SWAT MAGAZINE BACK ISSUES 50¢ EACH

| | | | | | |
|---|---|---|---|---|---|
| JUNE 82 | OCT. 83 | JULY 84 | JUNE 85 | JAN. 87 | JAN. 88 |
| SEPT. 82 | NOV. 83 | AUG. 84 | AUG. 85 | FEB. 87 | MAR. 88 |
| NOV. 82 | DEC. 83 | SEPT. 84 | OCT. 85 | MAR. 87 | MAY. 88 |
| JAN. 83 | JAN. 84 | OCT. 84 | DEC. 85 | APRIL 87 | JULY 88 |
| MAR 83 | FEB. 84 | NOV. 84 | FEB. 86 | MAY. 87 | SEPT. 88 |
| MAY. 83 | MAR. 84 | DEC. 84 | JUNE 86 | JUNE 87 | NOV. 88 |
| JULY 83 | APRIL 84 | JAN. 85 | AUG. 86 | JULY 87 | JAN. 89 |
| AUG. 83 | MAY 84 | FEB. 85 | OCT. 86 | SEPT. 87 | MAR 89 |
| | JUNE 84 | APRIL 85 | DEC. 86 | NOV. 87 | MAY 89 |

**SAVE!!**

## FIREPOWER $1.00 EACH

| | |
|---|---|
| APRIL 84 | NOV. 87 |
| JULY 84 | JAN. 88 |
| SEPT 84 | MAR. 88 |
| SEPT. 86 | JULY 88 |
| JAN. 87 | NOV. 88 |
| | JAN. 89 |

# BEST SELLERS



**THE BIG BOOK OF SECRET HIDING PLACES**
This is the biggest and best book on concealment of physical objects ever printed! This huge book tells how searchers find hidden contraband and how to hide your stuff so it can't be found. Topics include where to hide, what to hide and how to hide your stuff. 8-1/2 x 11, soft cover, over 100 illus, 128 pp.
BBSHP ......................................... $14.95

**BROWN'S ALCOHOL MOTER FUEL COOKBOOK**
America's leading book on the production of ethanol, containing step-by-step procedures for the modification of an average car's engine to run on alcohol. How to build your own ethanol still, from a small experimental type to a large still capable of producing hundreds of gallons daily, engine modifications and everything you need to know is presented in a concise, easily understood manner. 6 x 9, softcover, 141 pages, illustrated.
300............................................................$11.95



**BLOODY IRON by Jenks & Brown**
A revolutionary book on knife fighting by men who have *been and done*, drawing on their own expertise, from the street and federal prisons where they witnessed more knife fighting in a week than others have in a lifetime. This book replaces a lot of commonly taught techniques with proper, effective moves—even a section on how a woman can use a knife for self-defense! 5½x8½, softcover, 120 pp., illustrated.
424 ......................................... $13.95



**HI-TECH SWAT FIREARMS**
Special publication dedicated to current used SWAT and Law Enforcement Firearms. With the ever growing interest in SWAT/CRT TEAMS and antiterrorist activities, "HI-TECH SWAT FIREARMS" should be a part of your weapons library. 98 page magazine.
N.A.T. SP-2 ......................................... $2.00



**BLOWGUNS The Breath of Death By Michael D. Janich**
In the realm of exotic weapons, the blowgun holds a special status as an ancient and mysterious tool of silent death. *Blowguns* is the first book to strip away the mystique of this immensely practical, remarkably effective and easily accessible device. Included is how to acquire modern blowguns and projectiles, making your own guns and darts, and devising custom targets. For information purposes only. 5-1/2 x 8-1/2, softcover, photos, illus., 88 pp.
B L O W ..................................... $14.00



**SUBGUNS & FULL-AUTO GAMES**
"Subguns And Full-auto Games" follows the history of subguns to current production, from economics to organized competition. This well thought-out edition is broken into fourteen chapters profusely illustrated with large, clear photos and line drawings. 98 page magazine.
S.W.A.T. SP-5 ................................$2.00

