**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **REINALDO DENNES,** § | |
| § | |
| **Petitioner,** § | |
| § | |
| **v.** § | **CAUSE NO. 4:14-CV-00019** |
| § | |
| **ERIC GUERRERO, Director, Texas** § | |
| **Department of Criminal Justice,** § | |
| **Correctional Institutions Division,** § | **THIS IS A CAPITAL CASE** |
| § | |
| **Respondent.** § | |

**UNOPPOSED MOTION TO APPOINT CO-COUNSEL**

Petitioner Reinaldo Dennes, by and through undersigned counsel, moves this court to appoint the Federal Public Defender for the Western District of Texas, Capital Habeas Unit ("FPD"), as co-counsel in this case. Mr. Dennes shows the following as good cause:

1.  Mr. Dennes was convicted of capital murder and sentenced to death in 1997 in Harris County, Texas. Since then, he has pursued relief from his conviction and sentence in both state and federal court.

2.  After the Texas Court of Criminal Appeals ("TCCA") denied Mr. Dennes's direct appeal and state post-conviction application, this Court appointed undersigned counsel, Kenneth McGuire, to represent Mr. Dennes in connection with his federal habeas proceedings under 18 U.S.C. § 3599(a)(2). ECF No. 3.

3.  This Court dismissed Mr. Dennes's Amended Petition for Writ of Habeas Corpus with prejudice and declined to issue a certificate of appealability on any of the claims Mr. Dennes raised in his Amended Petition. ECF No. 36. After the Fifth Circuit granted a certificate of appealability related to *Brady* issues involving the State's sole witness on an

extraneous offense, the Fifth Circuit affirmed the district court's denial of relief on all of Mr. Dennes's federal claims. *Dennes v. Davis*, 797 F. App'x 835, 837 (5th Cir. 2020). The Supreme Court denied Mr. Dennes's resulting petition for writ of certiorari. ECF No. 46.

4.  Death-sentenced federal habeas petitioners are entitled to the appointment of counsel in federal court. *McFarland v. Scott*, 512 U.S. 849, 857–58 (1994). In turn, 18 U.S.C. § 3599(a)(2) provides that a person pursing post-conviction relief from a death sentence imposed by a state court "shall be entitled to the appointment of one or more attorneys" and other resources. *See Martel v. Clair*, 565 U.S. 648, 659–60 (2012). A death-sentenced petitioner retains their statutory right to federal counsel after initial federal habeas proceedings conclude. Section 3599(e) mandates that counsel appointed after judgment are obligated to continue that appointment through "all available post-conviction process," including applications for stays of execution, competency proceedings, and clemency motions. *Wilkins v. Davis*, 832 F.3d 547, 557–58 (5th Cir. 2016).

5.  Appointing two lawyers to represent death-sentenced individuals is consistent with the Guide to Judiciary Policy, which states that "[d]ue to the complex, demanding, and protracted nature of death-penalty proceedings, judicial officers should consider appointing at least two attorneys." Guide to Judiciary Policy, Guidelines for Administering the CJA and Related Statutes, Vol. 7A, § 620.10.20. That same language is in this Court's CJA Plan, § XIV.F.2. Yet, Mr. Dennes has only been appointed one lawyer, undersigned counsel, during his federal habeas proceedings. In similar situations, courts in the Southern District have previously granted death-sentenced individuals' motions to appoint a federal public defender as co-counsel. *See, e.g.*, Order, *Raby v. Guerrero*, No. 4:02-cv-00349 (S.D. Tex. Sept. 22, 2025), ECF No. 53 (order granting petitioner's motion to appoint the Office

of the Federal Public Defender for the Western District of Texas, Capital Habeas Unit, as co-counsel); Order, *Sheppard v. Lumpkin*, No. 4:14-cv-00655 (S.D. Tex. May 26, 2023), ECF No. 72 (order granting petitioner's motion to appoint the Federal Public Defender for the Northern District of Texas, Capital Habeas Unit, as co-counsel).