**CUSTOMER SERVICE**
**520-634-6280**

31

```
 1                         State's Exhibit No. 45

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

STATE'S
EXHIBIT
45

# FIREARM
# SILENCERS



# NOLAN WILSON

**Blank Page**

# FIREARM SILENCERS



## NOLAN WILSON

**Desert Publications**

**El Dorado, AR 71730**

# Firearm Silencers

**Copyright©1983**
**by**
**Desert Publications**
**P.O. Box 1751**
**El Dorado, AR 71731**
**501-862-2077**

**ISBN #:0-87947-001-1**

**First Printing 1983**
**Second Printing 1991**

**Desert Publication is a division of**
**The DELTA GROUP, Ltd.**
**Direct all inquires & orders to the above address.**

All rights reserved. Except of use in a review, no portion of this book may be reproduced by any means known or unknown without the express written permission of the publisher.

Neither the author nor the publisher assumes any responsibility for the use or misuse of the information contained in this book.

# Table Of Contents

Historical Background .............................. 1

Clandestine Silencers .............................. 7

How Silencers Work ............................... 15

Silencer Patents .................................. 19

    Hiram P. Maxim, 1909 ......................... 19
    J. H. Stinson, 1909 .......................... 20
    George F. Childress, 1910 ..................... 20
    C. H. Kenney, 1910 .......................... 21
    Hiram P. Maxim, 1910 ......................... 22
    Robert A. Moore, 1910 ........................ 22
    Andy C. Shipley, 1910 ......................... 24
    Harry Craven, 1911 .......................... 24
    Eugene Thurler, 1911 ......................... 26
    Herbert Moore, 1912 ......................... 26
    Robert A. Moore, 1912 ........................ 27
    Peter J. De Vries, 1914 ....................... 28
    W. E. Westfall, 1914 .......................... 28
    Seth Jones, 1915 ............................ 29
    O. J. Bailey, 1916 ........................... 30
    Eugene W. Thompson, 1916 .................... 30
    Eugene W. Thompson, 1917 .................... 31
    R. M. Towson, 1917 .......................... 31
    Anthony Fiala, 1919 ......................... 32
    Zygmunt Wilman, 1927 ........................ 33
    Samuel Bernat, 1930 ......................... 34
    Brooks Walker, 1948 ......................... 35
    Cecil P. Caulkins, 1949 ....................... 35
    William J. Jarrett ........................... 37
    Gen. Mitchell WerBell ........................ 38
    Text of William J. Jarrett Patent ................ 39



# Historical Background

Thanks to Hollywood, there are very few people who aren't at least passingly familiar with silencers and their use. Unfortunately, the silver screen has shown them more misinformation than actual fact.

First and foremost, there is no such thing as a "silencer", to be technically specific. Correct terminology is "sound moderator" or "sound suppressor". However, from this point on we will bow to popular usage and refer to said devices as silencers.

Silencers work well in Hollywood, no matter what their size or the weapon on which they're used, simply because the script says they work. A secret agent or undercover cop can attach a tiny 2" long silencer to the muzzle of a .44 Magnum revolver and go out and blow the bad guys away with nothing more than a "phut, phut". That's the way it is in the movies, but in real life it just doesn't work that way, especially on a revolver. The reason for this will be explained in the chapter on how silencers work.

The idea of silencing, or effectively reducing, the sound of a firearm's report actually dates as far back as the 17th Century, if not earlier. Some European troops of that time were armed with silenced air rifles, which were much more powerful than the air rifles we know today. These silenced air guns were especially popular for sniper use. A couple of attempts were even made to produce air machine guns during the early 1800's, but these are more notable for their novelty than for their success. Several attempts were also made to reduce the sound of the report of actual firearms, including an interesting one patented by J. A. DeBrame in 1861. DeBrame's invention supposedly produced the same velocity and muzzle energy as a standard revolver of a given caliber, but with a reduced powder charge.

Numerous other attempts met with varying degrees of success, but the invention of a truly effective silencer had to await the development of smokeless powder, since black powder residue would have fouled the silencer's interior very quickly.

There is an interesting legend that Hiram P. Maxim got the idea for the first successul silencer by watching water draining from a bathtub. He noticed that the water formed a whirlpool as it drained and likened the water to the powder gases that escape from the muzzle of a gun. Whether the legend is true or not, it is known that Maxim's first attempts to build a silencer were based on the principle of swirling the powder gases to reduce the noise of the report. Maxim soon discovered that it wasn't actually necessary to swirl the gases, but just slow them down.

Maxim was issued a patent for his first silencer in 1908. A perfectionist, he soon improved upon it and brought out his Model 1909, which was followed the next year by the Model 1910. The latter became especially popular.

Although he was the son of Sir Hiram S. Maxim, the famed machine gun inventor, Hiram P. didn't set out to design a silencer because of his interest in guns. His initial concern was in noise

reduction, no matter what the cause. Even in the pre-World War I era he foresaw noise pollution eventually becoming a serious health hazard. The Maxim Silencer Company began manufacturing outboard motor silencers and industrial silencers in the early 1920's, and ceased producing firearm silencers in 1925.

Early advertisements for Maxim silencers gave no hint of the nefarious or covert use to which silencers would later be put. The emphasis was on reduced noise for plinking in an indoor basement range or in the back yard without disturbing the



Covers of early Maxim catalogs always emphasized silencers' recreational use, whether for hunting or for informal plinking.

neighbors. Maxim catalogs invariably contained photographs of well dressed men and women spending a pleasant afternoon shooting at the local range or engaged in informal trap shooting with smoothbore rimfire rifles on the front lawn.

Maxim also emphasized the practical application of silencers to hunting arms as both a noise and recoil reducer. In one of his catalogs he related the story of how he and some friends went shooting with their Springfield M1903 rifles which were equipped with Maxim silencers. Maxim's 9 year old son went along and was allowed to fire his father's rifle. Ordinarily, it would be downright sadistic to allow a child of that age to fire a rifle with the recoil of a .30-06, but young Hamilton Maxim surprised everyone by asking if he could fire it again, then again, etc. The silencer reduced the weapon's recoil to the point where the child hardly noticed it, and he was able to place his second shot in the bullseye.

Although Maxim silencers hardly took the world by storm, they still enjoyed a commercial success which prompted other inventors to try to develop and market silencers which wouldn't violate Maxim's patent. Robert A. Moore of Chicago was granted his first silencer patent in 1910. Moore's silencer featured a gas tube under the barrel. Upon firing, the bullet would push the baffles that were placed in front of the muzzle out of the way and pass beyond, then the baffles would drop back into place and force the expanding gases down into the chambers of the gas tube. Moore's first model never got past the prototype stage, but it was an interesting concept nevertheless. Moore's second design actually went into small scale production and he was able to sell 100 to the U.S. Army for field testing. Lack of further orders was not so much an indictment of Moore's product as a change in Army policy — they simply decided that silencers weren't practical in battle since they wanted the enemy to know he was being shot at. Their reasoning was that if a man knows he is under fire, he will be a much less effective adversary.

The Maxim silencer did, however, go to war in Mexico where a number of federal troops were armed with silenced rifles. Mexican officers reported that those soldiers so armed were generally more effective in battle than those armed with normal, unsilenced rifles. Part of the reason, they said, was because of the reduced report and recoil of the silenced weapons. They simply caused less stress physically and mentally than standard issue arms. It was also reported that units armed with silenced rifles could hear officers' commands while

firing. Those armed with conventional weapons could not.

When Gen. John J. Pershing led American troops into Mexico in 1915 in search of Pancho Villa, he took along 15 snipers armed with silenced Springfields. So far as is known, this was the first time in history that the military had used silencers for sniping. However, it certainly wasn't the last. The Germans nicknamed silenced Allied sniper rifles "Whispering Death" during World War I. Before the end of the war, German snipers were also using silenced rifles.

Although numerous inventors patented silencers and tried to manufacture and market them, Maxim had only two serious competitors in the United States. One was the old New England arms firm of Hopkins and Allen and the other was the prestigious British manufacturer, Parker-Hale. They were the Big Three of silencers back in the days when you could walk into the local hardware store and buy right off the shelf, or have them order for you, a full auto Thompson and a silencer for it, no questions asked. Of course, if you lived in New York or Chicago and wanted a single shot .22 pistol, you had to first get a permit for it. Gun controls were already beginning.

Following World War I, America enjoyed a period of unprecedented prosperity. The Roaring Twenties were at hand, and they were especially prosperous for bootleggers and speak-easy owners who made a fortune off illicit booze. With the easy money to be made, it wasn't any wonder that every gang that was big enough to have a territory also wanted the territory next door. The most famous gang rivals were the Capone and Moran mobs of Chicago. The ultimate gangland slaying, the St. Valentine's Day Massacre, was engineered by Al Capone to eliminate Bugs Moran. The "hit" in a South Side garage successfully eliminated seven members of Moran's gang, but the leader himself showed a complete lack of courtesy by being late for his execution. Hearing shots as he approached the garage on foot, Moran simply turned around and walked in the opposite direction. Such execution type slayings helped to give the Thompson submachine gun a tarnished reputation, but equally bad times for silencers would come in the 1930's.

With the repeal of prohibition in 1933, the huge profits from alcohol smuggling, bootlegging, moonshining, etc., vanished. The mobs had to turn to other ways of making money. Although gambling, prostitution and loan sharking were where the easy money was, many Mafia hoods also turned to legitimate amd quasi-legitimate businesses as well.

**PRICE LIST**



**.22 Cal.  Silencer and Coupling.**

Coupling drives tight on end of barrel.  Silencer attaches or detaches by single twist of the wrist.
Dimensions and price including Coupling, Model 1912, 1 in. x 1¼ in., wt. 5 oz., $5.00.
When ordering, state MAKE and MODEL of rifle to be fitted, and whether barrel is ROUND or OCTAGON, so we can supply proper size coupling.



**.25-20 Silencer and Coupling.**

Coupling drives tight on end of barrel.  Silencer attaches or detaches by single twist of the wrist.
Dimensions and Price including Coupling, Model 1, in. x 5¾ in., wt. 7 oz., $7.00.



**.32-20 Silencer and Coupling.**

Coupling drives tight on end of barrel.  Silencer attaches or detaches by single twist of the wrist.
Dimensions and Price including Coupling, Model 1909, 1⅜ in. x 6¼ in., wt. 12 oz., $7.00.



**.22 H. P. Silencer and Clamp Type Coupling for Savage H. P. .22 cal. rifle.**

Coupling locks on barrel by means of locking clamp.  Silencer attaches or detaches by single twist of wrist.
Dimensions and Price including Coupling, Model 1912, 1 in. x .5¾ in., wt. 7 oz., $8.50.
All calibres larger than above take same price, $9.50 with coupling and $7.00 without coupling



**High Power Silencer and Clamp Type Coupling.  Any Calibre.**

For rifles having front sight MOUNTED UPON BASE built onto barrel.  Silencer attaches and detaches by single twist of the wrist.  Full length magazine must be shortened to make room for coupling.
Dimensions and Price including Coupling, Model 1909, 1¼ in. x 6¼ in., wt. 12 oz., $9.50.
Price, Silencer only $7.00.       Price, Coupling only $2.50.



**High Power Silencer and Sight Type Coupling.  Any Calibre.**

For rifles having front sight DOVETAILED INTO BARREL.  Coupling drives tight on end of gun barrel after removing front sight from rifle.  Silencer attaches and detaches by single twist of the wrist.  Full length magazine must be shortened to make room for coupling.
Dimensions and Price including Coupling, Model 1909, 1¼ in. x 6¼ in., wt. 12 oz., $9.50.
Price, Silencer only $7.00.       Price, Coupling only $2.50.

**Page from an early Maxim catalog shows the wide range of Model 1910 silencers offered. This model is easily recognizable since the bullet's path is offset from the actual centerline of the silencer. This was done purposely to allow the use of the weapon's original sights. If you think the prices shown are super cheap, just remember that $100 per month was considered a good wage in those days.**

The face of crime changed with the Depression of the 1930's. "Name" criminals of the 1920's had been men like Al Capone and Bugs Moran, all men with large, well financed and well run organizations. But with hard times, better roads, faster cars and still fairly poor communications among police forces, the "name" criminals of the 1930's were

the bank robbers. To many out of work Americans who had lost their homes or farms to the bank, the idea of someone being able to strike back at the bank and hit it where it hurt — in the vault — had a certain perverse appeal. The public almost made folk heroes out of the more famous gang leaders such as John Dillinger.

The Thompson already had a bad image from the 1920's, and that image wasn't enhanced any when some of the gangs began using automatic weapons. One of John Dillinger's cohorts was Baby Face Nelson, who was a born tinkerer. Not only did Baby Face convert a Colt .45 auto to full auto, but he also made up some silencers for the gang's use. As more and more exotic weaponry (which was perfectly legal to own at the time) turned up in the hands of the gangsters, there was a growing trend to outlaw such weapons. Further outrage was expressed that hungry people were actually using silencers for poaching!

Congress attacked the crime problem in the same manner in which it had attacked the drinking problem years before. Even though Prohibition had been proven unworkable and had been repealed, Congress attempted to fight crime by prohibiting the manufacture, transfer or possession of certain devices. The National Firearms Act of 1934 placed a $200 tax, plus a lot of bureaucratic red tape, upon the manufacture or transfer of automatic weapons, silencers, sawed off rifles and shotguns and other assorted goodies. People who already owned said devices were given a certain period of grace in which to register them *without* paying the tax. After that time, it was a possible long prison sentence and heavy fine for having them in your possession.

As could be expected, honest people registered their silencers, machine guns, sawed off shotguns and other "forbidden" weapons, but the hoods didn't. The machine gun toting bank robbers did vanish from the scene, but not because of the NFA of 1934. They were simply killed in shootouts with police or went to prison. In fact, the last of the machine gun bandits to go out in a hail of lead, Ma Barker, was killed in January 1935, just months after the passage of the NFA.

With silencers no longer available at the local hardware store and the transfer tax equal to more than a month's pay for most people, it's understandable that the legitimate market for them died almost overnight.

After the United States entered World War II in 1941, there was suddenly a resurgence in the demand for silencers to be used by the "good guys".

The military needed them for sniping and other normal combat tasks as well as for covert operations by the O.S.S., the military intelligence organization which was the forerunner of the present, non-military C.I.A. A number of interesting silenced weapons were developed for the O.S.S. and these will be discussed in the next chapter. As far as normal combat operations by troops actually in the field, the Springfield M1903A3 equipped with a silencer served well as a sniper rifle. Other silenced weapons included the Thompson M1A1 and the M3 "Greasegun". The silencer for the latter was assembled by High Standard on perforated barrels made by the Guide Lamp Division Of General Motors. Although this silencer was designed by Bell Laboratories, it bore a remarkable similarity to the integral silencer on the High Standard HD.

In some instances, silenced weapons were carried not to be used, but as a precaution if a weapon *had* to be used. In October 1942, a group of men dressed in ragged civilian clothes emerged from a submarine just off the coast of occupied France and proceeded to land in a rubber dinghy. The group was armed with three silenced Sten submachine guns and each man carried a silenced pistol as well. They were on what could very well have become a suicide mission if they had run into a German patrol, for they were destined to meet with free French leaders to discuss the impending invasion of North Africa. Leader of the group was none other than Major General Mark Clark. Since the party made it back out of France, one can only assume that the silenced weapons weren't needed or else were used with a great deal of success. The latter possibility is more glamorous, but the former is probably the actual fact.

Early in the war, Maxim Silencer Company president Hamilton Maxim was visited by representatives of the O.S.S. who wanted the company to resume production of firearm silencers, which they had abandoned in 1925. The Maxim staff designed and made a sample rifle silencer that met the specifications the O.S.S. men had outlined. It was demonstrated favorably to top military brass in Washington, but Maxim never received a production contract and all of the silencers legally made for the war effort in the United States were manufactured by other firms.