6. Undersigned counsel has conferred with the FPD and they are willing and able to be appointed as co-counsel to represent Mr. Dennes. Specifically, Kathryn Wood Hutchinson, the Supervisor of the Capital Habeas Unit of the Western District of Texas ("CHU"), has informed undersigned counsel of their availability to serve as co-counsel in this case. That unit consists of attorneys who specialize in capital habeas corpus and post-conviction litigation. It was created to assist inmates, such as Mr. Dennes, in seeking relief from their conviction and death sentence.

7. When the United States Court of Appeals for the Fifth Circuit approved the establishment of two Texas CHUs, they intended that the units take out-of-district cases, and the CHUs are authorized to represent petitioners in any federal district in Texas. *See also* CJA Plan, § XIV.F.4 ("Out-of-district counsel, including Federal Public Defender staff, who possess the requisite expertise may be considered for appointment in capital § 2254 cases to achieve cost and other efficiencies together with high quality representation."). Consistent with its mandate, the FPD currently represents twenty capital clients throughout Texas—two in the Eastern District, three in the Northern District, five in the Western District, and ten in the Southern District.

8. Moreover, because the FPD is independently funded, it will not seek any funding, reimbursement, or expenses from this Court in representing Ms. Dennes. Similarly, this

3

motion will obviate any need for expert or investigative funding from this Court, if any becomes necessary.

9. The contact information for the FPD is:

> Maureen Scott Franco
> Federal Public Defender
> Western District of Texas
> 700 E. San Antonio Ave., Ste. D-401
> El Paso, TX 79901-7020
> 915.534.6525 (tel)
> 915.534.6534 (fax)
> Maureen_Franco@fd.org

And:

> Kathryn Wood Hutchinson
> Supervisor, Capital Habeas Unit
> Western District of Texas
> 919 Congress Ave., Ste. 950
> Austin, TX 78701
> 737.207.3008 (tel)
> 512.499.1584 (fax)
> Katy_Hutchinson@fd.org

10. Upon appointment, the FPD will assign an attorney to enter an appearance on Mr. Dennes's behalf. Undersigned counsel and the FPD will ensure that Mr. Dennes receives the representation that he is entitled to:

> throughout every subsequent stage of available judicial proceedings, including . . . applications for writ of certiorari to the Supreme Court of the United States, and all available post-conviction process, together with applications for stays of execution and other appropriate motions and procedures, and . . . such as competency proceedings and proceedings for executive or other clemency as may be available to the defendant.

18 U.S.C. § 3599(e). The FPD, in conjunction with undersigned counsel, will represent Mr. Dennes in pursuing remedies available to him, consistent with the mandates of § 3599.

5

11.    Mr. Dennes was informed of the FPD's availability to be appointed as co-counsel in this case, and he consents to their appointment as co-counsel alongside with undersigned counsel.

For these reasons, Mr. Dennes respectfully requests that this Court appoint the Federal Public Defender for the Western District of Texas, Capital Habeas Unit, as co-counsel, alongside current counsel.

DATED: July 2, 2026

*/s/ Ken McGuire*
Kenneth W. McGuire
(SBT: 00798361)
McGuire Law Firm
P.O. Box 79535
Houston, TX 77279
Tel: (713) 223-1558
kennethmcguire@att.net

*Counsel for Petitioner*

## CERTIFICATE OF CONFERENCE

On July 2, 2026, undersigned counsel for Petitioner conferred with counsel for Respondent, Assistant Attorney General Lucas Wallace, who stated to undersigned that Respondent is unopposed.

*/s/ Ken McGuire*
Kenneth W. McGuire
(SBT: 00798361)
McGuire Law Firm
P.O. Box 79535
Houston, TX 77279
Tel: (713) 223-1558
kennethmcguire@att.net

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I electronically filed the foregoing Unopposed Motion to Appoint Co-Counsel with the Clerk of Court using the CM/ECF system, which will notify all counsel of record of this filing.

*/s/ Ken McGuire*
Kenneth W. McGuire
(SBT: 00798361)
McGuire Law Firm
P.O. Box 79535
Houston, TX 77279
Tel: (713) 223-1558
kennethmcguire@att.net

*Counsel for Petitioner*

6