As is to be expected in wartime, a rather large number of silenced weapons simply disappeared. Some were undoubtedly destroyed or honestly lost in battle, but others were obviously stolen and secreted away for later use by future terrorists, revolutionaries and other assorted characters of

4

doubtful reputation. A few may very well have been misappropriated by average GI's who just wanted a really unusual souvenir from the war.

When World War II ended, it didn't necessarily bring peace to the world. Fighting continued in a Southeast Asian country then known as French Indochina. Soldiers of fortune fighting in the French Foreign Legion liked two American World War II "left-overs" that were fairly common in the area — the M3A1 "Greasegun" and the High Standard HD. When the Communists finally defeated the French in 1954, French Indochina was divided into three nations. The name of the largest of these remained virtually unknown to most Americans until a decade later when it became a household word — Vietnam.

The average person at home heard little or nothing about the use of silenced weapons in the Vietnam War, but they were used quite extensively since they were ideally suited for the type of jungle warfare that occurred in Vietnam. Viet Cong advance scouts could be taken out of action without alerting the main party, or a sniper could pick off a small group without being detected by shooting the rearmost man first, then moving his shots on up the line to the front.

The ubiquitous Ruger 10/22 was a popular silenced "hit" weapon in Vietnam as it was extremely quiet when subsonic ammunition was used in it. Standard M14 and M16 rifles were also equipped with silencers for special missions, as well as Remington Model 700 sniper rifles. The standard issue sidearm for Navy SEAL team members was a modified Smith & Wesson Model 39 fitted with a silencer. Among the most successful silencer designs employed in Vietnam were the Sionics units designed by Gen. Mitchell WerBell.

As the Vietnam War wound down, American GI's began returning home to face readjustment to civilian life. Some of them had become so used to the tension of a combat zone that they literally craved the stress under which they had been living. Assembling cars in Detroit or selling life insurance in Scranton simply had no appeal for them. A number of Vietnam era pilots decided to return to the air — flying illegal drugs into the U.S. At least one ex-Marine sniper is known to have become a

hit man for the Mafia, currently the prime user of silencers in the U.S.

The days of machine gun slayings in garages or messy hits with a sawed off shotgun in a crowded restaurant or drugstore have gone the way of the Edsel and black and white TV. Today, mob leaders are conscious of the need to keep as clean a public image as possible. Gangland executions are usually carried out with a silenced .22 pistol. Those who would argue that the .22 lacks the stopping power of a .357 Magnum or .45 ACP have obviously never seen anyone who has taken a half dozen .22 Long Rifle slugs in the back of the head. A quiet, clean hit and no one knows anything has even happened until the body is found under a stairwell, in an alley or under a bridge that spans a dry wash. Sometimes the body is never found. To the mob, silence is truly golden. It usually means a clean getaway and a police report that reads ". . . suspect foul play, assailant unknown."

Needless to say, numerous illegal silencer factories have sprung up in various parts of the country in recent years. It's the old law of supply and demand at work. There is a strong demand for silencers, so for the right price someone will supply. The BATF shuts these factories down as quickly as they can locate them, but in the meantime their wares flow into the black market with a really effective homemade silencer bringing as much as $900. At this writing, an equally effective silencer purchased legally in a European country that allows them would probably sell for $15-20. Surprisingly, some European countries which have rather stringent requirements for handgun ownership just don't make that big a fuss over someone wanting a silencer. Apparently the official theory is that if you have already qualified for handgun ownership, there is certainly no reason why you shouldn't own a silencer too. One can well understand such thinking, since most of these countries are densely populated, thus are extremely noise conscious. It would undoubtedly please Hiram P. Maxim to know that somewhere in the world the government bureaucrats actually understand what silencers were all about in the first place — reducing noise pollution.

## FIREARM SILENCERS





# Clandestine Silencers

Although silencers are widely used by professional assassins as detailed in the preceding chapter, they are probably used to an even greater extent by covert agents — in other words, spies and counterspies.

It's doubtful if there has yet been a James Bond movie where there wasn't at least one assassination, or attempt at one, with a silenced handgun. This is a very real fact of life in the shadowy world of covert operations, although normally the East and the West don't go around killing off each other's superspies. The fact of the matter is that to do so would invite retaliation in kind, and really good superspies just aren't pounding the pavement looking for work, unless that happens to be part of their cover. From a purely practical point of view, espionage agents of the upper echelon take a lot of time and money to train. No, it's usually the smaller fry who are eliminated, either as a warning that the other side is getting too close to something or someone or simply to prevent the spy from learning something or from passing on what he has already learned.

A case in point is the bombing of the American embassy in Beirut in the spring of 1983. One of the CIA's top agents was killed, along with numerous other people. While the bombing might have been engineered by the KGB, it's more than likely that it was done by a group of terrorists. One such group has already claimed credit for the foul deed, but they may just be seeking publicity with their claim. If the KGB or the Red Chinese had wanted to eliminate the American agent, they would most likely have used a more subtle approach, such as poison.

Although silenced pistols might well have been used by intelligence operatives during World War I, they really came into their own in World War II. Their clandestine use wasn't limited to spies, but also included resistant groups in occupied Europe and guerrillas in Asia and the Pacific.

Silenced weapons for covert operations were of two types: standard production arms which were fitted with silencers or adapted to include an integral silencer, and special weapons specifically designed for covert use.

Pre-existing weapons which were altered to include an integral silencer were the Colt Woodsman, High Standard HD Military, M1A1 Thompson, M3A1 "Greasegun" and M1 Carbine. Please note that the use of the term "integral" here doesn't mean that the silencers couldn't be removed. It simply means that the weapons were meant to be carried and fired with the silencer in place, as opposed to just attaching a silencer to a normal weapon for a special assignment.

Among those weapons that were specifically designed for clandestine use during World War II we find the Liberator, the Welrod and the fist gun. They seem like oddities today, but each was designed for a specific task which it executed (no pun intended) rather well. Since these guns are less known to most people and are far more interesting than those which were merely adapted to take an integral silencer, we will devote our attention to them first.

The idea for the Liberator first came about in 1942 when the Polish Resistance requested arms with which to fight the Germans that occupied their homeland. The American Joint Chiefs Of Staff decided that a low cost, concealable, untraceable weapon would be an ideal choice to supply to civilians behind enemy lines.

The weapon would act as a morale booster for the citizens of occupied countries and would also serve to sabotage the morale of the enemy. Any student of history knows that one of the first things a dictator does when his troops occupy another country is to disarm the conquered people. Hitler was no exception. If the Americans could get guns into the hands of resistance groups, it would give them a chance to kill German soldiers and take their weapons as well. It would take only a few such incidents to make any German soldier leery of every civilian he encountered in an occupied country.



**F.P. 45 Liberator**

Since its role ideally was to fire only one shot, the Liberator was spot-welded and riveted together and no attention was given to overall finish. The goal was to produce a large number of the weapons as quickly and cheaply as possible. The Chief of Military Intelligence requested that 1,000,000 of the guns be made for distribution behind enemy lines in May 1942, and the guns were completed by the fall of that year. The project was so secret that only the people who did the final assembly had any idea what they were working on. Blueprints were purposely mislabeled so the person who made the trigger guard thought he was making a spanner, the one who made the sear thought he

was making a yoke lever, etc. Since the barrel was a smoothbore, there was no telltale rifling which would have immediately told the "tube" maker what it actually was.

The Liberator, which was officially known as the F.P. 45 until after the war, was packaged in a cardboard box with 10 rounds of .45 ACP ammo, a wooden ramrod for ejecting spent cartridge cases and a sheet of comic strip instructions with virtually no written instructions. That solved the potential language barrier or illiteracy problems before they could occur.



Artist's conception for a Liberator with an improvised silencer, in this case using an aerosol spray can for the housing. Obviously, numerous other possibilities for improvised silencers exist.

The Liberator cost $1.72 per unit to produce, and the entire package, ready to drop behind enemy lines, cost $2.10.

While the basic design was a single shot with ammo storage in the grip, a two shot version of the Liberator was also made. This had a sliding breech that was slid from side to side to align either chamber with the barrel. Silenced versions of the Liberator are also known to exist, and some have been encountered which have been fitted with homemade silencers.

Only a few Liberators were smuggled into occupied Europe, but a good many were sent to Asia and the Phillipines, where they were known as the "kangaroo gun" since they were smuggled into the islands by Australian submarines. For some time after World War II the Liberator served as the standard sidearm of the Phillipine Constabulary. Today Liberators are a prized collector's item, especially if accompanied by the original box and ammunition, instruction sheet, etc.

In addition to the silenced versions already mentioned, the standard Liberator was capable of being used as a silent weapon with a James Bond device known as a "Bigot". This was a silent

## FIREARM SILENCERS

dart which could be fired from any .45 ACP pistol which had been fitted with a special adapter. Unfortunately, the Bigot wasn't ready for production until after the end of the war, so never realized its true potential. Its very existence remained classified until 1977.



First model Welrod was in .32 ACP. Note that this was a true bolt action.

Unlike the Liberator, the Welrod was designed as a silenced pistol from the start. It was a manually operated repeater and examples have been seen in .22 Long Rifle, .32 ACP, 9mm Parabellum and .45 ACP calibers. The .32 and .45 versions were manufactured so as to accept standard Colt magazines. Although most Welrods had a slip-on grip that covered the magazines, a few exist where the magazine itself serves as the grip.

The action is of the basic Mauser bolt type. In fact, the first model Welrod actually utilized a bolt to open and the close the action. But by the time the Mark I went into production, a simpler knurled knob had been substituted for it.

The integral silencer contained the usual baffles plus a self-closing rubber baffle. Holes were drilled in the barrel to bleed off gas.

With a properly constructed silencer, a pistol of the Welrod's type action in subsonic .32 ACP or .45 ACP would be about as ideal as a close range assassination weapon could be since the report of the weapon would be effectively muffled and the bullet's crack is non-existent. An assassin armed with such a gun would have more to worry about being seen than being heard, especially in a noisy place such as a train station, etc. Whatever sound the pistol might make would easily be disguised by the hubbub of background noise. With the action being opened and closed manually, the assassin wouldn't even have to worry about leaving any telltale brass!

How many Welrods were made and the various theaters of war in which they were employed isn't known, but one could probably safely assume that they were used far more often in Europe than in the China-Burma-India Theater or in the Pacific. We had mentioned earlier that the East and the



Late model 9mm Welrod with the magazine only serving as the grip. The trigger guard is also non-standard.;

West don't go around killing each other's superspies. That's in peacetime, of course. The rules are a bit different in wartime. You have only two choices if you catch one of the enemy's master spies: recruit him into being a double (or even triple) agent, or cancel his birth certificate. One can't help but wonder how many threats to Allied security were eliminated by Welrods, whether on neutral ground, in enemy territory, or on the home front.

The fist gun, as it's called on its patent issued July 8, 1947, could also be called a glove pistol since it's just that — a rather strange looking pistol attached to the back of a glove.

Although well suited to an assassin's use, the fist gun was originally designed to be worn by non-



Office of Naval Intelligence's fist gun was originally intended for 410 shotgun shell, but production models were made only in .38 S&W caliber.

## FIREARM SILENCERS

combatants who happened to be close enough to the front to be in danger of having their position overrun. Supply truck drivers, communications personnel, etc., would fall into this category.

To fire the fist gun, the wearer merely doubled up his fist, folding his fingers out of the way and exposing the muzzle and plunger, then pressed the device against the victim's body. The plunger would move to the rear, dropping the hammer against the firing pin. If the gun was pressed against the soft areas of the stomach, sides or low back, the flesh would fold over the muzzle and effectively silence the sound of the shot.

Originally designed for a .410 shotshell, the fist gun was actually produced in .38 S&W caliber, which would seem to be a rather poor choice. However, the manufacturer may have selected that caliber over the more effective .38 Special due to a difference in chamber pressures, etc.

The fist gun was in production for only a short time after the war. It was never destined to be a huge success due to its very limited range of applications. Still, it probably deserved a little more positive attention than it actually got.



**O.S.S. High Standard HD Military with silencer removed to show bronze screen around barrel.**

The High Standard HD Military pistol in .22 Long Rifle was reportedly made in two silenced versions. The first was made for the O.S.S. during World War II and had four rows of eight holes each drilled in the barrel with copper screen washers for baffles. This pistol was extremely quiet. Just how effective the silencer was can be readily seen from an incident that happened early in the war. Gen. William "Wild Bill" Donovan, head of the O.S.S., took a sample pistol to the White House to

demonstrate to President Franklin Delano Roosevelt. FDR was dictating to his secretary when Donovan entered the room, so the general set a sandbag in one corner of the room and, with his back to the president, calmly emptied the pistol's magazine into the sandbag. Neither the president nor the secretary noticed the sound of the shots and Gen. Donovan turned and handed the pistol to the Commander In Chief, explaining what he had just done. Roosevelt was so pleased with the new weapon that he immediately had it placed on public display at the Roosevelt Museum in Hyde Park. It was only a few days before someone at the museum realized there was a serious breach of security by displaying the weapon, which was actually top secret, and removed it from its display case.



**Gas bleed holes in HD's barrel are clearly shown in this photo. Note that the barrel is much thinner than a standard .22 pistol barrel.**

The second model HD, which has been manufactured in unspecified numbers for the C.I.A., has a special barrel of minimum acceptable wall thickness with four rows of eleven holes each. The barrel is then wrapped in bronze screen. A hollow housing is screwed on over the barrel. The front of the housing, forward of the barrel, is filled with washers constructed of stamped bronze screen. Since the perforations in the barrel bleed off expanding gases, standard high velocity .22 cartridges can be used in the weapon. Famed U2 pilot Frances Gary Powers had a silenced HD in his possesssion when his plane was shot down over the Soviet Union. Powers evidently realized the futility of trying to escape from the Soviets and chose to let himself be captured rather than commit suicide with his issue HD or cyanide pills. He probably also realized that he would be valuable "trading material" for

the Soviets, who imprisoned him for a short time, then exchanged him for one of their own spies who was in custody in the U.S. Powers died several years after his return to the U.S. when the TV news helicopter he was piloting crashed.

The O.S.S. also used a number of Colt Woodsman pistols in .22 Long Rifle during the war. The specimen illustrated is rather unusual in that it has an eccentric silencer, which allows for a larger capacity expansion chamber while retaining the original sight plane. It also had a barrel extension beyond the silencer, which is extremely unusual.





O.S.S. Colt Woodsman sporting a rather unusual silencer. Its eccentricity isn't unusual (note the Model 1910 Maxim directly above it), but the barrel extension beyond the silencer is. (Photo courtesy of Gun Digest)

A small number of M1A1 Thompsons were also fitted with silencers for special purposes, but these were overshadowed by the more prevalent M3A1 silenced "Greasegun" SMG's which were much cheaper to produce yet were just as effective in



M3A1 "Greasegun" fitted with a 12" silencer. A 20" silencer is shown below. While the O.S.S. used silenced M3's, they were rejected by the Infantry Board which could find no real need for them.

combat. As mentioned earlier, the M3A1 silencers were manufactured by High Standard and fit over specially perforated barrels made by the Guide Lamp Division Of General Motors.

What would appear to be a barrel extension on the M3A1 silencer is actually a second silencer



Parts of the "Greasegun" silencer below 2 ft. scale to show relative size. The parts are:

A. Perforated barrel made by Guide Lamp Division of General Motors.
B. Wire mesh cylinder which slips over the perforated barrel.
C. Large metal tube which fits over the mesh cylinder.
D. Bushing adapter which screws onto the end of the barrel and into which the small tube is screwed.
E. Wire mesh washers which are contained in the small tube (230 are used).
F. End cap which holds the washers in the small tube.
G. Small tube itself.

tube which contained over 200 screen washers. The larger tube, which fit over the barrel, contained a roll of bronze or aluminum screen. This silencer was, like the weapon it served, cheap to produce yet effective. It's estimated that the sound of the report was reduced by as much as 80% with this silencer. Since the .45 ACP cartridge is subsonic, there was no bullet crack to worry about.

Component parts for the "Greasegun" silencer are shown in the photo at the bottom of page 11. Functioning was similar to that of the High Standard HD.

At least one example of a professionally modified M1 Carbine is known to date from the World War II era. Its barrel has been shortened and the silencer housing extends roughly 10" beyond the muzzle. Although the .30 Carbine cartridge is supersonic, there are no bleed holes in the barrel.

The silencer itself consists of two chambers, with a perforated bushing around the end of the barrel which allows gas to flow from the front chamber into the rear, which contains 10 baffles. An unspecified number of baffles are also housed in the front chamber. It's reported that the action has to be worked manually since the carbine's gas system is rendered inoperative by the short barrel. Whether this is true or not, a manually operated action is desirable on a silenced weapon, which is obviously intended for specialized use rather than for engaging in firefights.

Following the war, silencer development in the U.S. stagnated somewhat. This is understandable, since silenced weapons don't wear out overnight



**Professionally modified M1 Carbine with integral silencer is believed to have been made for the O.S.S., although little is known about it. The weapon itself was made by the Inland Division of General Motors, which made untold thousands of M1's and M2's during the war. (Photo courtesy of Gun Digest)**



**M1 Carbine with silencer removed and disassembled for display purposes. Note lack of gas bleed holes in the barrel even though the .30 Carbine cartridge is supersonic. (Photo courtesy of Gun Digest)**

and there was an ample supply of wartime hardware on hand to fill our government's needs. When viewed in a purely logical, businesslike manner, there simply wasn't enough demand for improved silencers to make their development profitable.

The picture began to change in the 1960's, however. America was again at war in Asia, this time in Vietnam. Ordnance genius Gen. Mitchell WerBell began to explore the possibilities for improvements in silencer design with notable success. Manufactured under the trade name Sionics, a number of his silencers saw action in Vietnam. The weapons on which they were used were discussed in the preceding chapter and need no further elaboration here.

Although silencers are generally thought of as tools for snipers, spies and assassins, there is a growing market for them among the general population. Inflation has placed the $200 transfer tax within the realm of affordability for many honest people who have a legitimate use for silencers. These include farmers and ranchers who want to keep the critter population under control without disturbing the livestock and urban dwellers who would like to be able to keep their shooting skills well honed with a little smallbore practice in the basement. There are presently several small firms manufacturing silencers aimed at this market. One of the better known is Automatic Weapons Company. Their silencer for the Ruger ST pistol is based on the original model built by the now defunct Military Armament Corporation, but with one major difference. The MAC silencer was designed for clandestine use and couldn't be taken apart for cleaning and repacking, since it was considered expendable after 200 or so rounds. This is acceptable for

**FIREARM SILENCERS**

a government agency that is spending the taxpayers' money for a replacement and which doesn't have to pay the transfer tax, but is a burden on the ordinary citizen who is spending his own money and only wants to pay the tax once. The AWC silencer can be taken apart for periodic servicing and the repacking materials consist of such common items as Chore Girl cleaning pads, aluminum screen, fiberglass, etc., which can be purchased at the local supermarket and building supply store.

Easily serviceable silencers like the AWC designs would be a boon to the clandestine operator as well, since he seldom has a friendly neighborhood armorer living next door and must repair and maintain his weapons himself, should they need it. Sophisticated surveillance devices now make it possible to spy on the world from a satelllite. But like the infantryman with a rifle in the age of nuclear missiles, the spy with the silenced pistol will still be around for a long, long time.

# FIREARM SILENCERS





# How Silencers Work

As was stated in the first chapter, there is really no such thing as an actual silencer. What people call "silencers" are actually sound moderators or suppressors. They merely alter or reduce the sound of a weapon's report, they don't eliminate it altogether.

What is sound? Reduced to its simplest explanation, sound is merely air in motion. This causes changes in air pressure which the ear registers as sound, transmitting it to the brain. If there is no one to hear it, there is no sound. A roaring avalanche would be completely silent, even though there would be a tremendous amount of air in motion.

Sound also diminishes with distance. The report of a .38 Special with a 2" barrel can cause the shooter's ears to ring if he or she isn't wearing ear protection. To a person a block away, the sound will be fairly loud but far from painful. A mile away, it might not be heard at all.

There are actually seven different elements that make up what we usually think of as the report of a gun, although one or two might not be present under certain conditions or might be so insignificant as to hardly be noticeable.

The first is the precursor wave, which is caused by the bullet traveling down the barrel and suddenly compressing the air in the bore. This compressed air precedes the bullet out of the barrel.

The second sound is the bullet exiting the barrel. Both of these sounds go unnoticed in unsuppressed weapons as they are completely overshadowed by the third sound, which is the escape of the burning powder gases from the barrel. This is also known as muzzle blast, and makes up the majority of the sound we hear when an unsuppressed weapon is fired.

The fourth source of sound is blow-by, which can only occur in suppressed weapons. Since the holes in the baffles which the bullet travels through must of necessity be larger in diameter than the bullet itself, a certain amount of gas escapes through the open area and actually precedes the bullet out of the silencer to join the precursor wave.

The fifth source, which is also present only in suppressed weapons, is jet noise. This is caused by turbulence, swirling gases and reverberation within the silencer itself.

The sixth component, which is present no matter what type of firearm, is the mechanical noise of the action. In a properly suppressed semi-automatic or automatic weapon, this sound is usually the major one heard, yet it can be almost non-existent in a bolt or lever action. In autoloading weapons, this sound is accompanied by residual pressures in the chamber escaping when the action opens.

The final sound is bullet crack, which is nothing more than a miniature version of the sonic boom you hear when a jet aircraft breaks the sound barrier. The bullet crack is, quite literally, the sound of the bullet as it passes the sound barrier, which is roughly 1100 feet per second (fps). This sound is the easiest to eliminate, and isn't present at all in subsonic calibers such as .32 ACP, .380 ACP, .38 Special, .44 Special, .45 ACP, etc. It is present

in virtually all rifle calibers, including .22 Long Rifle, and in some handgun cartridges such as the 9mm Parabellum, .30 Luger, .357 Magnum, etc. However, the 9mm is still an excellent cartridge for use in suppressed weapons since it can be "loaded down" to subsonic velocities or it can be slowed down by bleeding off some of the propellant gases through vent holes in the barrel (see photos of High Standard HD on page 10 and M3 "Grease-gun" silencer on page 11).



Blow-by occurs when part of the expanding pow-der gases (small arrows) actually pass the bullet and precede it (large arrows) as it passes through the holes in the baffles of a silencer. These holes must necessarily be a good deal larger in diameter than the bullet in case the silencer is mounted askew or slightly off center on the weapon.

Since the muzzle blast is the major factor in producing noise, reducing it is the simplest and most effective way of attempting to silence a weap-on. To reduce the muzzle blast, silencers are designed to accomplish two things: slow the exit of the gases from the barrel and cool them down at the same time.

Ideally, a silencer will have three separate cham-bers, although some highly effective designs don't have that many. The first chamber is the entrance chamber. It may be completely empty or it may contain heat or sound absorbing materials. The middle chamber contains baffles which serve both to absorb heat and slow the gas expansion down by allowing it to expand in small, individual compart-ments. The final chamber is the exit chamber, which is closed by an end cap. This end cap should be shaped in such a way that the blowby gases are blocked and driven backward by it. They will then collide with the main body of expanding gas and create turbulence, thus slowing the escape of the gases from the hole in the end cap.

While it's theoretically possible to silence vir-tually any weapon that is designed to be held in the hand and/or fired from the shoulder, it isn't always practical. A silencer *could* be built that would silence a .308 Norma Magnum firing fac-tory ammo. But you would probably need a wheel-barrow to haul it around.

A silencer which would work well on a revolver would have to enclose almost the entire weapon. When a revolver is fired, burning gases escape from the gap between the front of the cylinder and the barrel, and with them comes a significant part of the gun's report. A current state-of-the-art silencer can be fitted onto the end of a revolver's barrel, but its effectiveness will be greatly impaired by that cylinder gap.

Despite this fact, there have been instances in which silencers have been used on revolvers for serious purposes. One example is the "tunnel rats" of Vietnam. These were U.S. servicemen of small physical stature who were called in to search Viet Cong tunnels whenever a new one was discovered. The tunnels were usually abandoned, but not al-ways. There was no way to know until someone went in and physically checked them out. The tun-nel rats often carried only a handgun for a weap-on, with the silenced High Standard HD Military being a favorite. A few men, however, preferred .38 Special revolvers with silencers. This was prac-tical for their use since they weren't actually trying



The end cap of the silencer (far right) should be shaped in such a manner that when the blow-by gases (large arrows) hit it, they will bounce back and hit the main body of expanding gas (small ar-rows), causing it to slow down. The gas is also cooling as it slows down. Even though the whole thing happens in a matter of miliseconds, the longer it takes for the gas to escape from the silencer and the cooler it is, the quieter the sound of the report.

to silence the weapon, but merely reduce the report to a decibel level which would be bearable within the close confines of the tunnel.

Although they can be more effectively silenced than revolvers, automatic and semi-automatic weapons are still less than ideal for that purpose. Action noise and the escaping residual pressure were covered earlier, so the reasons should be apparent. A MAC 10 fitted with a silencer is a lot quieter in operation than one without, but it still has a sound level that is definitely noticeable. The main noise is the action. To a person standing a few yards away, it sounds about like a carpenter hammering. The Red Chinese overcame this problem with their PRC Type 64 pistol, which can be operated manually *or* as a semi-auto.

As mentioned in the preceding chapter, the actions of the Welrod and the silenced M1 Carbine had to be worked manually. This is a highly desirable feature for a silenced firearm since it eliminates action noise altogether when the weapon is fired. Of course, such weapons were designed to be used under circumstances where the shooter would have a high probability rate of achieving a one shot kill, since sustained fire with them is difficult at the very least.

Bolt action rifles have traditionally been used by snipers because their inherent accuracy is superior to other types of actions. However, the fact that the bolt can be manipulated slowly and quietly certainly doesn't hurt, especially if the weapon is fitted with a silencer. The use of silenced sniper rifles in Vietnam was covered in the first chapter, but it should also be pointed out that they were used by both sides in both World Wars. When they feared capture, German snipers of World War II would generally bury their rifles or throw them down a well, as the Allies treated captured snipers the same as spies and summarily shot them.

While most commercially made silencers have metal tubes and either plastic or metal screen baffles, there are a number of other materials which can and have been used to make silencers. One experimental model from Automatic Weapons Company had a PVC tube and used baffles made from corrugated cardboard. It was test fired with over 100 rounds of .22 Long Rifle ammo before it was sectioned for study. It turned out to be more effective and durable than its makers had hoped.

Although nothing is really cut and dried in silencer design, beyond the limits of practicality, there are a few rules of thumb which will help to assure success if followed. Generally speaking, the internal free volume of the silencer tube should be about 20 times the internal volume of the bore, with about 40% of that space taken up by the entrance chamber. Obviously, you would need a much larger tube for a .30-06 with a 20" barrel than for a .22 pocket pistol with a 3½" barrel. The length of the tube should also be roughly 5 times its diameter. These ratios can be varied somewhat if necessary, but are considered close to ideal by the people who should know — the successful commercial silencer manufacturers.



Revolvers are difficult to silence due to the gap between the front of the cylinder and the barrel. Note the large amount of burning gas in the cylinder gap of this Smith & Wesson .38 Special revolver fired after dusk. This particular gun's gap isn't overly large, but is actually typical of most revolvers.

Although firearm silencers as such are strictly controlled by the government, there are other alternatives for noise reduction which are perfectly legal. Soundproofing an indoor range is one. For outdoor use, a handful of old tires lined up side by side to form a "tunnel" can also be used. Simply stick the muzzle of the gun a foot or so into the tunnel. A cardboard box with cardboard baffles lined up in it can also be used, although it will eventually become a fire hazard due to the collection of unburned powder that will eventually build up in it. So far, the BATF hasn't construed any of these methods to be actual silencers, probably because they would be a bit awkward to carry around when going out to make a hit or otherwise try to silence the gun's report for questionable reasons.

However, there have been a number of home-made silencers worked up which are highly illegal since they are attachable to the gun and are easily transportable. It's anybody's guess how many people have taken lawnmower mufflers and tried to turn them into silencers. One source even reports

**FIREARM SILENCERS**

that an empty liquid detergent bottle filled with cotton makes a pretty effective one shot silencer. Another story says that the nipple from a baby bottle will work if you cut an X in the end, then slip it over the gun's muzzle. Whether these work or not, they are still illegal since they show *intent* to silence a weapon. In fact, a person could face a prison sentence even if the silencer's design was so bad that it actually increased the sound of the report by several decibels. If you doubt it, just try convincing a jury that said contraption was actually a muzzle brake or flash suppressor!

If you feel that you simply must attempt to build a truly effective silencer, go about it the legal way. Apply to the BATF for approval to build one for your own use. The $200 check that goes with the application may put a dent in the family budget, but it's still a lot cheaper than not drawing a weekly paycheck for several years because you're doing time in Leavenworth!



# Silencer Patents

Although Hiram Maxim's silencers were state-of-the-art in the pre-World War I era, other inventors continued to try to come up with new designs, either in an attempt to improve silencer performance or in order to circumvent the Maxim patent. While some of these designs appear to be sound in principle, none of them achieved the commercial success of the Maxim silencers. Actually, even they hardly made an impact on the shooting world that could be likened to, say, the impact of the Model T on personal transportation. As we pointed out earlier, the Maxim Silencer Company had phased out firearm silencer production by 1925 and was concentrating on marine engine and industrial silencers. It's doubtful if Hiram P. Maxim anticipated the passage of the National Firearms Act of 1934 by doing so. He probably was simply practical enough to realize that other types of silencers offered a more lucrative market.

A few of the more interesting designs are discussed here and illustrated by their patent drawings. As can be seen, the period from about 1910 to 1920 was the Golden Age of silencer design as far as proliferation is concerned. But for truly effective silencers, the era of World War II until the 1970's is undoubtedly the real Golden Age, since that is the era that produced the O.S.S. silenced High Standard HD Military, Mitch Wer-Bell's Sionics designs, the Automatic Weapons Company designs, etc. These examples are, of course, the successes. There were also numerous failures along the way, among them a rather unorthodox 1939 design of a silencer for every-

thing from anti-tank and 75mm guns on up to small naval guns. It might have worked, but in order to do so it would have to have been built in such a size as to render it virtually immovable.

Although not every silencer developed or patent granted between 1910 and 1960 is included, the most interesting and important are shown in order to give the serious student of the subject a broad overview of silencer design in the U.S. Those listed herein are presented in chronological order, rather than by inventor, since this gives a clearer picture of the over-all trend in silencer development, hence there will be two listings for Hiram Maxim, two for R. A. Moore (not to be confused with Herbert Moore), etc.

One must also remember that silencers were being developed in other countries as well, principally in Europe, at this time and that their inventors' concepts were sometimes different than our own. For an excellent study of silencers both here and abroad, refer to *Firearm Silencers, Volume Two*, by John A. Minnery (Desert Publications, 1981).

### Hiram P. Maxim, 1909

Although Maxim's first firearm silencer patent preceded the one shown here by a year, it was for a rather crude affair which never went into production. It was a rather naive attempt to silence a firearm by trapping the burning powder gases near the muzzle with a valve system activated by those gases.

# FIREARM SILENCERS



Hiram P. Maxim's original application for a patent on his Model 1909 silencer.

The Maxim Model 1909 was never very widely distributed, but was a definite improvement over Maxim's first attempt and was at least as effective as other silencers of the day. Maxim's idea with the Model 1909 was to trap and whirl the powder gases around inside the silencer, allowing them to expand and cool before entering the atmosphere.

**J. H. Stinson, 1909**

James H. Stinson's "Gun Muffler" is actually representative of the silencers of its time, except for one important difference. Most others with dish-shaped baffles had the convex side facing to the rear to trap the gas. The Stinson silencer placed the concave side to the rear to not only trap the gases, but to force them rearward when they hit the baffles' surfaces,

**George F. Childress, 1910**

In his patent application, Mr. Childress claimed that his silencer was "less easily clogged with dirt



Top view of Stinson silencer with cutaway.



Cross section of Stinson silencer.



Cross section at line 4-4.

  

Rear view.          Front view o

**STINSON SILENCER**
10. Tubular casing.
11. Front cap.
12. Rear cap.
13. Wall.
14. Opening.
15. Radial slot.
16. Pressed out portion of threaded cap flange.
17. Opening.
18. Shoulder.
19. Dish-shaped disk.
20. Spacer rings.
21. Splines, indexing disks inside casing.
22. Indexing slots in disks (for splines).
23. Ring of disk.
24. Muzzle of silencer.

than the majority of similar devices, since the gases are retarded in co _____ ined, in most cases, thre _____ ich was made up of two hemispheres of unequal size. Once the powder gases entered the expansion chamber, they flowed into the hemispheres where they were whirled and further expanded, finally dissipating into the atmosphere through the muzzle. Note in the patent drawing that the bullet aperture is offset from the centerline of the silencer tube, just as in the Maxim Model 1910. Apparently Childress also recognized the value of being able to use a weapon's factory sights with a silencer.



Sectional view of mounted Childress silencer.



Side view of sphere.



Cross section of sphere.



Cross section of Childress silencer at line X-X.

**CHILDRESS SILENCER**
1. Barrel of gun.
2. Bore.
3. Silencer casing.
4. Rear cap.
5. Internally threaded collar.
6. End wall (dished to withstand pressure).
7. Bullet aperture.
8. Larger hemisphere.
9. Smaller hemisphere.
10. Overlap of hemispheres.
11. Smaller hemisphere tongue.
12. Larger hemisphere tongue.
13. Gas passageway.
14. Bullet entrance aperture.
15. Bullet exit aperture.
16. Vertical partition.
17. Annular indexing groove.
18. Indexing tongue, to prevent transverse rotation.
19. Expansion chamber.

C. H. Kenney, 1910
Although quite conventional, the Kenney silencer was one of the more practical designs of its day while still incorporating a couple of unique features. It provided a pre-expansion chamber for powder gases and contained hat-shaped disks whose sharp edges were supposed to "slice" the



Kenney silencer on rifle or shotgun.



Cross section of Kenney silencer.



Muzzle view.   Cross section of disk.   Rear view of disk.



Cross section of Kenney silencer with modfied disks.

Rear view of impact plate.   Cross section of disk.



Rear view of disk.

**KENNEY SILENCER**
10. Barrel of rifle or shotgun.
11. Outer cylindrical housing of silencer.
12. Perforated ring.
13. Chamber.
14. Openings in ring.
15. Openings for exhaust gases.
16. Expansion chamber.
17. Cup-shaped shearing disks.
17a. Holes in disks.
17b. Annular knife-like edge of disk.
17c. Radial web or fin of disk.
17d. Cutaway portion of disk.

21

gases and divert them to the outer edges, from whence they were finally exhausted into the air.

While most silencer proponents felt that it was necessary for a silencer to whirl the gases in order for it to work, Kenney believed exactly the opposite and actually had a fin on the back of each disk to prevent the gases from swirling. More knowledgeable than most would-be silencer inventors, Kenney referred to the gas being dissipated by the silencer, instead of retained. He said this fact made the silencer acceptable for use on automatic or rapid fire arms.

The Hopkins & Allen "Noiseless" was the production version of Kenney's silencer. It was factory fitted to some H&A rifles as they came off the production line.

**Hiram P. Maxim, 1910**

Although bearing the 1909 patent date, the eccentric Maxim Model 1910 didn't come out until the following year. it's probably the most prolific commercial silencer that was ever marketed. It was redesigned from the Model 1909 as Maxim felt the latter let a small shaft of gas exit from the muzzle directly behind the projectile and he wanted to prevent this.



The most common of the several variations of Maxim Model 1910 silencers is shown above. Silencers of this type were once sold over the counter by many hardware and sporting goods stores.



Another variation of the Maxim 1910. Note the difference in the baffles, although the tube appears to be the same.

The Model 1910 was relatively effective for its time and sold quite well. Its main advantage was its eccentric construction which allowed the use of a weapon's factory sights. It attached to the barrel by means of an interrupted thread on both silencer and muzzle end of the rifle. The Model 1910's main disadvantage is that it was a permanent assembly which couldn't be dismantled for cleaning. In a time prior to non-corrosive primers, the Model 1910 had a rather short service life unless it was frequently cleaned by placing it under a running hot water faucet as Maxim suggested.



First model Moore silencer mounted on M1903 Springfield rifle.



Moore silencer with sideplate removed.

**Robert A. Moore, 1910**

A Chicagoan, Mr. Moore and the Moore Silencer Company of New York City were granted a patent for their first silencer design in 1910. This interesting silencer was intended for use on large caliber sporting or military rifles, with the latter being fitted with a bayonet. Unlike most silencers of the day, the Moore design had removable sideplates, a must for prolonged military use.



Model 1910 Maxim silencer mounted on a rifle.



**Section on line 4-4.**



Moore silencer for sporting rifles was basically the same as the military silencer, except it had no provision for attaching a bayonet.





**Section, line 6-6.**     **Section of modified gas divider.**

## FIRST MODEL MOORE SILENCER
10. Muzzle of rifle.
11. Front sight.
12. Handguard retaining band.
13. Hollow casing.
13a. Hooked muzzle end of casing.
13b. Rear end of casing.
13'. Removable side plate.
13''. Interlocking lugs of sideplate.
14. Lip fitting over gun muzzle.
15. Spring dog to retain silencer on barrel band.
16. Spring dog to retain silencer on bayonet lug.
17. Hilt of bayonet blade.
18. Blade support lugs.
19. Handguards (for use when silencer is used as a bayonet).
20. Vents.
21. Bore of silencer.
21'.  Bent portion of casing at bore.
22. Gas divider.
22'. Pivot point of gas divider.
23. Partitions.
23'. Opening of partition.
24. Partition.

24'. Opening of partition.
25. End of partition, connected to others.
26. End of partition, connected to others.
27. Broad moving wing.
28. End portion of moving wing.
28a. Concave surfaces of moving wing.
29. Concave surfaces.

The Moore silencer consisted of a gas chamber beneath the muzzle of the rifle. A series of baffles was supposed to deflect the burning gases, or muzzle blast, downward into the chamber. A movable shutter was then activated by the gases, forcing fresh air into the chamber to cool the gases. They would then exit from the chamber through exhaust holes cut in its sides.



**Side view of rifle barrel with Shipley silencer.**



**Detail of perforated members.**



**Cross section of Shipley silencer mounted on rifle barrel.**



**Cross section of line 3-3.   Cross section of line 4-4.**



**Detail of perforated members.**

FIREARM SILENCERS

## SHIPLEY SILENCER

A. Rifle to which silencer is attached.
B. Rifle barrel with silencer attached.
1. Sections of tubing assembled into casing.
2. Individual sections of tubing.
3. Coupling rings.
4. End sections of tubing, with closed ends.
5. Dovetail on coupling rings.
6. Dovetail slots on barrel.
7. Opening in tube through coupling ring.
7a. Opening in barrel.
8. Wedge-shaped notch.
9. Block with wedge-shaped base.
10. Wedge portion of block.
11. Elongated socket.
12. Holes leading down from elongated socket.
13. Transverse holes through block.
14. Elongated slot which aligns with elongated socket.
15. Notched disk.
16. Disk with openings.
17. Notches in disk.
18. Openings in disk.

### Andy C. Shipley, 1910

Shipley's idea was to tap the burning powder gases from the bottom of the barrel and bleed them into an expansion chamber below, then let the gas dissipate into the open air. The basic idea may have been sound, but the small hole drilled into the bottom of the barrel wasn't large enough to bleed off enough gas to do much good. Also, the inventor seemed to be unaware of the realities of bullet crack, even though there were a few supersonic cartridges around back then. In his patent application he wrote:

". . . it will be apparent that the report that usually accompanies the discharge of a rifle or other firearm is effectually avoided and the position of the marksman unbetrayed to game or an adversary a short distance away."

### Harry Craven, 1911

Although a bit bizarre in practical application, the theoretical concept of the Craven shotgun silencer was basically sound. A can full of holes is placed on the end of a gun's barrel and the bullet (in this case, shot) aperture at the front of the silencer is covered by a spring-loaded disk valve. When the weapon is fired, the wad or shot would blow the disk valve upward and out of the way, where it would remain until the shot had passed out of the muzzle. Spring pressure would then snap



Craven silencer for single barrel shotgun.



Cross section of owner installed (above) and factory installed (below) Craven silencers.



Craven silencer for double barrel shotgun.

the disk valve back into place, trapping the gases and forcing them to dissipate out into the air through the holes in the outer casing.

Craven developed several variations on his basic silencer design, including one for a double barreled shotgun. However, his claim of the silencer's usefulness on a rifle is to be doubted since some very strange things could easily have happened if the bullet's point reached the disk valve before the overall diameter could trip the valve's spring.



Cross section of Craven silencer for double barrel shotgun.



Cross section, line 5-5.



Cross section, line 6-6.



Modified Craven silencer.



Another modified Craven silencer, with cross section looking toward the muzzle.

## CRAVEN SILENCER

A.   Gun barrel.
AA.  Gun barrel.
A1.  Gun barrel specifically made for Craven silencer.
B.   Front sight.
C.   Sighting rib on double barrel shotgun.
(No No. 1)
2.   Auxiliary barrel extension.
3.   Enlarged section or barrel adapter, counter-sunk for muzzle.
4.   Reinforced section of adapter.
5.   Slot to accept front sight.
6.   Retaining screws to attach assembly to barrel.
7.   Spring which opens and closes disk valve.
8.   Groove for spring (7).
9.   Groove for spring (7).
10.  Angular bend in spring.
11.  Disk valve.
12.  Perforations in barrel extension.
12a. Perforations in gun barrel specifically made for Craven silencer.
13.  Hollow chamber, aluminum construction.
14.  Chamber end plate.
15.  Perforations in end plates.
16.  Additional front sight.
16a. Additional front sight, double barrel gun;
(No No. 17)
18.  Partition separating barrel extensions on double barrel silencer.
(No No. 19)
20.  Barrel extensions similar to 2 above.
21.  Slot in barrel extension.
22.  Additional front sight.
23.  Disk valve.
(No No. 24)
25.  Angular bend in spring.
26.  Hollow chamber.
27.  Screws and rivets.
(No Nos. 28 & 29)
30.  Barrel extension.
31.  Slot in barrel extension.
32.  Extra front sight.
33.  Hollow chamber.
33a. Walls of hollow chamber bent to fit snugly around barrel extension.
34.  Screws or rivets.
35.  Spring which opens and closes disk valve (moved by projectile).
36.  Disk valve.
(No No. 37)
38.  Slot for spring.
39.  Angular bend in spring.

25

**FIREARM SILENCERS**

**Eugene Thurler, 1911**

Thurler was granted a U.S. patent for his silencer design in the fall of 1911, and it saw limited production in Europe shortly thereafter (Thurler lived in Switzerland). Instead of using spacer rings between his deflecting cones like most other silencer designers, Thurler suspended the cones on four lateral rods. This was necessary since the gases were expected to pass through the cones and the perforated tube that surrounded them into the void space between that tube and the eccentric outer casing. In some models, this void space was filled with aluminum shavings and there was a second perforated tube surrounding them. Slots in the outer housing allowed the gases to finally escape into the atmosphere. "Finally" as used here is a relative term, since the entire process was accomplished in milliseconds.

**THURLER SILENCER**

P.   Projectile.
a.   Sleeve.
a'.  Angular slot.
b.   Barrel of gun.
c.   Gun sight.
d.   Gas deflecting disk-cones.
e.   Tube.
e'.  Tube.
f.   Indexing rods for disk-cones.
g.   Second tube.
g'.  Perforated part of second tube.
h.   Third tube (forward portion is perforated).
h'.  Outer tube filled with aluminum shavings.
h2.  Network.
h3.  Gas exhaust slots in outer tube.

**Herbert Moore, 1912**

Mr. Moore's unusual silencer consisted of a short tube that attached to the barrel of a rifle and a smaller diameter, longer tube that was slung below the barrel. When the weapon was fired, the gases were supposed to flow into the lower tube and force a spring-loaded plunger rearward. When the plunger moved forward again, it would push the gases back into the top tube, from which they would be expelled into the atmosphere. The inventor claimed that this silencer would significantly lessen the recoil of the arm and would also capture all the smoke produced by black powder. It was supposed to retain the carbon particles and release



Cross section,
line II-II.

End view,
disk-cone.

Attaching notch.

Cross section,
Thurler
silencer.

Alternate construction.

Modified disk-cone
assembly.



Cross section, Herbert Moore silencer.



Section 2-2 of above.

only clear gas. It just goes to show you that something doesn't really have to work to be patentable, it just has to be different and *look* like it will work.

## HERBERT MOORE SILENCER
A.    Muzzle end of gun barrel.
B.    Bore of barrel.
C.    Projectile.
1.    Cylindrical casing.
2.    Threaded, extended flange on casing.
2a.   Threaded muzzle of gun.
3.    Threaded portion of muzzle end of silencer casing.
4.    Threaded ring.
5.    Inner threads on ring.
6.    Tubular member.
7.    Flare in tubular member.
8.    Tubular chamber.
9.    Connecting casing.
10.   Sliding plunger.
11.   Extension of tubular chamber.
12.   Coil spring.
13.   Annular plug.
14.   Screw plug (removable for cleaning).
15.   Plunger retaining screw.



Second Model Moore Silencer.

Robert Moore, 1912

A patent for a second, more sophisticated silencer was granted to Robert Moore in 1912. The design must have worked reasonably well for it was given thorough testing by the U.S. Ordnance Department and two years later, in 1914, approximately 100 were ordered for field tests. In his writings, Gen. Julian S. Hatcher refers to the attention given both the Maxim and the Moore

designs in this time period. The Army issued two M1903 Springfield rifles equipped with silencers to each infantry company prior to World War I, but later reversed its stand. Its reasoning was that the enemy is less aggressive if he knows he's being shot at. Silencers were then relegated to special roles such as sniping.

The Second Model Moore silencer was more sophisticated than the original. Gases were initially trapped in a large chamber under the muzzle, from which they expanded into a second chamber, then through a series of baffles into five smaller chambers. A production model is shown in the accompanying photo.



Second Model Moore silencer mounted on M1903 Springfield rifle.



Cutaway of Second Model Moore silencer.



Detail of tubular baffle.          Section on line 4-4.

## SECOND MODEL MOORE SILENCER
1.    Oval casing.
1'.   Bayonet stud on silencer.
2.    Rifle barrel.
3.    Bore of silencer.
4.    Recess for rifle barrel in rear of silencer.
5.    Hollow trap extension.
6.    Rifle bayonet stud engaging member.
7.    Rifle bayonet stud.
8.    Curved partitions.
9.    Chambers.
10.   Inclined webs.
11.   Partition across casing.
12.   Tubular baffle.
12'.  Snug-fitting end of tubular baffle.
13.   Blades or fins.
14.   Inclined fins.
15.   Spiral spaces.
16.   Muzzle cap to protect muzzle of gun.

**FIREARM SILENCERS**

**Peter J. De Vries, 1914**

De Vries' silencer was unusual for the period in that it could be attached to a standard firearm without any alteration, such as threading the barrel. It was attached by a unique cam lock.

Like most silencer inventors of the day, De Vries thought that it was necessary to spin the gases in order to silence a gun's report. The gases were trapped in a large main chamber, then bled out through three large holes in the bottom which contained special inserts that were similar in design to wood drill bits, which would spin the gases. Although designed for use on small caliber arms, the inventor claimed the idea could be adapted to any caliber.



Side view of De Vries silencer.



Bottom view of De Vries silencer.



Front view.          Detail of screw plug for valve.

Rear, with clamp lever on left side.



Cross section of De Vries silencer.

**DE VRIES SILENCER**
**(No Nos. 1-6)**
7.  Muzzle of gun.
8.  Body of silencer.
9.  Collar which butts against muzzle.
10. Slit to allow tightening.
11. "Cheeks" of silencer which fit against barrel.
12. Tightening cam lever.
13. Adjusting screw for tightening cam.
14. Closed muzzle of silencer.
15. Hole in muzzle of silencer.
16. Sleeve extending inside the silencer from the muzzle.
17. Bore of gun.
18. Gas outlet tubes or "valves".
19. Screw thread in valve.
20. Deep thread of valve plug.
21. Valve plug.
22. Spiral duct in valve plug.
23. Notch for screwdriver, to remove valve plug for cleaning.

**W. E. Westfall, 1914**

Mr. Westfall was far enough ahead of his time to realize that a successful silencer needed to be capable of containing a very large volume of gas. He solved the problem by designing a silencer which completely surrounded the barrel, in addition to extending well beyond the muzzle. The gases first entered a large expansion chamber in front of the muzzle, then they forced open a rather unusual check valve, which allowed them to expand into the chamber which surrounded the barrel. The return spring on the check valve caused the gases to lose energy by forcing them to work against it. The check valve was available with either flat or cone shaped baffles, the latter being more effective in catching the gas.

Whether the Westfall silencer was ever marketed or even extensively tested isn't known, but it's an interesting design which should have worked far better than some others of its day.



Cross section, Westfall silencer.

Cross section, check valve.          Section on line 3-3.



Cross section, enlarged view of modified Westfall silencer.

## WESTFALL SILENCER
(No A or B)
C.   Long gas chamber.
D.   Gas arresting chamber.
S.   Rifle.
1.   Gun barrel.
2.   Annular ring formed on base of barrel.
3.   Threaded portion of 2, above.
4.   Threaded end of silencer casing.
5.   Silencer casing.
6.   Exhaust end of silencer casing.
7.   Removable spacing sleeve.
8.   Projecting spokes.
9.   Collar.
10.  Inturned abutment flange, seat and stop for sliding check valve.
11.  Sliding check valve.
12.  Valve body.
13.  Disk-like end cap.
14.  Baffle disks.
15.  Opening in baffle disk.
16.  Openings in end cap.
17.  Resetting spring.
18.  End plug.
19.  Air chamber.
20.  Openings.
21.  Shock absorbing spring.
22.  Centering spider.
23.  Check valve.
24.  Ring.
25.  Peripheral cap flange.
26.  Inner wall.
27.  Threads on valve casing.
28.  Removable and replaceable baffle members.
29.  Side walls.
30.  Bottom walls.
31.  Conical portion.
32.  Openings.
33.  Holding cap member.
34.  Threaded neck of cap member.
35.  Bearing flange.
36.  Conical portion.

## Seth Jones, 1915

One of the most remarkable silencer designs of the pre-World War I era was that of Seth Jones

of Illinois. Unfortunately, it's also one of the most questionable as far as effectiveness or even safety is concerned.

Externally, the Jones silencer reminds one of an adjustable choke, which is appropriate enough since it was designed for use on shotguns. But in-



Side view of shotgun with Jones silencer.



Cross section of silencer and barrel.



Cross section of silencer less casing.



Detail of silencer body.



Triangular closure lips, which were supposed to retain gas and sound.

## JONES SILENCER.
1.   Muzzle of gun.
2.   Body of silencer.
3.   Outer casing.
4.   Retaining screw.
5.   Reduced neck.
6.   Annular rim.
7.   Circumferential groove.
8.   Closure lips, to retain gas.
9.   Taper to allow lips to close tightly.

**FIREARM SILENCERS**

10. **Bent lugs (ears) which retain lips.**
11. **Flat spring which closes lips.**
11a. **Tongue on spring.**
12. **Groove in body for flat spring.**
13. **Guide notches for lips.**
14. **Taper for extra springiness.**
15. **Groove for 11a.**

ternally, it's a whole different ballgame. The shotgun's muzzle is enclosed by a cone made up of several parts cut into pie shaped triangles held together by flat springs. This cone is attached to a tube which is screwed onto the barrel of the shotgun, with an outer casing enclosing both cone and tube.

In function, the cone was supposedly forced apart by the charge of shot when the weapon was fired, allowing the shot and wad to pass through the opening, then snap closed again in time to trap the expanding powder gases inside. An interesting theory, but in fact the still expanding gases would have to go *somewhere* — either out through the now closed cone or through another outlet. If the springs holding the cone together *were* strong enough to keep it closed against the pressure exerted by the gases, one can only speculate on which would give way first, the barrel or the locking mechanism which kept the action closed.

All in all, the Jones silencer was an interesting if not successful concept, and the inventor should at least be credited with trying a different approach to the problem of silencing a weapon's report.

## O. J. Bailey, 1916

Mr. Bailey's silencer was unusual for its day in that its inventor was concerned with cooling the gases to silence a weapon. Evidently he was unaware that rapidly expanding gases make noise, no matter what their temperature.

The Bailey silencer was basically rather conventional in design except for the ejecting tube beneath the gun's barrel. This tube was filled with screen baffles which were supposed to cool the gases before they escaped into the atmosphere. Forward of the muzzle, the silencer contained a large expansion chamber containing a number of baffles which were designed to resist breakage when they expanded during rapid fire. Bailey's silencer was also unusual in that it was one of the very few designs to feature a gas-tight sealing gasket between the silencer and the muzzle of the gun.



Cross section, Bailey silencer mounted on rifle.



Front view.        Detail of screen sleeve.

**BAILEY SILENCER**
A. **Gun barrel.**
B. **Front sight.**
1. **Threaded coupling.**
2. **Gasket.**
3. **Outer casing.**
4. **Upper portion of casing.**
5. **Lower portion of casing.**
6. **Expansion chamber.**
7. **Gas ejecting chamber.**
8. **Frusto-conical diaphragms.**
9. **Attaching flanges for diaphragms.**
10. **Gas deflecting lip.**
11. **Opening at rear of ejection chamber.**
12. **Ejecting tube.**
13. **Screen cylinders or sleeves.**
14. **Screen mantle.**
15. **Foraminous wall.**
16. **Collar.**

## Eugene W. Thompson, 1916

One silencer designer who was either on the wrong track or who was away ahead of his time (as he would still be today) was Eugene W. Thompson. According to this Connecticut Yankee, you didn't have to trap, spin or otherwise slow down powder gases to silence a weapon. In his patent application, Thompson said: "It has been found that, it is only necessary to construct the bore substantially twice the length of the cartridge, for the projectile receives its greatest force instantly at the time of the explosion." If Thompson had a special type of cartridge and propellant in mind, he should have patented *them*, for such a combination is unknown even today. The closest we have come is in some designs that shorten and/or perforate the barrel to allow gases to escape before the bullet reaches the muzzle (see the O.S.S. designs in the second chap-

ter). This reduces supersonic bullets to subsonic speeds and eliminates bullet crack.

Basically, Thompson's original design was for a gun/silencer combination that had a barrel length only a few times that of the cartridge. A long assemblage of perforated spools in the silencer was used to trap and dissipate the gas. This silencer may very well have been rather quiet by 1916 standards, although velocity and accuracy would have suffered to make it possible.



Cross section, First Model Thompson silencer.

 

Perforated spool.                        Spacing ring.

### FIRST MODEL THOMPSON SILENCER
1. Barrel of gun.
2. Breech portion of barrel.
3. Bore of gun.
4. Cartridge.
5. Bore forward of breech portion of barrel.
6. Perforated spools.
7. Spacing rings.
8. Body of spool.
9. Flange of spool.
10. Perforations in spool body.
11. Perforations in spool flange.
12. Chambers between spools.
13. Chambers around spools.
14. Bore of spool.
15. Retaining cup or plug.
16. Shoulder at breech end of barrel.

#### Eugene W. Thompson, 1917
Our undaunted Connecticut Yankee may well have smelled the powdersmoke of war coming for the U.S. in 1916 when he dreamed this one up. Basically similar to his first patented silencer, Thompson's later design featured a greater variety of parts, but fewer of them. The very short bore length (in comparison to cartridge length) was still present, even though this silencer was designed for use on artillery and coastal defense guns! The U.S. issued a patent for it in June 1917, just a couple of months after the U.S. entered World War I. One

can't help but speculate that some tired, anonimous clerk in the patent office might have had visions of this silencer/gun combination helping to keep the dreaded Huns from our shores should the tides of war change in favor of the Central Powers.



Second Model Thompson silencer. Note the greater variety, yet lesser total number, of parts as compared to the First Model Thompson.

#### R. M. Towson, 1917
Mr. Towson's "recoil neutralizer and muffler" has to be one of the weirdest attempts to design a silencer on record, or at least it runs closely behind Seth Jones's design (see pages 29, 30).

Like Eugene Thompson's second silencer, the Towson recoil brake/silencer was designed primarily for use on field pieces, although the inventor claimed the design could be adapted to small arms as well.

One look at the gas deflecting system which bleeds off gases and directs them to the rear should convince anyone that this contraption would actually be a noise enhancer for anyone firing a shoul-



Towson recoil brake/silencer.

**FIREARM SILENCERS**



Cutaway of Towson recoil brake/silencer.



Detail of removable sleeve.



Detail of collar.



Detail of swivel extension.

## TOWSON SILENCER
1.  Muzzle of gun.
2.  Gun sight.
3.  Cylindrical casing.
4.  Bayonet slot.
5.  Latch member.
6.  Bore.
7.  Bore.
8.  Sleeve.
9.  Expansion chamber.
10. Ring of holes.
11. Collar.
12. Flange.
13. Deflecting shoulders.
14. Bore.
15. Tubular branches.
15'. Tubular branch.
16. Angular swivel extension.
17. Annular flange.
18. Annular groove.
19. Set screws.

der arm equipped with it. But as with several other bizarre ideas contained herein which didn't work, at least the inventor was trying to discover a new way of silencing guns, rather than just copying older, proven designs.

## Anthony Fiala, 1919
One of the few silencers developed especially for use on a machine gun, the Fiala silencer was also supposed to be a flash hider. Its inventor was a major in the U.S. Army Ordnance Corps, so should have known a little more about weaponry than the average basement tinkerer.

The Fiala silencer was very conventional in appearance except for the eight small holes in the front plate which surrounded the exit hole for the bullet. Internally, it contained a unique spiral device (which Fiala called a muffling screw insert) which was enclosed by a spiral sleeve. Probably the most notable feature of the Fiala silencer was the ease with which it could be dismantled for cleaning and maintenance, further proof of the inventor's understanding of the military's needs.



Cross section of the Fiala silencer and flash hider.



Spiral screw retaining sleeve.



Front view of Fiala silencer.

## FIALA SILENCER
A.  Outer casing.
B.  Cap.
C.  Threaded connecting arm.
D.  Passage for projectile.
E.  Disk.
F.  Projectile passage in disk.
G.  Openings in disk to exhaust gases.
H.  Spiral shell or sleeve.
H'. Equally spaced grooves for muffling screw in spiral shell.
(No No. I)
J.  Outer edge of muffling screw insert.

K.   Muffling screw insert.
L.   Opening in muffling screw for bullet's passage.
M.   Impact surfaces of muffling screw insert.

**Zygmunt Wilman, 1927**

A second machine gun silencer was developed by Zygmunt Wilman of Paris and patented in 1927. The inventor asserted that all other machine gun silencers either didn't work or else interfered with the automatic function of the mechanism. While quite complicated, the Wilman design nevertheless was a unique technological achievement for its day.

When the gun was fired, the bullet would pass through a series of open flap valves. Part of the gas which followed the bullet would expand into the rear chamber, then into the intermediate chamber under less pressure. The remainder of the gas



Cross section, line A-A.     Detail of flap valves.



Cross section of Wilman silencer in the recoil position.



Cross section, flap valves closed.



Cross section, Wilman silencer.

**WILMAN SILENCER**
1.   Cylindrical portion.
2.   Screw thread.
3.   Central cylinder.
4.   Gas catching baffles.
5.   Vents.
6.   Case around central cylinder.
7.   Partitions.
8.   Partition.
(Note: No. 8 also denotes screw threads on some drawings.)
9.   Screw-attached part.
10.  Spring.

11. Boss.
12. Plate.
13. Orifice.
14. Flap valves.
15. Axis of flap valves.
16. Spring to hold flap valves open.
17. Spring housing.
18. Tube.
19. Two inner tubes.
20. External tubes.
21. Orifices.
22. Balls (valves).
23. Orifice.

would expand while passing through orifices which were located parallel to the bullet's path, finally filling up the front chamber. At this point, the gases in the external chamber were supposed to cause the flap valves to close.

It isn't known why the Wilman silencer never went into production. Anything as complicated as it was (compare its patent drawings to those of the Fiala machine gun silencer) would necessarily be very expensive to make, even when production in large quantities brought the per unit cost down. Perhaps that cost wasn't justifiable as the world went into a major depression in the 1930's, or maybe the design was just too complicated to actually work.

**Samuel Bernat, 1930**

If Wilman's silencer was overly complicated, it had its opposite in a very simple design by Samuel Bernat of Czechoslovakia. Bernat's silencer consisted of a series of cup-shaped disks held together by three metal strips. Although the invention's efficiency is doubtful, at least Bernat understood the basics of what a silencer was supposed to do when he wrote:



End view of Bernat silencer.

"Silencers are based on the fact that the impact of the escaping gas on the ambient air generates the sound and that the intensity of the sound is directly proportional to the inertia of the outflowing gas. By reducing the inertia the sound is deadened."



Cross section of Bernat silencer.

**BERNAT SILENCER**
**(No Nos. 1-9)**
10. Set of disks.
11. Muzzle of gun.
11'. Centerline of projectile's path.
12. Central opening in disk.
13 Face of base.
14. Rear face of disks.
15. Cylinder composed of central openings in disks.
16. Taper.
17. Inward recess.
18. Spaces.
18'. Flow of gases in spaces.
19. Indexing strips which hold disks in place.
20. Inward projecting lugs.
21. Shorter lugs.
22. Screws securing strips to disks.
23. Hinge.
24. Base.

## Brooks Walker, 1948

World War II brought tremendous progress in virtually all aspects of manufacturing, from improved metallurgy to faster production line techniques. It also brought major advances in the design of military equipment of all types, including literally everything from helmet straps and rations to naval and air ordnance — and the atomic bomb.

Armed with this new technology, Brooks Walker of California designed a new type of silencer which was both sophisticated and practical. It was also extremely simple in design. The Walker silencer consisted of a hollow tube filled with baffles just ahead of the gun's muzzle. A separate tube below the barrel served as an expansion chamber. The opening at the forward end of the top tube was sealed with a thick block of penetrable material, such as pliable rubber. This block would allow the bullet to pass through it, then would seal back up to check the burning gases.

Walker was obviously thinking much more clearly than many silencer inventors, since he noted that to truly silence a weapon the bullet would have to be propelled at subsonic speeds and the mechanical noise of the firing pin or hammer muffled by cushioning. An alternative to the latter would be to fire the cartridge electrically.



**Cross section of Brooks Walker silencer.**



**Sectional view on line 2-2.**



**End view, looking down bore.**



**Cross section, different style of Walker silencer.**

## BROOKS WALKER SILENCER
### (No Nos. 1-4)
5.  Conventional rifle barrel.
6.  Muzzle.
7.  Outside of silencer.
8.  Hollow body.
9.  Restricted bore of hollow body.
10. Annular shoulder.
11. Thick block of penetrable material, such as rubber.
12. Band of rigid material.
13. Annular nut.
14. Rearward dished disks.
15. Retaining bolts for disks.
16. Spacing sleeves on bolts, to retain disks.
17. Threaded sockets for bolts.
18. Opening in disks for projectile.
19. Threaded portion.
20. Hollow cylinder, closed at one end.
21. Hollow body of different form of Walker silencer.
22. Restricted opening.
23. Flanged ring.
24. Restricted opening on flanged ring.
25. Threaded opening.
26. Hollow cylinder, closed at rear end.

## Cecil P. Caulkins, 1949

One of the most unusual silencer designs which could be considered at all practical was that of Cecil P. Caulkins. Rather than using a standard, rigid tube assembly, Caulkins used a circle constructed of wires strung longitudinally to form a flexible, sectioned cylinder. When a gun equipped with such a device is fired, pressure from the expanding powder gases forces the cylinder to bulge, parting the wires. An added bonus is the effect the wires would have on muzzle flash, which would be very effectively broken up by having to pass between the wires.

Due to the current status of firearm silencers, the inventor actually touted this silencer as an industrial muffler, particularly on internal combustion engines. The constant vibration of the wires would undoubtedly prevent carbon build-up very well.



**Caulkins silencer mounted on rifle.**     **Section 3-3.**

**FIREARM SILENCERS**



Cross section, silencer with shroud.    Section 4-4.



Caulkins silencer in operation.



Modified Caulkins silencer.



Side view of above.



Detail of Caulkins silencer construction.



Partial section, modified model.



Cross section, engine modification.



End view, engine modification.



Modified engine model.

**CAULKINS SILENCER**
(No Nos. 1-9)
10.  Inner head.
11.  Bore.
12.  Longitudinal split.
13.  Gun barrel.
14.  Securing screws.
15.  Forward portion of head.
16.  Annular groove.
17.  Collars.
18.  Optional shroud.
(No No. 19)
20.  Outer, movable head.
20a. Head.
20b. Imperforate, movable head.
21.  Bore.
22.  Inner portion of head.
23.  Annular groove.
24.  Rounded corners.
25.  Collar.
26.  Perforations.
(No Nos. 27-29)
30.  Parallel resilient members.
30a. Members bent outward under gas pressure.
30b. Parallel members.
30c. Parallel resilient members.

## FIREARM SILENCERS

**31. Ends bent inward.**
**(No Nos. 32-39)**
**40. Shroud.**
**41. Annular area.**
**42. Slots.**
**(No Nos. 43-49)**
**50. Head.**
**51. Ring.**
**52. Exhaust pipe.**
**53. Outer shroud welded to pipe.**
**54. Open outer end of shroud.**
**55. Imperforate circular disk.**
**56. Radial arms on disk.**
**57. Cylindrical collar.**
**58. Sliding ring.**

### William J. Jarrett

Until Mr. Jarrett began his experimentation, all work with silencers had been aimed at quieting the report of the weapon by slowing down, spinning or breaking up the escaping gases which caused the air turbulence we think of as the sound of a shot. Mr. Jarrett approached the problem with the idea of elevating the frequency of the sound beyond the range of human hearing. This type of silencer would be quite simple to manufacture and is rather easily mounted on military type rifles.

Although the inventor stressed the possible industrial application of a silencer which changes the frequency of sound waves, it should be approached with caution since an "overdose" of high frequency waves can be injurious to the health. We said in the chapter on how silencers work that if there is no one to hear it, there is no sound. While this is true for all practical purposes, that statement could be misleading when dealing with sound waves that exceed 20,000 cycles per second or so. In that case, we can't hear the sound, but it is still there. The human ear just doesn't have the frequency range to pick it up. "Silent" dog whistles are a good example. We can't hear them, but dogs can, therefore they obviously make a sound.

In the form of the altered report of a firearm, the high frequency sound waves probably wouldn't be injurious since they would last for only a few milliseconds. But in the case of industrial use, people would be subjected to them for the entire work day, five days a week. This could quickly result in a large absenteeism record due to both physical and mental illnesses which would be hard to diagnose. Yet these"psychosomatic" illnesses would have a very real, if untraceable, cause.

Since we feel that it would be of interest to any serious student of firearm silencer design, we have included the entire text of Jarrett's patent application at the end of this chapter.



Cross section, Jerrett Noise Reducer built into barrel.



Same view as above, but with projectile leaving muzzle.



Muzzle view.

Perspective view.

### JARRETT NOISE REDUCER

**(No Nos. 1-11, 13, 17, 19, 21-23, 25, 29, 31, 32)**
**12. Gun.**
**14. Gun barrel.**
**15. Projectile.**
**16. Barrel extension.**
**18. Body of noise reducer.**
**20. Securing nut.**
**24. First chamber.**
**26. Axial aperture.**
**27. Annular flange.**
**28. Second chamber.**
**30. Opposed mouth portions.**
**33. Curved, annular surfaces.**



**Tubes for Sionics MAC 10 silencer. The larger tube is to the rear of the assembled unit.**



**Although overall size (particularly interior volume) and the length to diameter ratio must be considered in silencer design, the interior components are the most important factor in determining how well a silencer works. Shown above are the parts for a Sionics MAC 10 unit.**

Gen. Mitchell WerBell

The state-of-the-art silencers for the 1970's were the Sionics units designed by Gen. Mitch Wer-Bell, a man whose life story reads more like an unbelievable movie script than reality. Probably the most famous of the Sionics silencers is the one which is mated to the Ingram MAC 10. Although well known in clandestine circles for some time before that, it first received wide public recognition via Hollywood in the early 1970's. In *McQ*, John Wayne used a suppressed MAC 10 to wipe out a gang of nasties in what had to be one of filmland's greatest firefights. There was no doubt, of course, that Duke would come out on top, but he certainly gave audiences some exciting moments before the last magazine was emptied into the bad guys.

In real life, the MAC 10 isn't particularly well suited to what we think of as the standard SMG role. But it is ideally suited for certain purposes such as close quarters assassinations and firepower

for expediting political kidnappings. Obtained through illegal channels, it's also a favorite weapon of the Cocaine Cowboys who have recently invaded Florida.

The Sionics units were originally manufactured by Military Armament Corporation (MAC), then by RPB Industries. At this writing, they are manufactured by SWD, Inc., of Atlanta. In addition to the MAC 10, they are also available for the Charter Arms AR-7 and Explorer II, as well as various other weapons. The unit shown in the accompanying photos was assembled from a Sionics kit by a licensed Class II manufacturer.



**Finished Sionics silencer on a semi-auto MAC 10, complete with handguard.**



**Exploded view of MAC 10 silencer as designed by Gen. Mitchell WerBell. The MAC 10/Sionics combination is extremely popular among clandestine operatives.**

# United States Patent Office

2,868,078
Patented Jan. 13, 1959

**1**

2,868,078

**NOISE REDUCER FOR GUN**

William J. Jarrett, Springfield, Mass., assignor to the United States of America as represented by the Secretary of the Army

Application January 11, 1956, Serial No. 558,593

1 Claim. (Cl. 89—14)

(Granted under Title 35, U. S. Code (1952), sec. 266)

The invention described herein may be manufactured and used by or for the Government for governmental purposes without the payment of any royalty thereon.

My invention relates to guns and more particularly to a device therefor for reducing the audible noise of discharge of the guns.

The velocity of sound from the discharge of a cartridge is represented by the equation:

$$V = (gKRT)^{1/2}$$

where $V$=the velocity of sonic propagation in propellant gas in feet per second, $g$=the gravitational constant 32.2 foot pounds per second per second, $R$=the universal gas constant (119), and $T$=the temperature in degree centigrade.

If the process is assumed to be adiabatic with $K$=1.246, the value of $V$ is expressed by

$$V = (32.2 \times 1.246 \times 119 \times 1547)^{1/2}$$
$$V = 2700 \text{ F. P. S.}$$

The barrel of a gun is a tube or pipe with a closed end having the source of vibration disposed at the open end since the vibrations are set up as the gases leave the barrel. The equation of the fundamental frequency of resonance of the tube is $f$, in cycles per second.

$$f = \frac{4 \cdot l}{(2n+1)}$$
$$f = \frac{(2n+1) \cdot V}{4 \cdot l}$$

The barrels of usual firearms vary from two inches for a pistol to 36 inches for a rifle, therefore,

$$f = \frac{3 \times 2700}{4 \times \frac{2}{12}}$$
$$= 12,080 \text{ C. P. S. for } 2'' \text{ barrel}$$
$$f = \frac{3 \times 2700}{4 \times \frac{36}{12}}$$
$$= 675 \text{ C. P. S. for } 36'' \text{ barrel}$$

The fundamental frequency, therefore, varies roughly between frequencies of 675 and 12,080 cycles per second which are within the sonic range.

Since the whole amount of discharged gas escapes from the gun to the atmosphere, the volume of sound thus created often causes distress to people confined in a closed space with a gun being fired, and in the open, permits the discharge of the gun to be heard at great distances to disclose the location of the gun.

Silencers for guns have been developed but the silencers now existing are heavy, cumbersome attachments for the barrels with chambers and labyrinths or the like for reducing the pressure of the discharged gases from the guns, and ports to increase the area of discharge of the gases from the barrels.

**2**

It is an object of my invention to produce a light compact device to reduce the audible noise of discharge of a machine operated by a gas having a high acoustic velocity.

Another object of my invention is to provide a noise reducer to limit the audible noise of discharge of a gun.

A further object of my invention is to provide a noise reducer to limit the sonic vibrations in the gas emitted from a gun.

A still further object of my invention is to provide a gun with a device including a discharge gas chamber and ports therein for escape of gases from the gun at supersonic frequencies of vibration.

Yet a further object of my invention is to provide a gun with a barrel extension including an entry chamber for leakage of discharge gases around a projectile, an exit chamber having substantially the bore of the gun and an intermediate chamber having a bore greater than the bores of the entry and exit chambers, and gas exhaust ports.

Other aims and objects of my invention will appear from the following explanation thereof.

In carrying out my invention a barrel extension for attachment to a gun includes an aperture with a plurality of chambers including an entry chamber with a bore substantially larger than the diameter of a projectile for leakage of gases therearound, an intermediate chamber having ports with sharp edges for escape of discharge gases therefrom, and an exit chamber with a bore substantially equal to the bore of the gun barrel. The intermediate chamber is provided with a bore greater than the bores of the entry and exit chambers and a length required to resonate supersonic vibrations.

For a more complete understanding of my invention, reference is directed to the following description and the accompanying drawing in which:

Fig. 1 is an elevation, partly in section of a portion of a gun incorporating an embodiment of my invention, with the projectile about to enter the intermediate chamber;

Fig. 2 is a view similar to Fig. 1 with the projectile leaving the gun;

Fig. 3 is a muzzle end view of the barrel extension; and

Fig. 4 is a perspective view of the barrel extension.

Accordingly, a gun 12 having a barrel 14 for discharge of projectiles 15 therethrough is provided with a barrel extension 16 having a body 18 secured to gun 12 by a nut 20.

Body 18 is provided with a first chamber 24 and a second chamber 28 of larger diameter extending forwardly therefrom. The front end of second chamber 28 is terminated by an annular flange 27 through which there is provided an axial aperture 26.

Front chamber 24 is disposed immediately forward of the muzzle end of barrel 14 and has a diameter slightly larger than that of the projectiles 15 so that some of the gases propelling the projectiles forwardly may escape thereby into second chamber 28 before the entry of the projectiles thereinto. Second chamber 28 has a predetermined length and extending laterally from the front end thereof is a pair of diametrically opposed mouth portions 30. The outside of body 18, immediately forward of the mouth portions 30, is cut away to form arcuate surfaces 33 concentric to body 18 with such surfaces having a radius slightly smaller than that of second chamber 28. The junctions of the annular surfaces 33 with the inside face of flange 27 form a right angular edge 32 which lies in the path of the gases expelled forwardly from second chamber 28 to cause the discharge gases to vibrate in the same manner as the passage thereof through a whistle. The frequencies of the vibrations are determined by the length of second chamber 28 and, therefore, the length of such chamber is predetermined as .8

**FIREARM SILENCERS**

2,868,078

### 3

inch. Whereby, as hereinafter explained, the frequency at which the discharge gases vibrate is above the limit of human audibility. Aperture 26 has a diameter approximately the same as that of projectiles 15 so that when such projectiles are passing therethrough the discharge gases are directed entirely out through the mouth 30.

The value of $f$, the frequency of vibration in the gas discharged from a closed pipe is expressed by

$$f = \frac{V}{4 \cdot l}$$

where $f$=cycles per second, $V$=the velocity of sonic propagation in air in feet per second, and $l$=the length of the pipe in feet.

The frequency of sound in the gases escaping from ports 30 in cycles per second with a chamber length of .8 inch. therefore, is

$$f = \frac{nV}{2 \cdot l}$$
$$= \frac{2700}{2 \times \frac{0.8}{12}}$$
$$= 20,000 + C. P. S.$$

This frequency is supersonic since the upper limit of human audibility is conceded to be 20,000 cycles per second.

A portion of the gas traversing the exit chamber behind the projectile of course, still vibrates in the sonic range but, in a model tested in an inclosed range the noise of the gun was considerably reduced.

The gases are attenuated by leakage around the projectiles in entry chamber 24 to reduce the diameter of intermediate chamber 28 required for escape of the gases and to reduce the intensity of noise in the gases traversing chamber 26. The diameter and length of

### 4

entry chamber 24 determines the degree of the attenuation.

Although a particular embodiment of the invention has been described in detail herein, it is evident that many variations may be devised within the spirit and scope thereof and the following claim is intended to include such variations.

I claim:

An attachment for the muzzle end of a firearm barrel to reduce the noise produced by the discharge of gases therefrom, said attachment including the combination of a body provided with a chamber having a diameter larger than that of the bore of the barrel, an annular flange provided with a rear face and disposed at the front end of said chamber, said flange having an aperture therethrough in axial alignment with the barrel, a pair of mouth portions extending radially outward from said chamber rearwardly of said flange for the discharge of the gases, cutout portions extending forwardly in said body from said mouth portions, arcuate surfaces formed on said flange by said cutout portions, arcuate edges formed at the junctions of said arcuate surfaces with said rear face, said arcuate surfaces having a radius smaller than that of said chamber to locate said edges in the forward path of the gases to set up vibrations therein when discharged through said mouth portions, and said chamber having a predetermined length for producing the vibrations at a frequency higher than that of audible sound.

**References Cited in the file of this patent**

UNITED STATES PATENTS

| | | |
|---|---|---|
| 1,143,814 | De Vries _____ | June 22, 1915 |

FOREIGN PATENTS

| | | |
|---|---|---|
| 314,842 | Germany _____ | Nov. 29, 1917 |
| 270,629 | Italy _____ | Jan. 15, 1930 |

## More Great Books From
# DESERT PUBLICATIONS

### FIREARMS MANUALS

| | | |
|---|---|---|
| The M-14 Rifle | Order No. 015 | $7.95 |
| The Beretta 92F/M9 | Order No. 129 | $9.95 |
| The Colt .45 Auto Pistol | Order No. 128 | $8.00 |
| The Browning HI-Power Pistols | Order No. 125 | $9.00 |
| UZI Submachine-Gun Manual | Order No. 136 | $7.00 |

### GETTING AROUND THE SYSTEM

| | | |
|---|---|---|
| Electronic Harassment | Order No. 214 | $10.00 |
| Construction of Secret Hiding Places | Order No. 436 | $9.00 |
| Fighting Back on the Job | Order No. 200 | $10.00 |
| Professional Homemade Salutes | Order No. 542 | $10.00 |
| Take My Gun If You Dare | Order No. 551 | $10.95 |

### IMPROVISED MUNITIONS

| | | |
|---|---|---|
| Science of Revolutionary Warfare | Order No. 211 | $9.95 |
| Improvised Weapons of the American Underground | Order No. 110 | $10.00 |
| CIA Field Expedient Incendiary Manual | Order No. 210 | $12.00 |
| Improvised Shaped Charges | Order No. 250 | $6.95 |
| CIA Explosives for Sabotage | Order No. C-52 | $9.00 |
| Poor Man's James Bond Vol. 1 | Order No. C-65 | $21.95 |
| Poor Man's James Bond Vol. 2 | Order No. C372 | $24.95 |
| Improvised Munitions Black Books | | |
| Volume 1 | Order No. 204 | $11.95 |
| Volume 2 | Order No. 205 | $11.95 |
| Volume 3 | Order No. 225 | $18.95 |

### FULL-AUTO CONVERSION MANUALS

| | | |
|---|---|---|
| Vol. 1 AR-15 Modification Manual | Order No. 061 | $7.00 |
| Vol. 2 UZI Modification Manual | Order No. 036 | $7.00 |
| Vol. 3 Mac-10 Modification Manual | Order No. 010 | $7.00 |
| Vol. 4 Thompson SMG Modification Man. | Order No. 027 | $7.00 |
| Vol. 5 M1 Carbine Modification Manual | Order No. 130 | $7.00 |
| Vol. 7 Bingham  AK-22 Modification Man. | Order No. 022 | $7.00 |
| Vol. 8 M14A1 & Mini-14 Mod Man. | Order No. 114 | $7.00 |
| Select Fire 10/22 | Order No. 229 | $10.00 |
| Selective Fire UZI Modification Manual | Order No. 004 | $10.00 |

Add $4.75 shipping & handleing to all orders.

**Send $3.00 for a catalog of over 900 titles. Free with order.**

**To order have your credit card ready and call toll-free**
# 1-800-852-4445
For Questions Call 1-501-862-4984

**Or send check or money order to:**
**Desert Publication**
**P.O. Box 1751**
**El Dorado, AR 71731 U.S.A.**

1                          State's Exhibit No. 46

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
96

1                         State's Exhibit No. 47

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD-Bayonne, N. J.

STATE'S
EXHIBIT
47

1                           State's Exhibit No. 48

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT

```
 1                        State's Exhibit No. 49
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



STATE'S
EXHIBIT

1                          State's Exhibit No. 50

2

3

4       S-50:   Large wood board

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        State's Exhibit No. 51

 2

 3

 4      S-51: Shall casing

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        State's Exhibit No. 53

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





STATE'S
EXHIBIT
23

```
 1                        State's Exhibit No. 54
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

STATE'S
EXHIBIT



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

State's Exhibit No. 55



STATE'S
EXHIBIT



1                              State's Exhibit No. 56

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT

1                              State's Exhibit No. 56A

2

3

4       S-56A:   Overlay over photo

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PENGAD-Bayonne, N. J.

STATE
EXHIB
56 A



```
 1                        State's Exhibit No. 56B

 2

 3

 4     S-56B: Overlay over photo

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

STATE'S
EXHIBIT
56 B



1                          State's Exhibit No. 56C

2

3

4       S-56C: Overlay over photo

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
56 D

PENGAD-Bayonne, N. J.



STATE'S
EXHIBIT
56 C

PENGAD-Bayonne, N. J.



1                         State's Exhibit No. 56D

2

3

4      S-56D: Overlay on photo

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25







1                          State's Exhibit No. 57

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 4:14-cr-00023 Document 25-8 Filed on 09/18/15 in TXSD Page 185 of 203

STATE'S
EXHIBIT
57

PENGAD-Bayonne, N. J.



1                              State's Exhibit No. 58

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
58

PENGAD-Bayonne, N. J.



1                          State's Exhibit No. 59

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT

PENGAD-Bayonne, N. J.

1                        State's Exhibit No. 60

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S EXHIBIT

PENGAD-Bayonne, N. J.



1                          State's Exhibit No. 61

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                          State's Exhibit No. 62

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
62

PENGAD-Bayonne, N. J.

1                              State's Exhibit No. 63

2

3

4        S-63: Tubing

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        State's Exhibit No. 64

2

3

4       S-64: Aluminnum ribbon

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          State's Exhibit No. 65

2

3

4        S-65: Aluminum shavings

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          State's Exhibit No. 66

 2

 3

 4      S-66: Steel wool

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              State's Exhibit No. 67

2

3

4       S-67: Aluminum chips

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        State's Exhibit No. 68

 2

 3

 4      S-68: Metal shavings

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          State's Exhibit No. 69

2

3

4       S-69: Box

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              State's Exhibit No. 69A

2

3

4        S-69A: GTE cellular phone

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25